# EXHIBIT 1

**Int. Cls.: 41 and 42**

**Prior U.S. Cls.: 100, 101 and 107**

## United States Patent and Trademark Office

**Reg. No. 3,239,919**

Registered May 8, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# MORMON

INTELLECTUAL RESERVE, INC. (UTAH NOT-FOR-PROFIT CORPORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSES, CONFERENCES, AND IN-STITUTES IN THE FIELDS OF HISTORY AND RELIGION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1920; IN COMMERCE 0-0-1920.

FOR: GENEALOGY SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-1833; IN COMMERCE 6-1-1833.

SEC. 2(F).

SER. NO. 78-977,858, FILED 9-5-2002.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cls.: 9 and 16**

**Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50**

**Reg. No. 2,883,572**

**United States Patent and Trademark Office**      Registered Sep. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## BOOK OF MORMON

INTELLECTUAL RESERVE, INC. (UTAH NOT-FOR-PROFIT CORPORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: PRE-RECORDED AUDIO AND VIDEO CASSETTE TAPES AND COMPACT DISCS FEATURING RELIGIOUS CONTENT , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1977; IN COMMERCE 0-0-1977.

FOR: PRINTED MATTER; NAMELY RELIGIOUS BOOKS, RELIGIOUS INSTRUCTIONAL PAMPH-LETS, AND BROCHURES; PHOTOGRAPHS, ARTIST MATERIALS, INSTRUCTIONAL AND TEACHING MATERIAL, POSTERS, ENGRAVINGS, PRINTS OF PAINTINGS, BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1830; IN COMMERCE 0-0-1830.

SEC. 2(F).

SER. NO. 76-405,608, FILED 5-10-2002.

LESLEY LAMOTHE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BOOK OF MORMON

**Reg. No. 8,018,073**
**Registered Nov. 11, 2025**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 9: Downloadable coloring books; downloadable religious books; downloadable e-books in the field of religion; downloadable educational books featuring religious content; electronic publications, namely, books and manuals featuring content in the field of religion and history recorded on computer media; audio recordings featuring content in the field of history and religion; audio recordings featuring music; audio and video recordings featuring content in the field of history and religion

FIRST USE 10-1-1988; IN COMMERCE 10-1-1988

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5020314, 2883572, 3239919

SEC.2(F)

SER. NO. 98-880,565, FILED 12-02-2024





DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



# United States of America
## United States Patent and Trademark Office

## BOOK OF MORMON STORIES

**Reg. No. 7,840,811**

**Registered Jun. 24, 2025**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 41: Providing a website featuring children's stories; providing online non-downloadable videos in the field of history and religion; providing online non-downloadable audio and video recordings featuring content in the field of history and religion; providing a website featuring non-downloadable videos featuring content in the field of history and religion; providing online non-downloadable electronic publications in the nature of books in the field of history and religion; providing online non-downloadable audio recordings featuring content in the field of history and religion; entertainment services, namely, providing podcasts in the field of history and religion

FIRST USE 11-01-2010 ; IN COMMERCE 11-01-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3715744, 3239919

No claim is made to the exclusive right to use the following apart from the mark as shown: "Stories"

SEC. 2(F) AS TO "BOOK OF MORMON"

SER. NO. 98-702,873, FILED 08-16-2024





Acting Director of the United States Patent and Trademark Office





# United States of America
## United States Patent and Trademark Office

## BOOK OF MORMON STORIES

**Reg. No. 7,840,809**

**Registered Jun. 24, 2025**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 9: Audio and video recordings featuring content in the field of history and religion; downloadable religious books; downloadable educational books featuring religious content; audio recordings featuring content in the field of history and religion

FIRST USE 00-00-1979 ; IN COMMERCE 00-00-1979

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3715744, 3239919

No claim is made to the exclusive right to use the following apart from the mark as shown: "Stories"

SEC. 2(F) AS TO "BOOK OF MORMON"

SER. NO. 98-702,860, FILED 08-16-2024





Acting Director of the United States Patent and Trademark Office





# United States of America
### United States Patent and Trademark Office

## BOOK OF MORMON STORIES

**Reg. No. 7,840,810**

**Registered Jun. 24, 2025**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 16: Printed children's books; printed story books; printed religious books; printed instructional, educational, and teaching materials in the field of religion and history

