# EXHIBIT 2

| Copyrighted Church Image 1 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. Nos.: VA0002444375** | |

| Copyrighted Church Image 2 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.: TX0008068384** | |

| Copyrighted Church Image 3 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. Nos.: TX0009296891 and VA0002444378** | |

| Copyrighted Church Image 4 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002495115 |  |

| Copyrighted Church Image 5 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0007897725 |  |

| Copyrighted Church Image 6 | Image used by Defendants |
|---|---|
|  Copyright Reg. Nos.: TX0008926082 and VA0002444380 |  |

3

| Copyrighted Church Image 7 | Image used by Defendants[1] |
|---|---|
|  Copyright Reg. Nos.: TX0007970495, and VA0002455847 |   |

| Copyrighted Church Image 8 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496645 |  |

---

[1] For privacy purposes, the face and name of the individual in the first thumbnail image have been redacted.

| Copyrighted Church Image 9 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0009361905 |  |

| Copyrighted Church Image 10 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX007998419 |  |

| Copyrighted Church Image 11 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.: TX0007995081** |  |

| Copyrighted Church Image 12 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.: TX0008612223** |  |

| Copyrighted Church Image 13 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002486714  Copyright Reg. No.: TX0008880779 |      |

7

| Copyrighted Church Image 14 | Image used by Defendants |
|---|---|
| <br><br>Copyright Reg. Nos.: TX0007841997 and VA0002444381 | <br><br><br><br> |

| Copyrighted Church Image 15 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: B 170112 renewed by RE0000933144 |    |

| Copyrighted Church Image 16 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0008771412 |  |

| Copyrighted Church Image 17 | Image used by Defendants |
|---|---|
| <br>**Copyright Reg. No.: PAu003076736** |  |

| Copyrighted Church Image 18 | Image used by Defendants |
|---|---|
| <br>**Copyright Reg. No.: TX0008458186** |  |

| Copyrighted Church Image 19 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.: TX0005920755** |    |

| Copyrighted Church Image 20 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.:  VA0002493355** |  |

| Copyrighted Church Image 21 | Image used by Defendants |
| --- | --- |
|  Copyright Reg. No.: TX0008623272 |  |

| Copyrighted Church Image 22 | Images used by Defendants |
| --- | --- |
|  Copyright Reg. No.: TX0008553114 |   |

| Copyrighted Church Image 23 | Image used by Defendants |
|---|---|
| <br>**Copyright Reg. No.: TX0007078972** | <br> |

| Copyrighted Church Image 24 | Image used by Defendants |
|---|---|
| <br>**Copyright Reg. No.: TX0008588295** |  |

| Copyrighted Church Image 25 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: PA0002547090 |  |

| Copyrighted Church Image 26 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0008770382 |  |

| Copyrighted Church Image 27 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0008127740 |  |

14

| Copyrighted Church Image 28 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.: TX007923670** | Audio recording of Trevor Haugen's meeting with Mormon General Authority Elder Don R. Clarke and Matthew J. Grow of LDS Church History Department<br><br> Recorded March 3, 2017  |

| Copyrighted Church Image 29 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.: VAu001582782** | Audio recording of Trevor Haugen's meeting with Mormon General Authority Elder Don R. Clarke and Matthew J. Grow of LDS Church History Department<br><br> Recorded March 3, 2017  |

| Copyrighted Church Image 30 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.:  VA0002493352** |  |

| Copyrighted Church Image 31 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.:  VA0002495110** | <br> |

| Copyrighted Church Image 32 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.:  VA0002495130** |  |

| Copyrighted Church Image 33 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.: VA0002495148** | |

| Copyrighted Church Image 34 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.:  VA0002496672** | |

| Copyrighted Church Image 35 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.:  VA0002496669** | |

| Copyrighted Church Image 36 | Images used by Defendants |
|---|---|
|  **Copyright Reg. No.:  VA0002496674** |     |

| Copyrighted Church Image 37 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.:  VA0002496690** |  |

18

| Copyrighted Church Image 38 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.:  VA0002496678** |     |

| Copyrighted Church Image 39 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.:  VA0002496667** |  |

19

| Copyrighted Church Image 40 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.:  VA0002496683** | <br><br><br> |

| Copyrighted Church Image 41 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002496670 |  |

| Copyrighted Church Image 42 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002496696 |  |

| Copyrighted Church Image 43 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002496688 |  |

| Copyrighted Church Image 44 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496707 |  |

| Copyrighted Church Image 45 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496662 |  |

| Copyrighted Church Image 46 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  TX008302162 |  |

| Copyrighted Church Image 47 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.:  VA0002496693** | |

| Copyrighted Church Image 48 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.:  VA0002496649** | |

| Copyrighted Church Image 49 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.:  VA0002496647** | |

| Copyrighted Church Image 50 | Image used by Defendants |
|:---:|:---:|
| <br><br>Copyright Reg. No.: TX0007943531 |  |

| Copyrighted Church Image 51 | Image used by Defendants |
|:---:|:---:|
| <br><br>Copyright Reg. No.:  VA0002496651 | <br> |