# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-375

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Russell M. Nelson Official Photo (2018) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
| | Salt Lake City, UT 84150 United States |

## Certification

Page 1 of 2

**Name:** Ryan Miller
**Date:** May 05, 2025
**Applicant's Tracking Number:** IRIC4018CP - FR5270

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-068-384**

**Effective Date of Registration:**
June 29, 2015

## Title

**Title of Work:**  The Friend
**Volume:** 45
**Number:** 7
**Date on Copies:** July 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

|  |  |
| --- | --- |
| **Name:** | Barry V. Taggart |
| **Date:** | June 29, 2015 |
| **Applicant's Tracking Number:** | FR#4691 |



**Registration #:** TX0008068384
**Service Request #:** 1-2511375826

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-296-891

**Effective Date of Registration:**
July 17, 2023
**Registration Decision Date:**
August 08, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| **Volume:** | 47 |
| **Number:** | 5 |
| **Date on Copies:** | May 2023 |
| **Frequency of Publication:** | Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 15, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text, translation |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

**Name:** Barry V. Taggart
**Date:** July 17, 2023
**Applicant's Tracking Number:** FR#5093

**Registration #:**  TX0009296891
**Service Request #:**  1-12784006412



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL 5
Salt Lake City, UT 84150-0005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-378

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Photo of First Presidency at April 2023 General Conference |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 02, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc.<br>50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564<br>Salt Lake City, UT 84150 United States |

## Certification

Page 1 of 2

**Name:** Ryan Miller
**Date:** May 05, 2025
**Applicant's Tracking Number:** IRIC4019CP - FR5271

**Correspondence:** Yes

**Registration #:**  VA0002495115
**Service Request #:**  1-15138531251

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling      **Application Date:**  April 09, 2026

## Correspondent

**Registration Number**

**VA 2-495-115**

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:**   Salt Lake Temple renovation project, July 2020

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   September 26, 2020
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Certification

**Name:**   Ryan Miller
**Date**:   April 09, 2026
**Applicant's Tracking Number**:   IRIC4078CP

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-897-725

**Effective date of
registration:**

June 27, 2014

## Title

**Title of Work:** Liahona

**Volume** 38          **Number** 7          **Date on Copies** July 2014

**Frequency of publication**     Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 15, 2014          **Nation of 1st Publication:** United States

## Author

■          **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints

**Author Created:** compilation, contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office

**Address:** 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart

**Date:**   June 27, 2014

**Applicant's Tracking Number:**   FR#4446



**Registration #:**  TX0007897725
**Service Request #:**  1-1545200909



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-926-082

**Effective Date of Registration:**
December 14, 2020
**Registration Decision Date:**
January 11, 2021

## Title

| | |
|---|---|
| **Title of Work:** | The New Era |
| | **Volume:** 50 |
| | **Number:** 11 |
| | **Date on Copies:** November 2020 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 15, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

**Name:** Barry V. Taggart
**Date:** December 14, 2020
**Applicant's Tracking Number:** FR#4992

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-444-380

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Photo of President Russell M. Nelson from October 2020 Saturday Morning General Conference Session Talk ("Moving Forward") |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 05, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
| | Salt Lake City, UT 84150 United States |

## Certification

Page 1 of 2

**Name:** Ryan Miller
**Date:** May 05, 2025
**Applicant's Tracking Number:** IRIC4020CP - FR5272

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-970-495**

**Effective Date of Registration:**
December 30, 2014

## Title

**Title of Work:** The New Era
**Volume:** 44
**Number:** 10
**Date on Copies:** October 2014
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 15, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** December 30, 2014
**Applicant's Tracking Number:** FR#4599

**Registration #:**   TX0007970495
**Service Request #:**   1-2019803912

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-847

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:**  Portrait of Christ

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:** Ryan Miller
**Date:** August 01, 2025
**Applicant's Tracking Number:** IRIC4030CP - FR5278

---

**Correspondence:** Yes

**Registration #:** VA0002455847
**Service Request #:** 1-14964828925



Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Registration #:**   VA0002496645
**Service Request #:**   1-15138722042

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling      **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-645

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**  Jeffrey R. Holland October 2015 General Conference Image

## Completion/Publication

**Year of Completion:**  2015
**Date of 1st Publication:**  October 03, 2015
**Nation of 1st Publication:**  United States

## Author

- **Author:**  The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**  photograph
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**  By written agreement

## Rights and Permissions

**Organization Name:**  Intellectual Reserve, Inc.
**Name:**  Peter Midgley
**Email:**  cor-trademarks@churchofjesuschrist.org
**Address:**  50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4080CP