FIRST USE 00-00-1978 ; IN COMMERCE 00-00-1978

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3715744, 3239919

No claim is made to the exclusive right to use the following apart from the mark as shown: "Stories"

SEC. 2(F) AS TO "BOOK OF MORMON"

SER. NO. 98-702,868, FILED 08-16-2024





Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## MORMON MESSAGES

**Reg. No. 5,020,314**

**Registered Aug. 16, 2016**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc. (UTAH CORPORATION)
50 E North Temple Street, Rm 1356
Salt Lake City, UT 841500013

CLASS 9: Digital materials, namely, DVDs and downloadable video recordings featuring religious, inspirational, motivational, and self-improvement topics provided online, and downloadable videos featuring messages about values and principles important to society provided online

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009

CLASS 41: Educational and entertainment services, namely, providing messages via on-line non-downloadable videos about values and principles important to society

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3239919, 3715744

No claim is made to the exclusive right to use the following apart from the mark as shown: "MESSAGES"

SEC.2(F)

SER. NO. 86-672,722, FILED 06-24-2015

MICHELLE E DUBOIS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# MORMON CHANNEL

**Reg. No. 5,020,309**

**Registered Aug. 16, 2016**

**Int. Cl.: 38, 41**

**Service Mark**

**Principal Register**

Intellectual Reserve, Inc. (UTAH CORPORATION)
50 E North Temple Street, Rm 1356
Salt Lake City, UT 841500013

CLASS 38: Radio broadcasting services; webcasting services; streaming of audio, visual and data information via a global computer network, mobile applications or other electronic or digital communications network or digital communications device

FIRST USE 5-18-2009; IN COMMERCE 5-18-2009

CLASS 41: Entertainment and educational services, namely, providing continuing audio and video programs featuring music, talk, news, and religious data via a global computer network, mobile applications or other electronic or digital communications network or digital communications

FIRST USE 5-18-2009; IN COMMERCE 5-18-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3239919, 3715744

No claim is made to the exclusive right to use the following apart from the mark as shown: "CHANNEL"

SEC.2(F)

SER. NO. 86-671,463, FILED 06-23-2015

MICHELLE E DUBOIS, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,766,231
Registered Sep. 23, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## MORMON TABERNACLE CHOIR

INTELLECTUAL RESERVE, INC. (UTAH COR-
PORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: PRE-RECORDED AUDIO AND AUDIO-
VIDEO CASSETTE TAPES AND COMPACT DISCS
FEATURING MUSICAL ENTERTAINMENT IN-
CORPORATING RELIGIOUS, FAMILY, AND EDU-
CATIONAL THEMES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 11-0-1973; IN COMMERCE 11-0-1973.

FOR: ENTERTAINMENT SERVICES, NAMELY,
LIVE PERFORMANCES BY A MUSICAL PERFOR-
MANCE GROUP, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 8-0-1893; IN COMMERCE 8-0-1893.

SEC. 2(F).

SER. NO. 76-340,212, FILED 11-20-2001.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cls.: 9, 16, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,913,694
Registered Dec. 21, 2004

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



**MORMON
TABERNACLE
CHOIR**

INTELLECTUAL RESERVE, INC. (UTAH NON-PROFIT CORPORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: PRERECORDED AUDIOTAPES, VIDEO-TAPES, COMPACT DISCS, AND DIGITAL VIDEO DISCS FEATURING MUSICAL ENTERTAINMENT INCORPORATING RELIGIOUS, FAMILY, AND EDUCATIONAL THEMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: PUBLICATIONS, NAMELY, BOOKS FEATURING MUSICAL PERFORMANCES AND FEATURING RELIGIOUS, FAMILY, AND EDUCATIONAL THEMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE PERFORMANCES BY A MUSICAL PERFORMANCE GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

OWNER OF U.S. REG. NO. 2,766,231.

SEC. 2(F) AS TO "MORMON TABERNACLE CHOIR".