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-361-905

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
February 20, 2024

---

## Title

**Title of Work:** Preach My Gospel: A Guide To Sharing The Gospel Of Jesus Christ

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 22, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Floor 5, Salt Lake City, UT, 84150-0005, United
States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** TX0006407298, 2006

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Address:** 50 E. North Temple St.
Floor 5

Salt Lake City, UT 84150-0005 United States

## Certification

|                             |                       |
|----------------------------:|:----------------------|
|                   **Name:** | Barry V. Taggart      |
|                   **Date:** | September 18, 2023    |
| **Applicant's Tracking Number:** | FR5114           |

|                              |                       |
|-----------------------------:|:----------------------|
|          **Correspondence:** | Yes                   |
| **Copyright Office notes:**  | Regarding previous registration: Registration year added from Copyright Office records. |

**Registration #:** TX0009361905
**Service Request #:** 1-12938917921



Intellectual Reserve, Inc.
Barry V Taggart
50 E. North Temple Street
Floor 5
Salt Lake City, UT 84150-0005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-998-419**

**Effective Date of Registration:**
February 27, 2015

## Title

**Title of Work:** The New Era
**Volume:** 39
**Number:** 6
**Date on Copies:** June 2009
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** May 15, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

Page 1 of 2

## Certification

Name: Barry V. Taggart
Date: February 27, 2015
Applicant's Tracking Number: FR#4609



**Registration #:**    TX0007998419
**Service Request #:**    1-2177896602

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-995-081**

**Effective Date of Registration:**
January 30, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume:** 39 |
| | **Number:** 4 |
| | **Date on Copies:** April 2009 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | March 15, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Property Office |

**Address:**   50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart
**Date:**   January 30, 2015
**Applicant's Tracking Number:**   FR#4635

**Registration #:**   TX0007995081
**Service Request #:**   1-2100799630

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-612-223

**Effective Date of Registration:**
March 28, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume:** 48 |
| | **Number:** 2 |
| | **Date on Copies:** February 2018 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** March 28, 2018
**Applicant's Tracking Number:** FR#4837

**Correspondence:** Yes



**Registration #:**   TX0008612223
**Service Request #:**   1-6436483102

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-486-714

**Effective Date of Registration:**
December 01, 2025
**Registration Decision Date:**
March 02, 2026

## Title

| | |
|---|---|
| **Title of Work:** | The Christus |
| **Previous or Alternate Title:** | The Christus Drawing |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 04, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | sculpture, Christus statue in the public domain |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |

Page 1 of 2

**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**   Ryan Miller
**Date:**   December 01, 2025
**Applicant's Tracking Number:**   IRIC4014CP - FR5154

**Registration #:** VA0002486714
**Service Request #:** 1-15042593930



Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TX 8-880-779**

**Effective Date of Registration:**
June 22, 2020
**Registration Decision Date:**
July 07, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume:** 44 |
| | **Number:** 5 |
| | **Date on Copies:** May 2020 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | April 15, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •     **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

**Name:** Barry V. Taggart
**Date:** June 22, 2020
**Applicant's Tracking Number:** FR#4966

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-841-997

**Effective date of
registration:**

April 30, 2014

## Title

**Title of Work:** The New Era

**Volume** 43          **Number** 1          **Date on Copies** January 2013

**Frequency of publication**     Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 15, 2012     **Nation of 1st Publication:** United States

## Author

■          **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints

**Author Created:** compilation, contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office

**Address:** 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart

**Date:**   April 30, 2014

**Applicant's Tracking Number:**   FR#4407



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-381

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | President Boyd K. Packer Official Photo |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | April 25, 2001 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc.<br>50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564<br>Salt Lake City, UT 84150 United States |

## Certification

Page 1 of 2

**Name:**  Ryan Miller
**Date:**  May 05, 2025
**Applicant's Tracking Number:**  IRIC4022CP - FR5273

**Correspondence:**  Yes




# Additional Certificate of Registration
## of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim
of copyright registered under number

**B 170112**

In testimony whereof, the seal of this office
is affixed hereto on

**June 3, 2025**



C-731 05/2025

Page 1

# Application
## for Registration of a Claim to Copyright
### in a periodical manufactured in the
### United States of America

**FORM B**

REGISTRATION NO.

**B  170112**

DO NOT WRITE HERE

CLASS

**B**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ........ CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS
50 EAST NORTH TEMPLE
Address ........ SALT LAKE CITY, UT  84150

Name ........

Address ........

**2. Title:** ........ The ENSIGN Of the Chruch of Jesus Christ of Latter-day Saints
(Give the title of the periodical as it appears on the copies)

Vol. ........ 6 ........ No. ........ 12 ........ Date on copies ........ DECEMBER 1976

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ........ UNITED STATES OF AMERICA
(Name of country)

Domiciled in U.S.A.  Yes ........ **XXXX** ........ No ........