SN 76-505,493, FILED 4-10-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# BOOK OF MORMON VIDEOS

**Reg. No. 7,822,271**
**Registered Jun. 10, 2025**
**Int. Cl.: 9, 41**
**Service Mark**
**Trademark**
**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 9: Audio and video recordings featuring content in the field of history and religion

FIRST USE 11-12-2019 ; IN COMMERCE 11-12-2019

CLASS 41: Providing online non-downloadable videos in the field of history and religion; Providing online non-downloadable audio and video recordings featuring content in the field of history and religion; Providing a website featuring non-downloadable videos featuring content in the field of history and religion

FIRST USE 09-20-2019 ; IN COMMERCE 09-20-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3239919, 5020314

No claim is made to the exclusive right to use the following apart from the mark as shown: "VIDEOS"

SEC. 2(F) as to "BOOK OF MORMON".

SER. NO. 98-551,533, FILED 05-15-2024





Acting Director of the United States Patent and Trademark Office





# United States of America
## United States Patent and Trademark Office

# MORMON BATTALION

**Reg. No. 7,642,460**

**Registered Jan. 07, 2025**

**Int. Cl.: 21, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (Utah CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 21: beverageware; water bottles sold empty

FIRST USE 3-5-2024; IN COMMERCE 3-5-2024

CLASS 25: shirts; tops as clothing

FIRST USE 2-22-2016; IN COMMERCE 2-22-2016

CLASS 41: Conducting guided tours of an historical site; Museum services, namely, exhibiting to the public a historical site; Provision of live theatrical performances; providing a website featuring information on history; educational services, namely, presenting talks featuring information about a historical site

FIRST USE 11-6-1972; IN COMMERCE 11-6-1972

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3715744, 3239919, 5020309

SEC.2(F)

SER. NO. 98-461,347, FILED 03-21-2024





Acting Director of the United States Patent and Trademark Office

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**

Reg. No. 1,524,555

Registered Feb. 14, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## MORMON HANDICRAFT

CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (UTAH CORPORATION)
47 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111 , ASSIGNEE OF DESERET BOOK COMPANY, INC. (UTAH CORPORATION) SALT LAKE CITY, UT 84130

FOR: FABRICS, LINENS, BATS, TOWELS, DISH CLOTHS, PILLOWCASES, AFGHANS, LAP ROBES, QUILTS, QUILT KITS, AND WALL HANGINGS, TABLE COVERS, SOFT GIFTS, AND HEM-STITCHED ITEMS OF TEXTILE MATERIAL, IN CLASS 24 (U.S. CL. 42).

FIRST USE 5-0-1974; IN COMMERCE 5-0-1974.

SEC. 2(F).

SER. NO. 592,324, FILED 4-7-1986.

ROBERT PEVERADA, EXAMINING ATTORNEY

**USPTO** UNITED STATES PATENT AND TRADEMARK OFFICE

Tue Nov 112025  12:18:15 GMT-0600  (Central  Standard  Time)

Trademark  Assignment  Abstract  of Title

Search  results  for  Registration  #: 1524555

---

| **Mark** | **Serial number** | **Registration number** | **International number** | **Mark image** |
|---|---|---|---|---|
| MORMON HANDICRAFT | 73592324 | 1524555 | N/A | MORMON HANDICRAFT |
| | View in TSDR | | | |
| **Registrant/Applicant** | | **Registration date** | | |
| Intellectual   Reserve, Inc. | **Filing date** | Feb 14, 1989 | | |
| | Apr 7, 1986 | | | |

---

## Assignment 3

| **Reel/ Frame** | **Assignors & execution date** | **Correspondent** |
|---|---|---|
| 1777/0716 | | KIRTON & MCCONKIE |
| **Conveyance** | CORPORATIONOF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS | TODD E. ZENGER |
| ASSIGNS THE ENTIRE INTEREST | | 1800 EAGLE GATE TOWER |
| | | 60 EAST SOUTH TEMPLE |
| **Documents** | | SALT LAKE CITY, UTAH |
| View documents | **Execution date:** Dec 23, 1997 | 84145-0120 |
| **Recorded** | **Entity type:** A UTAH CORPORATIONSOLE | |
| Aug 20, 1998 | **Citizenship:** N/A | **Attorney docket number** |
| | | N/A |
| | CORPORATIONOF THE PRESIDING BISHOPRIC | **Domestic representative** |