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

........ NOVEMBER ........ 11 ........ 1976
(Month) ........ (Day) ........ (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

........ UNITED STATES OF AMERICA

➤ **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ........

**(b) Process Used:** ........

**(c) Country of Manufacture:** ........

EXAMINER

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:
LDS CHURCH MAGAZINES

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:
Name A. Glen Snarr, Circulation Manager   Address 50 East North Temple, SLC, UT 84150

8. Send Certificate to:

(Type or print name and address)

Name      CHURCH MAGAZINES

Address   50 EAST NORTH TEMPLE
          (Number and street)

          SALT LAKE CITY          UT          84150
          (City)                  (State)     (ZIP code)

9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_A. Glen Snarr_
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A   Form A—Published book manufactured in the United States of America.

Class A or B
Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E
Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K
Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M   Form L–M—Motion picture.

Class N   Form N—Sound recording.

• Form R—Renewal copyright.
• Form U—Notice of use of copyrighted music on mechanical instruments.

### FOR COPYRIGHT OFFICE USE ONLY

Application received
NOV 26 1976

Two copies received
NOV 26 1976

Fee received

Renewal

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTE

REO   933 – 144

EFFECTIV

| MM | DD | YYYY |
|----|----|------|
| 05 | 05 | 2025 |

## 1  TITLE AND ORIGINAL TERM INFORMATION

**A** Title of work as first published or registered: Photo of Spencer W. Kimball

IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

If periodical, give: Volume: _____ Number: _____ Issue date: _____ ISSN: _____

**B** Alternative title: _____

IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

**C** If first published as a contribution to a periodical or other collective work, give title of larger work:

The Ensign of The Church of Jesus Christ of Latter-day Saints, December 1976

IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

If periodical, give: Volume: 6 Number: 12 Issue date: Dec. 1976 ISSN: _____

**D** Has this work (or the work in which it was first published, if a contribution) ever been registered?
Yes ☒ *Give registration number:* B170112 ► OR ► No ☐ *(Complete Form RE/Addendum.)*

**E** Publication date: 11/11/1976 (MM/DD/YYYY) ► OR ► Registration date, if registered as unpublished work: _____ (MM/DD/YYYY)

**F** Year date(s) in copyright notice, if earlier than actual publication year date: 19 _____ ISBN: _____

**G** Original copyright claimant(s): The Corporation of the President of The Church of Jesus Christ of Latter-day Saints

IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

**H** If the work was originally registered in Class Ai or Bi, was a U.S. edition registered?
Yes ☐ *Give registration number:* _____ ► OR ► No ☐

**I** If the original registration record was corrected or amplified by supplementary registration on Form CA, give the registration number and effective date of the supplementary registration: Number: _____ Date: _____

## 2  WORK OR MATERIAL CLAIMED AND AUTHOR INFORMATION

**A** Copyright for the renewal term is claimed in: *(Check only one.)*

1 ☐ the entire work.

2 ☒ a contribution first published in a periodical or other collective work.

3 ☐ revisions in previously published or registered work. *Describe revisions:* _____

4 ☐ separate element(s) of authorship in a larger work. *Specify element(s):* _____

OR ►

5 ☐ The renewal claim is based on the first publication of a work previously registered as an unpublished work under registration number: _____

**B** The following author(s) contributed to the work or material claimed:

Name: ~~The Corporation of the President of The Church of Jesus Christ~~ of Latter-day Saints   This author created: Entire photograph

Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____   This author created: _____

Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____   This author created: _____

Date of death, if applicable: _____ (MM/DD/YYYY)

IF THERE ARE ADDITIONAL AUTHORS, USE SPACE B ON FORM RE/CON

PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579) The authority for requesting this information is title 17 U.S.C. §409 and §410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 U.S.C. The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request. NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

APPLICATION RECEIVED: **MAY 0 5 2025**

CORRESPONDENCE: ☐ YES

EXAMINED BY: *GMES*

FUNDS RECEIVED:

DO NOT WRITE ABOVE THIS LINE.
IF YOU NEED MORE SPACE, USE FORM RE/CON.

## 3 RENEWAL TERM OWNERSHIP INFORMATION

A

By assignment or written agreement on July 28, 1998 from The Corporation of the President of The Church of Jesus Christ of Latter-day Saints entitled on January 1, 2005 to claim the renewal copyright as the proprietor of copyright in a work made for hire

Name: Intellectual Reserve, Inc.                                    as the:

Address: 50 E. North Temple Street, Room 564, Salt Lake City, Utah 84150        ◄ OR ► Year of death: _____

Name: _____  as the: _____

Address: _____  ◄ OR ► Year of death: _____

Name: _____  as the: _____

Address: _____  ◄ OR ► Year of death: _____

Name: _____  as the: _____

Address: _____  ◄ OR ► Year of death: _____

IF THERE ARE ADDITIONAL STATUTORY CLAIMANTS, USE SPACE E ON FORM RE/CON.