OF THE CHURCH OF
JESUS CHRIST OF
LATTER-DAY SAINTS

N/A

**Execution date:** Dec 23,
1997

**Entity type:** A UTAH
CORPORATIONSOLE

**Citizenship:** N/A

CHURCH OF JESUS
CHRIST OF LATTER-
DAY SAINTS, THE

**Execution date:** Dec 23,
1997

**Entity type:** AN
UNINCORPORATED
RELIGIOUS
ASSOCIATION

**Citizenship:** N/A

**Assignee**

INTELLECTUAL
RESERVE, INC.
50 E. NORTH TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84150

**Entity type:**
NONPROFIT
CORPORATION

**Citizenship:** UTAH

**Pages**
7

**Assignment 2**

**Reel/ Frame**
0580 /0269

**Conveyance**
ASSIGNS THE ENTIRE
INTEREST AND THE
GOODWILL

**Recorded**
Oct 26 , 1987

**Assignors & execution date**

DESERET BOOK
COMPANY, INC.
POST OFFICE BOX
30178
40 EAST SOUTH
TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84130

**Execution date :**
**Entity type :**
CORPORATION
**Citizenship :** UTAH

**Assignee**

CORPORATION OF THE
PRESIDENT OF THE
CHURCH OF JESUS
CHRIST OF LATTER-
DAY SAINTS, THE
47 EAST SOUTH
TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84111

**Entity type :**
CORPORATION
**Citizenship :** UTAH

**Pages**

**Correspondent**

WORKMAN , NYDEGGER
& JENSEN

THIRD FLOOR,
AMERICAN PLAZA II
57 WEST 200 SOUTH
SALT LAKE CITY, UT
84101

**Attorney docket number**
N/A

**Domestic representative**
N/A

4

## Assignment 1

**Reel/ Frame**
0523 /0826

**Conveyance**
ASSIGNS THE ENTIRE
INTEREST AND THE
GOODWILL

**Recorded**
Apr 28 , 1986

**Assignors & execution
date**

RELIEF SOCIETY
GENERAL BOARD
ASSOCIATION
76 NORTH MAIN ST.
SALT LAKE CITY
UTAH
UNITED STATES
84150

**Execution date :**
**Entity type :** UNINC.
ASSOCIATION
**Citizenship:** UTAH

**Assignee**

DESERET BOOK
COMPANY, INC.
P. O. BOX 30178
40 EAST SOUTH
TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84130

**Entity type :**
CORPORATION
**Citizenship:** UTAH

**Pages**
7

**Correspondent**

WORKMAN ,
NYDEGGER, ET AL .

AMERICAN PLAZA 11
THIRD FLOOR
57 WEST 200 SOUTH
SALT LAKE CITY, UT
84101

**Attorney docket
number**
N/A

**Domestic
representative**
N/A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,142,065**

**Registered Sep. 01, 2020**

**Int. Cl.: 9, 14, 16, 35, 38, 41, 42, 45**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E North Temple Street, Rm 564
Salt Lake City, UTAH 841500005

CLASS 9: Computer software for creating searchable databases of information and data featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; computer software for accessing information directories that may be downloaded from the internet, in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; computer application software for mobile devices, namely, downloadable mobile applications for accessing religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; and digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting religion, scriptures, family history and genealogy, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; downloadable electronic publications in the nature of books, manuals, instructional materials, brochures, pamphlets, newsletters, magazines, and articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; downloadable electronic databases in the fields of family history and genealogy; digital media, namely, downloadable audio and video recordings, featuring family history and genealogical research materials, instructional courses, and genealogical tools; computer software for use in exploring stored





Director of the United States
Patent and Trademark Office



materials in the fields of family history and genealogical research; downloadable electronic publications, namely, books, instructional materials, digitized images in the fields of family history, genealogy, and genealogical research; downloadable audio and video programs featuring music, talk, news, and data via a global computer network, mobile applications, or other electronic or digital communications

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 14: Jewelry

FIRST USE 3-1-2020; IN COMMERCE 3-1-2020

CLASS 16: Printed publications, namely, books, manuals, instructional materials, brochures, pamphlets, articles, posters, and forms, in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; and printed publications, namely, books, brochures, and instructional materials in the fields of genealogy and genealogical research