B

This application is submitted by or on behalf of the:   (Check only one.)
☒ Statutory claimant(s) named above.   (Go on to section 4.)
OR ►
☐ Assignee/successor of the statutory claimant(s) named above.   (Complete space C below.)

C

_____  by _____
ASSIGNEE/SUCCESSOR                    MEANS OF TRANSFER

Current address: _____

## 4 CERTIFICATION

I, the undersigned, hereby certify that I am the statutory claimant, the assignee/successor, or the duly authorized agent of the statutory claimant or assignee/successor, and that the statements made by me in this application are correct.

Typed or printed name: Tyson Smith                                    Date: 5/7/25

Handwritten signature: *Tyson Smith*

## 5 PAYMENT, CORRESPONDENCE, AND MAILING INFORMATION

Deposit account number: _____  Account name: _____

Contact information for correspondence, including name and mailing address: Ryan Miller, Pirkey Barber PLLC
1801 East 6th Street, Suite 300, Austin, Texas 78702

Phone: ( 512 ) 334-8503      Fax: ( ___ ) _____      Email: rmiller@pirkeybarber.com

## MAILING ADDRESS FOR CERTIFICATE:

Peter Midgley
NAME
50 E. North Temple Street, Room 564
NUMBER/STREET                                              APT/SUITE

| Salt Lake City | Utah | 84150 | US |
|---|---|---|---|
| CITY/TOWN | STATE/PROVINCE | ZIP/POSTAL CODE | COUNTRY |

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

FORM RE  REV: 05/2020  Printed on recycled paper

U.S. GOVERNMENT PRINTING OFFICE: 2020-xxx-xxx/xx,xxx

**Registration Number**

# TX 8-771-412

**Effective Date of Registration:**
June 21, 2019
**Registration Decision Date:**
September 05, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume***: 43* |
| | **Number**: 5 |
| | **Date on Copies**: May 2019 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 15, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

**Name:** Barry V. Taggart
**Date**: June 21, 2019
**Applicant's Tracking Number**: FR#4909

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

## FORM PA



**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REG  **PAu3 – 076 – 736**



■PAU003076736■

EFFECTIVE DATE OF REGISTRATION

Aug 23, 2006

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Joseph Smith: The Prophet of the Restoration (53696)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

## 2

**a** NAME OF AUTHOR ▼

Corp. of the President of the Church of Jesus Christ of Latter-day Saints

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A.
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005  Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation _____

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Intellectual Reserve, Inc.
50 East North Temple Street
Salt Lake City, UT 84150

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of all rights by author

APPLICATION RECEIVED
AUG 2 3 2006
ONE DEPOSIT RECEIVED
AUG 2 3 2006  DVD W
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

| EXAMINED BY  DBC | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

Corp. of the Pres. of The Church of Jesus Christ of LDS          DA034045

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Marissa Browning, Intellectual Property Office
50 East North Temple Street, Floor 18
Salt Lake City, UT 84150-3011

**b**

Area code and daytime telephone number ( 801 ) 240-3958          Fax number ( 801 ) 240-1187

Email browningmb@ldschurch.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Intellectual Reserve, Inc.
}
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barry V. Taggart                                        Date  16 Aug 06

Handwritten signature (X) ▼

☞ x Barry V. Taggart

| Certificate will be mailed in window envelope to this address: | Name ▼  INTELLECTUAL PROPERTY OFFICE | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 | **9** |
| | Number/Street/Apt ▼  50 EAST NORTH TEMPLE STREET, FLOOR 18 | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | |
| | City/State/ZIP ▼  SALT LAKE CITY, UT 84150-3011 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000. |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tergle Claypett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-458-186

**Effective Date of Registration:**
June 30, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume:** 41 |
| | **Number:** 5 |
| | **Date on Copies:** May 2017 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 15, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text |

## Rights and Permissions

Page 1 of 2

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** June 30, 2017
**Applicant's Tracking Number:** FR#4804

**Correspondence:** Yes



**Registration #:**  TX0008458186
**Service Request #:**  1-5531626133

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

## FORM SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

F

**TX 5-920-755**

=TX9905920755=

EFFECTIVE DATE OF REGISTRATION

/ - 6 - 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

Ensign + (Center Insert: News of the Church--Australia/New Zealand) (23912)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 33 | 12 | December 2003 | Monthly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** NAME OF AUTHOR ▼