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 35: Employment hiring, recruiting, counseling, placement, staffing, and career networking services; promoting public awareness of Christian and family values; promoting public awareness in the field of social welfare; providing employment counseling and coaching services; providing employment counseling information on how to successfully transition jobs; employment counseling in the fields of resume generation and job interviews; charitable services, namely, employment counseling services for those living in poverty in the areas of preparing for, obtaining, maintaining and advancing in employment opportunities; providing career information

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 38: Radio broadcasting services; streaming of audio, visual, and data information via a global computer network, mobile applications, or other electronic or digital communications network or digital communications device; communication services, namely, transmitting streamed sound and audio visual recordings via the internet

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 41: Educational services, namely, providing classes, conferences, seminars, and institutes in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, employment and vocational skills, family history, and genealogy; providing on-line religious instruction promoting Christian and family values; library services, namely, lending library services, historical library services, genealogical library services, on-line religious and genealogical library services; museum services; exhibiting to the public the grounds, buildings, and artifacts of historic sites; entertainment services, namely, producing and presenting live choral, musical, dance, and dramatic performances and works; radio production and programming services; entertainment and educational services, namely, providing non-downloadable audio and video programs featuring music, talk, news, and data via a global computer network, mobile applications, or other electronic or digital communications; non-downloadable electronic publications in the nature of books, manuals, instructional materials, brochures, pamphlets, newsletters, and articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; non-downloadable electronic publications in the nature of instructional materials, and articles in the fields of family history and genealogy, family history and genealogical research materials, instructional courses, and genealogical tools; providing a website featuring non-downloadable audio and video

Page: 2 of 5 / RN # 6142065

recordings in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; non-downloadable electronic publications in the nature of books, manuals, instructional materials, guides, forms, brochures, pamphlets, newsletters, audio recordings, video recordings, pictures, and articles featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; providing a website featuring non-downloadable audio and video recordings in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, language, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; providing a website featuring non-downloadable electronic publications, namely, instructional materials, in the fields of family history, genealogy, and genealogical research; counseling services in the field of physical fitness; educational counseling services to assist students in planning and preparing for further education; career counseling, namely, providing advice and counseling concerning education options to pursue career opportunities; and charitable services, namely, providing vocational guidance to indigent persons seeking employment

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 42: Providing a secured-access members only website featuring technology that gives members the ability to search for information in the fields of religion, scriptures, history, human interest, genealogical information, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; providing a website that gives computer users the ability to exchange ideas relating to electronic technologies; providing a website for technically minded users that allows for the exchange of information relating to electronic technologies; providing electronic verification of on-line access of digital content and generating electronic permission codes which then allow users to access said digital content; providing temporary use of non-downloadable computer software featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content over computer networks, intranets and the internet; computer software development in the field of mobile applications; and providing a website featuring resources, namely, non-downloadable software for use in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 45: Providing religious worship services; religious services in the nature of church services and meetings; operating places of assembly for worship; religious services, namely, ministerial services, missionary services, evangelistic services, and religious counseling services; providing user authentication services in electronic commerce transactions; identification verification services, namely, providing authentication of personal identification information; genealogy services, namely, genealogical research, gathering and providing access to genealogical information, provision of genealogical information; providing online electronic searchable databases in the fields of family history and genealogy; providing a website featuring information about family history and genealogy and also featuring links which provide access to family history and genealogical information; providing clothing to needy persons; ministerial services; missionary services; spiritual counseling; marriage counseling; adoption counseling; grief counseling; Christian spiritual counseling services; providing religious counseling services; counseling in etiquette and protocol; crime victim services, namely, supportive emotional counseling; counseling in the fields of developing, strengthening and sustaining well-balanced families and family

relationships; providing counseling and information in the field of improvement of social skills; counseling in the field of personal development, namely, self-improvement, self-fulfillment, and interpersonal communication; charitable outreach services, namely, providing counseling services in the field of religion; providing personal support services for patients and families of patients, namely, emotional counseling and emotional support; counseling services in the field of Christian conduct in personal relationships; religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, baby dedications, bereavement ceremonies and religious counseling; charitable outreach services, namely, providing counseling services in the field of religion to the needy, imprisoned, and the sick; and providing online electronic databases in the fields of family history and genealogy; providing a website featuring information about family history and genealogy and also featuring links which provide access to family history and genealogical information

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

The mark consists of a collection of geometric shapes comprising a rectangle and three overlapping triangles extending therefrom, with two triangles extending from a first side of the rectangle and a third triangle extending from an opposite second side of the rectangle, with the various shapes in the design having differing shading.