Corp. of the President of The Church of Jesus Christ of Latter-day Saints

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☑ Collective Work    Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2003 ◀Year
*This information must be given in all cases.*

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
*Complete this information ONLY if this work has been published.*
Month▶ November    Day▶ 15    Year▶ 2003
U.S.A. ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Intellectual Reserve, Inc.
50 East North Temple Street
Salt Lake City, UT 84150

*See instructions before completing this space.*

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of all rights by author

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of ___2___ pages

| EXAMINED BY | | FORM SE |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6**  **a**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some text and illustrations simultaneously published in the Liahona magazine (December 2003)

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  **b**

New text, illustrations, photos, drawings, paintings, art work

**7**  **a**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                      **Account Number** ▼

Corp. of the President of The Church of Jesus Christ of LDS          DA034045

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼  **b**

Ruth Ann Johnson

50 East North Temple Street

Salt Lake City, UT  84150-3011

Area code and daytime telephone number ▶ 801-240-5982          Fax number ▶ 801-240-1187

Email ▶ johnsonra@ldschurch.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Intellectual Reserve, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Roger K. Petersen                                      Date ▶ 15 Dec 03

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address:

| Name ▼ |
| --- |
| COPYRIGHTS AND PERMISSONS OFFICE |
| Number/Street/Apt ▼ |
| 50 EAST NORTH TEMPLE STREET, FLOOR 18 |
| City/State/ZIP ▼ |
| SALT LAKE CITY, UT  84150-3011 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

**Registration #:**  VA0002493355
**Service Request #:**  1-15036526782

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling    **Application Date:**   April 02, 2026
**Note to C.O.:** This rendering has only been published only in electronic form, so the deposit will be uploaded.

## Correspondent

**Organization Name:**  Pirkey Barber
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-493-355

**Effective Date of Registration:**
April 02, 2026
**Registration Decision Date:**
April 03, 2026

## Title

**Title of Work:**    Rendering of the Provo Temple

## Completion/Publication

**Year of Completion:**    2021
**Date of 1st Publication:**    November 24, 2021
**Nation of 1st Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
   **Author Created:**    2-D artwork
   **Work made for hire:**    Yes
   **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Tyson Smith
**Date**:  April 02, 2026
**Applicant's Tracking Number**:  IRIC4035CP/FR5297

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-623-272

**Effective Date of Registration:**
June 29, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume**: 42 |
| | **Number**: 5 |
| | **Date on Copies**: May 2018 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** June 29, 2018
**Applicant's Tracking Number:** FR# 4849

**Registration #:**   TX0008623272
**Service Request #:**   1-6723996822

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-553-114

**Effective Date of Registration:**
January 30, 2018

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Liahona |
| **Volume:** | 41 |
| **Number:** | 12 |
| **Date on Copies:** | December 2017 |
| **Frequency of Publication:** | Monthly |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 15, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** January 30, 2018
**Applicant's Tracking Number:** FR#4825

**Registration #:**   TX0008553114
**Service Request #:**   1-6249009965

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## TX 7-078-972

**Effective date of
registration:**

July 29, 2008

## Title

**Title of Work:** Ensign (02205)

**Volume** 38        **Number** 5        **Date on Copies** May 2008

**Frequency of publication**    Monthly

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 15, 2008        **Nation of 1st Publication:** United States

## Author

- **Author:** Corp. of the President of The Church of Jesus Christ of Latter-day Saints

  **Author Created:** Collective Work

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc

50 East North Temple Street, Salt Lake City, UT, 84150

**Transfer Statement:** Assignment of all rights by author

## Limitation of copyright claim

**Material excluded from this claim:** Some text and illustrations simultaneously published in the Liahona (May 2008)

**Previously registered:** No

**New material included in claim:** New text,illustrations,artwork,photos,drawings,paintings

## Certification

Page 1 of 2

**Name:**  Barry V. Taggart

**Date:**  May 8, 2008

**Registration #:**    TX0007078972

**Service Request #:**    1-87814706

INTELLECTUAL PROPERTY OFFICE
50 EAST NORTH TEMPLE STREET, FLOOR 18
SALT LAKE CITY, UT 84150-3011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesli*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-588-295

**Effective Date of Registration:**
March 30, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume***: 48 |
| | **Number**: 4 |
| | **Date on Copies:** April 2018 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | March 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** March 30, 2018
**Applicant's Tracking Number:** FR#4843



**Registration #:**    TX0008588295
**Service Request #:**    1-6444160659

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## PA 2-547-090

**Effective Date of Registration:**
July 31, 2025
**Registration Decision Date:**
August 27, 2025

## Title

**Title of Work:**  Ammon Serves and Teaches King Lamoni | Alma 17–19

**Series Title:**  Book of Mormon Videos

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  May 01, 2020
**Nation of 1st Publication:**  United States