SER. NO. 86-934,835, FILED 03-09-2016

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.01.22 04:59:48 -05'00'

# United States of America
## United States Patent and Trademark Office



THE CHURCH OF
JESUS CHRIST
OF LATTER-DAY SAINTS

**Reg. No. 6,974,951**

**Registered Feb. 07, 2023**

**Int. Cl.: 9, 16, 35, 41, 42, 43, 44, 45**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E North Temple Street, Rm 564
Salt Lake City, UTAH 841500005

CLASS 9: Downloadable computer software for creating searchable databases of information and data featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; downloadable computer software for accessing information directories that may be downloaded from the internet, in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; downloadable computer application software for mobile devices in the nature of mobile applications for accessing information regarding religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; digital media, namely, downloadable audio and video recordings featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; digital media, namely, downloadable audio and video recordings featuring and promoting religion, scriptures, family history and genealogy, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; downloadable electronic publications in the nature of books, manuals, instructional materials,



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



brochures, pamphlets, newsletters, magazines, and written articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; digital media, namely, downloadable audio and video recordings featuring family history and genealogical research materials, instructional courses, and genealogical tools; downloadable electronic publications, namely, books, manuals, brochures, pamphlets, newsletters, research guides, pedigree charts, family group sheets and records, research logs, genealogy forms, instructional materials, and digitized images in the fields of family history, genealogy, and genealogical research; downloadable audio and video programs, namely, motion pictures, television shows, and radio programs featuring music, talk, news, and data related to religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills provided via a global computer network, mobile applications, and other electronic or digital communications, namely, the internet

FIRST USE 4-6-2020; IN COMMERCE 7-14-2022

CLASS 16: Printed publications, namely, books, manuals, instructional materials, brochures, pamphlets, newspapers in the field of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; printed publications, namely, newsletters, magazines, written articles, posters, photographic prints, stationery, and printed forms, in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; printed publications, namely, books, manuals, brochures, pamphlets, research guides, pedigree charts, family group sheets and records, research logs, genealogy forms, and instructional materials in the fields of genealogy and genealogical research

FIRST USE 4-6-2020; IN COMMERCE 4-14-2020

CLASS 35: Employment hiring, recruiting, counseling, placement, staffing, and career networking services; promoting public awareness of Christian and family values; promoting public awareness in the field of social welfare; providing employment counseling services; providing on-line interactive employment counseling services; providing employment counseling information on how to successfully transition jobs; employment counseling in the fields of resume generation and job interviews; charitable services, namely, employment counseling services for those living in poverty in the areas of preparing for, obtaining, maintaining and advancing in employment opportunities; providing career information; compilation of information into computer databases; employment agencies; systemization of information into computer databases; arranging and conducting trade show exhibitions in the field of family history; magazine subscription and fulfillment services

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 41: Educational services, namely, providing classes, conferences, seminars, and teaching institutes in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, employment and vocational skills, family history, and genealogy; providing on-line religious instruction promoting Christian and family values; library services, namely, lending library services, historical