## Author

- **Author:**  The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150-005, United
States
**Transfer statement:**  By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**  preexisting music, Text of Book of Mormon previously registered
**Previous registration and year:**  TX0008583407, 2017

**New material included in claim:**  all other cinematographic material, production as a motion picture, music,
footage, script, and screenplay

## Rights and Permissions

Page 1 of 2

Page 2 of 2

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150-005 United States

## Certification

**Name:** Ryan J. Miller
**Date:** July 31, 2025
**Applicant's Tracking Number:** IRIC4003CP24 - FR#5198

**Registration #:**  PA0002547090
**Service Request #:**  1-14956902288



Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150-005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

## TX 8-770-382

**Effective Date of Registration:**
July 05, 2019
**Registration Decision Date:**
September 03, 2019

## Title

|  |  |
|---|---|
| **Title of Work:** | Liahona |
| **Volume:** | 43 |
| **Number:** | 7 |
| **Date on Copies:** | July 2019 |
| **Frequency of Publication:** | Monthly |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | June 15, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

**Name:** Barry V. Taggart
**Date:** July 05, 2019
**Applicant's Tracking Number:** FR#4911

**Registration #:**  TX0008770382
**Service Request #:**  1-7853416701



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL 5
Salt Lake City, UT 84150-0005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-127-740

**Effective Date of Registration:**
September 28, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume:** 45 |
| | **Number:** 6 |
| | **Date on Copies:** June 2015 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 15, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Property Office |

Page 1 of 2

**Address:**    50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**    Barry V. Taggart
**Date:**    September 28, 2015
**Applicant's Tracking Number:**    FR#4693

**Registration #:** TX0008127740
**Service Request #:** 1-2746027855

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-923-670

**Effective date of
registration:**

May 30, 2014

## Title

**Title of Work:** Liahona

**Volume** 36          **Number** 11          **Date on Copies** November 2012

**Frequency of publication**     Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** October 15, 2012          **Nation of 1st Publication:** United States

## Author

■          **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day
Saints
**Author Created:** compilation, contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United
States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** compilation, editing, photograph(s), text

## Rights and Permissions

**Organization Name:** Intellectual Property Office

**Address:** 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**  Barry V. Taggart

**Date:**  May 30, 2014

**Applicant's Tracking Number:**  FR#4432

---

**Correspondence:**  Yes



**Registration #:**  TX0007923670
**Service Request #:**  1-1473121320



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013  United States

**Registration #:**  VAu001582782
**Service Request #:**  1-15138722269

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling     **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VAu 1-582-782**

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    Photo of Matt Grow

## Completion/Publication

**Year of Completion:**    2015

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**    Ryan Miller
**Date**:    April 15, 2026

Page 1 of 2

**Applicant's Tracking Number**:    IRIC4084CP

**Registration #:**  VA0002493352
**Service Request #:**  1-15036526806

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling        **Application Date:**  April 02, 2026

## Correspondent

**Organization Name:**  Pirkey Barber
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-493-352**

**Effective Date of Registration:**
April 02, 2026
**Registration Decision Date:**
April 03, 2026

## Title

**Title of Work:** Photograph of Layton Temple

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**    Tyson Smith
**Date**:    April 02, 2026
**Applicant's Tracking Number**:    IRIC4036CP/FR5297

**Registration #:** VA0002495110
**Service Request #:** 1-15138615682

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling    **Application Date:** April 09, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-495-110**

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title

       **Title of Work:**    Missionaries at the MTC

## Completion/Publication

       **Year of Completion:**    2017
   **Date of 1st Publication:**    July 26, 2017
  **Nation of 1ˢᵗ Publication:**    United States

## Author

         •     **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
     **Author Created:**    photograph
  **Work made for hire:**    Yes
       **Citizen of:**    United States

## Copyright Claimant

  **Copyright Claimant:**    Intellectual Reserve, Inc.
                      50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
   **Transfer statement:**    By written agreement

## Rights and Permissions

   **Organization Name:**    Intellectual Reserve, Inc.
           **Name:**    Peter Midgley
          **Email:**    cor-trademarks@churchofjesuschrist.org
       **Address:**    50 E. North Temple Street, Room 564
                      Salt Lake City, UT 84150 United States

## Certification

**Name:**   Ryan Miller
**Date**:   April 09, 2026
**Applicant's Tracking Number**:   IRIC4079CP

**Registration #:**  VA0002495130
**Service Request #:**  1-15137955821

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling    **Application Date:**  April 09, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-495-130**

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:**   The Brass Plates Sitting on a Table