library services, genealogical library services, on-line religious and genealogical library services; museum services; museum services, namely, exhibiting to the public the grounds, buildings, and artifacts of historic sites; entertainment services, namely, producing and presenting live choral, musical, dance, and dramatic performances and works; television and radio production and programming services, namely, production of radio and television programs; entertainment and educational services, namely, providing non-downloadable audio and video programs, namely, motion pictures, television shows, and radio programs featuring music, talk, news, and data in the field of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, employment and vocational skills, family history, and genealogy via a global computer network, mobile applications; non-downloadable electronic publications in the nature of books, manuals, instructional materials, brochures, pamphlets, newspapers, newsletters, magazines, and articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; non-downloadable electronic publications in the nature of books, manuals, instructional materials, guides, forms, pedigree charts, family group sheets, templates, records, research logs, genealogy forms, instructional materials, audio recordings, video recordings, pictures, brochures, pamphlets, newspapers, newsletters, magazines, and articles in the fields of family history and genealogy, family history and genealogical research materials, instructional courses, and genealogical tools; providing a website featuring non-downloadable audio and video recordings in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; non-downloadable electronic publications in the nature of books, manuals, instructional materials, guides, forms, templates, brochures, pamphlets, newspapers, newsletters, audio recordings, video recordings, pictures, magazines, and articles featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; providing a website featuring non-downloadable audio and video recordings in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, language, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; providing a website featuring non-downloadable audio and video recordings in the fields of family history and genealogy, family history and genealogical research materials, instructional courses, and genealogical tools; non-downloadable electronic publications, namely, books, manuals, brochures, pamphlets, newsletters, research guides, pedigree charts, family group sheets and records, research logs, genealogy forms, instructional materials, and digitized images in the fields of family history, genealogy, and genealogical research; counseling services in the field of physical fitness; educational counseling services to assist students in planning and preparing for further education; career counseling, namely, providing advice and counseling concerning education options to pursue career opportunities; charitable services, namely, providing vocational guidance to indigent persons seeking employment; providing of educational and instructional services relating to international humanitarian aid and development; educational and instructional services, namely, classes and workshops relating to good hygiene and sanitary practices; personal coaching services in the field of employment and careers

FIRST USE 4-6-2020; IN COMMERCE 5-12-2020

CLASS 42: Providing a secured-access members only website featuring technology that

Page: 3 of 6 / RN # 6974951

gives members the ability to search for information in the fields of religion, scriptures, history, human interest, genealogical information, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; providing a website featuring technology that gives computer users the ability to exchange ideas relating to electronic technologies; providing a website featuring technology that allows for technically minded users to exchange information relating to electronic technologies; providing electronic verification of on-line access of digital content and generating electronic permission codes which then allow users to access said digital content using technology to authenticate user identity; providing temporary use of non-downloadable computer software for allowing users to access information featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content over computer networks, intranets and the internet; computer software development in the field of mobile applications; providing a website featuring resources, namely, non-downloadable software for allowing users to access information in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; business administration and office functions, namely, online electronic storage of files, data, photographs, graphics, documents, videos, images, audio files, audio-visual files, visual files, computer files, and information for others; business administration and office functions, namely, electronic data storage services for personal use, and for the organization of files, images, music, audio, video, photos, drawings, audio-visual, text, documents and data; providing user authentication services using single sign-on technology in electronic commerce transactions; identification services, namely, providing temporary use of non-downloadable computer software for authentication of personal identification information

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 43: Humanitarian aid and development services, namely, restaurant services for providing food; services for providing temporary housing accommodations; providing of food and drink; providing temporary housing and facilities, namely, lodging and shelter facilities for families; eleemosynary and social welfare support services for needy families and individuals, namely, providing food

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 44: Medical care services in the field of hygienic care; eleemosynary and social welfare support services for needy families and individuals, namely, medical services in the nature of providing medicine; professional, personal and family mental health counseling services relating to addictive behavior and abuse of alcohol and other substances and to emotional and family problems; medical services; humanitarian aid and personal development services, namely, providing medical care in the fields of mental health, maternal and newborn care, vision care, and immunization health services

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 45: Providing religious worship services; religious services in the nature of conducting church sermon services and meetings; operating places of assembly for worship, namely, providing specialized facilities for religious ceremonies; religious services, namely, ministerial services, missionary services as a part of ministerial services, evangelistic ministerial services, and religious counseling services; genealogy services, namely, genealogical research, gathering and providing access to genealogical