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   November 07, 2019
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
**Author Created:**   photograph
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

Page 1 of 2

**Name:**   Ryan Miller
**Date**:   April 09, 2026
**Applicant's Tracking Number**:   IRIC4077CP

**Registration #:**  VA0002495148
**Service Request #:**  1-15137750271

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling          **Application Date:**  April 09, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-495-148

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title

      **Title of Work:**   Laie Hawaii Temple Sealing Room

## Completion/Publication

      **Year of Completion:**   2010
    **Date of 1st Publication:**   November 18, 2010
   **Nation of 1st Publication:**   United States

## Author

-       **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
    **Author Created:**   photograph
   **Work made for hire:**   Yes
      **Citizen of:**   United States

## Copyright Claimant

   **Copyright Claimant:**   Intellectual Reserve, Inc.
      50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
   **Transfer statement:**   By written agreement

## Rights and Permissions

   **Organization Name:**   Intellectual Reserve, Inc.
      **Name:**   Peter Midgley
      **Email:**   cor-trademarks@churchofjesuschrist.org
    **Address:**   50 E. North Temple Street, Room 564
      Salt Lake City, UT 84150 United States

## Certification

**Name:**    Ryan Miller
**Date**:    April 09, 2026
**Applicant's Tracking Number**:    IRIC4076CP

**Registration #:**  VA0002496672
**Service Request #:**  1-15141131560

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling     **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-672

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Mexico City Temple Photograph

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   August 11, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
**Author Created:**   photograph
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4090CP

**Registration #:**    VA0002496669
**Service Request #:**    1-15141131474

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling    **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

## VA 2-496-669

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    First Presidency Press Conference Photograph

## Completion/Publication

**Year of Completion:**    2018
**Date of 1st Publication:**    January 13, 2020
**Nation of 1st Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**   Ryan Miller
**Date**:   April 15, 2026
**Applicant's Tracking Number**:   IRIC4088CP

**Registration #:**    VA0002496674
**Service Request #:**    1-15141171653

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling      **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-674

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

    **Title of Work:**  Philadelphia Pennsylvania Temple Photograph

## Completion/Publication

      **Year of Completion:**  2016
    **Date of 1st Publication:**  August 01, 2016
    **Nation of 1st Publication:**  United States

## Author

-     **Author:**  The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
    **Author Created:**  photograph
    **Work made for hire:**  Yes
    **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Intellectual Reserve, Inc.
      50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
    **Transfer statement:**  By written agreement

## Rights and Permissions

    **Organization Name:**  Intellectual Reserve, Inc.
    **Name:**  Peter Midgley
    **Email:**  cor-trademarks@churchofjesuschrist.org
    **Address:**  50 E. North Temple Street, Room 564
      Salt Lake City, UT 84150 United States

## Certification

**Name:** Ryan Miller
**Date**: April 15, 2026
**Applicant's Tracking Number**: IRIC4091CP

**Registration #:**    VA0002496690
**Service Request #:**    1-15141171985

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling        **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-690

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Seminary Classroom Photograph

## Completion/Publication

**Year of Completion:**   2013
**Date of 1st Publication:**   July 01, 2014
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4095CP

**Registration #:**    VA0002496678
**Service Request #:**    1-15141171776

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling        **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-678

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    Hamilton New Zealand Temple Photograph #1

## Completion/Publication

**Year of Completion:**    2022
**Date of 1st Publication:**    August 25, 2022
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Mark Scowen Photography
**Author Created:**    photograph
**Work made for hire:**    Yes
**Citizen of:**    New Zealand

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4092CP

**Registration #:**   VA0002496667
**Service Request #:**   1-15141131451

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling        **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-667

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title
_____

Title of Work:    Plates of gold

## Completion/Publication
_____

Year of Completion:    2008
Date of 1st Publication:    September 18, 2024
Nation of 1st Publication:    United States

## Author
_____

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant
_____

Copyright Claimant:    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
Transfer statement:    By written agreement

## Rights and Permissions
_____

Organization Name:    Intellectual Reserve, Inc.
Name:    Peter Midgley
Email:    cor-trademarks@churchofjesuschrist.org
Address:    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification
_____

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4087CP

**Registration #:**  VA0002496683
**Service Request #:**  1-15141171869

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling      **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-683

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Hamilton New Zealand Temple Photograph #2

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   October 16, 2023
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Mark Scowen Photography
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   New Zealand

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4093CP

**Registration #:**    VA0002496670
**Service Request #:**    1-15141131527

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling        **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-670

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**  Pushing, Pulling and Praying, Bound for Zion