information, provision of genealogical information; providing online electronic searchable databases in the fields of family history and genealogy; providing a website featuring information about family history and genealogy and also featuring links which provide access to family history and genealogical information; charitable services, namely, providing clothing to needy persons; ministerial services; missionary services offered as a part of ministerial services; spiritual counseling; marriage counseling; adoption counseling; grief counseling; Christian spiritual counseling services; providing religious counseling services; counseling in etiquette and protocol; crime victim services, namely, supportive emotional counseling; counseling in the fields of developing, strengthening and sustaining well-balanced families and family relationships; providing counseling and information in the field of improvement of social skills; counseling in the field of personal development, namely, self-improvement, self-fulfillment, and interpersonal communication; charitable outreach services, namely, providing counseling services in the field of religion; providing personal support services for patients and families of patients, namely, emotional counseling and emotional support; counseling services in the field of Christian conduct in personal relationships; religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, baby dedications, bereavement ceremonies and religious counseling; charitable outreach services, namely, providing counseling services in the field of religion to the needy, imprisoned, and the sick; providing online electronic databases in the fields of family history and genealogy; personal and social services, namely, consultation in the field of family relationships, consultation services for single expectant parents, adoption consultation, consultation services for emergency response psychosocial counseling, rendered to others to meet the needs of individuals, all of the aforementioned in the field of Christian conduct; social services and personal services, namely, consultation in the field of marriage and family relations, emergency response, personal hygiene, maternal and newborn care, vision care, food production and preparation in connection with humanitarian aid and development, all of the aforementioned in the field of Christian conduct; licensing of computer software

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

The mark consists of an image of Christ with outstretched arms standing under an arch and the stylized wording "THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS" within a rectangular box below the arch.

OWNER OF U.S. REG. NO. 2309318, 2097186, 2163221

SER. NO. 88-856,606, FILED 04-01-2020

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.30 05:16:45 -04'00'

# United States of America
## United States Patent and Trademark Office



THE CHURCH OF
JESUS CHRIST
OF LATTER-DAY SAINTS

**Reg. No. 6,901,693**

**Registered Nov. 15, 2022**

**Int. Cl.: 14, 38**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E North Temple Street, Rm 564
Salt Lake City, UTAH 841500005

CLASS 14: Jewelry

FIRST USE 11-15-2020; IN COMMERCE 11-15-2020

CLASS 38: Radio broadcasting services; television broadcasting services; webcasting services; streaming of audio, visual, and data information via a global computer network available via mobile applications and other digital communications device; communication services, namely, transmitting streamed sound and audio visual recordings via the internet; Computer aided transmission of messages and images; Electronic bulletin board services; Transmission of electronic mail; Electronic message sending; Providing access to databases; Providing online forums in the fields of religion, scriptures, history, human interest, family issues, music, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; Providing user access to global computer networks; Radio broadcasting; transmission of video films via the internet; broadcasting and transmission services of television programmes and films to personal computers; broadcasting programs and communications by means of or aided by computer terminals; transmission of audio, video and audio visual programming by Internet protocol (IPTV); transmission of text messages, messages, sound and pictures; telecommunication, communication, and broadcast services, namely, transmission of audio visual content via the Internet; provision of access to electronic sites featuring discussion groups and chat rooms; provision of access to electronic sites featuring chat rooms; telecommunication services, namely, providing access to information on Internet web pages; telecommunication, communication, and broadcasting services, namely, video on demand and near on demand transmission services; Video streaming services via the internet, namely, streaming delivery of video on demand to viewers; providing access to electronic sites



Director of the United States
Patent and Trademark Office



featuring videos and television programs to viewers on demand and near on demand; audio visual communication services, namely, transmitting streamed sound and audiovisual recordings via the internet; data communication services, namely, transmission of data by telecommunications networks, wireless communication networks, the internet, information services networks and data networks; delivery of messages by electronic transmission; telecommunication, communication, and broadcast services, namely, transmission of radio programs, television programs, films and motion pictures via the internet and satellite; telecommunication, communication, and broadcast services, namely, transmission of audio and visual material, namely, radio programs, television programs and material from pre-recorded video media, namely, television programs, films, and motion pictures via the internet and satellite; transmission of radio programs, television programs, films, motion pictures, pre-recorded audio and visual material in the nature of movies and music and, pre-recorded DVDs via the internet; online telecommunications services, namely, webcasting and podcasting services provided over a global communications network; peer to peer network computer services, namely, electronic transmission of audio, video and other data and documents among computers; Electronic delivery of posters, photographs, pictures, and articles online via a global computer network

FIRST USE 4-5-2020; IN COMMERCE 4-15-2020

The mark consists of an image of Christ with outstretched arms standing under an arch and the stylized wording "THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS" within a rectangular box below the arch.

OWNER OF U.S. REG. NO. 2309318, 2097186, 2163221

SER. NO. 88-856,638, FILED 04-01-2020