## Completion/Publication

**Year of Completion:**  1997
**Date of 1st Publication:**  July 21, 2015
**Nation of 1st Publication:**  United States

## Author

- **Author:**  E. Kimball Warren
  **Author Created:**  2-D artwork
  **Work made for hire:**  No
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**  By written agreement

## Rights and Permissions

**Organization Name:**  Intellectual Reserve, Inc.
**Name:**  Peter Midgley
**Email:**  cor-trademarks@churchofjesuschrist.org
**Address:**  50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4089CP

**Registration #:**   VA0002496696
**Service Request #:**   1-15141172114

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling     **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-696

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

| | |
|---|---|
| **Title of Work:** | President Nelson receives COVID-19 vaccine |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | January 19, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
| | Salt Lake City, UT 84150 United States |

## Certification

Page 1 of 2

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4097CP

**Registration #:**  VA0002496688
**Service Request #:**  1-15141171962

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling    **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-688

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:** Baranquilla Colombia Temple Photograph

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 09, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

Page 1 of 2

**Name:**   Ryan Miller
**Date**:   April 15, 2026
**Applicant's Tracking Number**:   IRIC4094CP

**Registration #:**  VA0002496707
**Service Request #:**  1-15141131272

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling          **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-707

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Looking Forward to Relief Society Photograph

## Completion/Publication

**Year of Completion:**   2012
**Date of 1st Publication:**   April 01, 2021
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Intellectual Reserve, Inc.
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**   Ryan Miller

Page 1 of 2

**Date**:    April 15, 2026
**Applicant's Tracking Number**:    IRIC4085CP

---

**Correspondence:**    Yes

**Registration #:**    VA0002496662
**Service Request #:**    1-15141131298

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling        **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-662

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

|  |  |
|---|---|
| **Title of Work:** | Rio de Janeiro Temple Photograph |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | January 26, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
|  | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
|  | Salt Lake City, UT 84150 United States |

## Certification

**Name:**   Ryan Miller
**Date**:   April 15, 2026
**Applicant's Tracking Number**:   IRIC4086CP

**Registration Number**

# TX 8-302-162

**Effective Date of Registration:**
June 28, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume***: 46 |
| | **Number**: 6 |
| | **Date on Copies**: June 2016 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 15, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

**Material excluded from this claim:**  artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:**  artwork, compilation, editing, photograph(s), text

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Property Office |

**Address:**   50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart
**Date**:   June 28, 2016
**Applicant's Tracking Number**:   FR#4758

**Registration #:**  VA0002496693
**Service Request #:**  1-15141172091

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling          **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-693

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    Photograph from visit to Harare Zimbabwe

## Completion/Publication

**Year of Completion:**    2018
**Date of 1st Publication:**    April 18, 2018
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Benson Peter Arudo Opiyo
  **Author Created:**    photograph
  **Work made for hire:**    No
  **Citizen of:**    Kenya

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4096CP

**Registration #:** VA0002496649
**Service Request #:** 1-15138722191

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling    **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-649

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Casper Wyoming Temple Rendering

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   September 03, 2021
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
**Author Created:**   2-D artwork
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

Page 1 of 2

**Name:** Ryan Miller
**Date**: April 15, 2026
**Applicant's Tracking Number**: IRIC4082CP

**Registration #:** VA0002496647
**Service Request #:** 1-15138722067

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling    **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-496-647**

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

        **Title of Work:**    Farmington Utah Meetinghouse Image

## Completion/Publication

        **Year of Completion:**    2010
    **Date of 1st Publication:**    November 27, 2013
  **Nation of 1st Publication:**    United States

## Author

-         **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
      **Author Created:**    photograph
  **Work made for hire:**    Yes
        **Citizen of:**    United States

## Copyright Claimant

    **Copyright Claimant:**    Intellectual Reserve, Inc.
        50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
    **Transfer statement:**    By written agreement

## Rights and Permissions

    **Organization Name:**    Intellectual Reserve, Inc.
        **Name:**    Peter Midgley
        **Email:**    cor-trademarks@churchofjesuschrist.org
    **Address:**    50 E. North Temple Street, Room 564
        Salt Lake City, UT 84150 United States

## Certification

Page 1 of 2

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4081CP

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-943-531

**Effective date of registration:**

September 25, 2014

## Title

**Title of Work:** The New Era

**Volume** 42          **Number** 9          **Date on Copies** SEPTEMBER 2012

**Frequency of publication**    Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 15, 2012          **Nation of 1st Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints

  **Author Created:** compilation, contribution(s) to a collective work

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office

**Address:** 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

Page 1 of 2

**Registration #:**   VA0002496651
**Service Request #:**   1-15138722215

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling       **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-651

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:** Oslo Norway Temple Rendering

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 07, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4083CP