# EXHIBIT 4

Page 1
Mormon Stories | Explore, Celebrate, and Challenge Mormon Culture
https://www.mormonstories.org/



## MOST RECENT EPISODES

SEE THE ENTIRE LIST ↗



The Kirtland Bank Scandal & Joseph Smith – w/ John Turner Pt. 21 | Ep. 2081

WATCH NOW ↗                              November 7, 2025



Nahom – The Strongest Evidence for the Book of Mormon? | LDS Discussions 67 | Ep. 2080

WATCH NOW ↗                              November 5, 2025



Finding Joy After Mormonism w/ Sharon Beesley | Ep. 2079

WATCH NOW ↗                              November 3, 2025



Polygamy or Adultery? Fanny Alger and Joseph Smith – John Turner Pt. 20 | Ep. 2078

WATCH NOW ↗                              October 31, 2025



Was Joseph Smith Credible? w/ Sandra Tanner | LDS Discussions 66 | Ep. 2077

WATCH NOW ↗                              October 29, 2025



Why Young Women are Leaving the Mormon Church – Caroline Barrow | Ep. 2076

WATCH NOW ↗                              October 27, 2025

## OUR TOP EPISODES

SEE THE ENTIRE LIST ↗

Captured by FireShot Pro: 11 November 2025, 13:49:07
https://getfireshot.com



Received the Second Anointing, then Left Mormonism – Tom Phillips (MS Classic) | Ep. 1917

**WATCH NOW**     July 12, 2024



1434: Mormon Influencer Discovers the CES Letter – Haleigh Everts

**WATCH NOW**    May 27, 2021



Donna Showalter: The Faith Crisis of a Former Provo, Utah Relief Society President Ep. 1150-1154

**WATCH NOW**    July 22, 2019



Leah, Cody, and Brinley Young – From Fear Into Joy Ep. Ep. 1044-1047

**WATCH NOW**     January 16, 2019

David Archuleta's Mom Tells Her Mormon Story – Lupe Bartholomew | Ep. 1810

**WATCH NOW**    September 13, 2023



The Excommunication of Mormon Bishop Sam Pinson and his Family in Ammon, Idaho Ep. 1321-1327

**WATCH NOW**    June 9, 2020

MORMON STORIES COMMUNITY

# Join our VIP email list for special news!

Occasionally we send emails that can include: invites to special in-person events, important news, groundbreaking episode releases, and foundation transparency updates, – all with the option to opt out anytime.

First Name *

John

Last Name *

Doe

Email Address *

john@doe.com

**COUNT ME IN!**

# OUR SHOWS

← →



**Joseph Smith Podcast**

The church's founder, Joseph Smith, is one of most controversial and beloved Americans of all time. Join this podcast to learn more about Mormonism's founding prophet.</div>

**SEE EPISODES**



**LDS Discussions**

Learn about the history and truth claims of the LDS church, using LDS sources and essays along with historical records

**SEE EPISODES**



**Second-Class Saints**

This series with historian Dr. Matt Harris explores his groundbreaking book about Black Mormons and their struggle for racial equality.

**SEE EPISODES**



**Sandra Tanner**

As one of the most significant figures in modern Mormon history, Sandra shares decades of groundbreaking research and personal stories that have inspired countless truth-seekers.

**SEE EPISODES**



**John Larsen**

John Larsen dives deep into Mormonism's complex issues, off[...] sharp insights and candid discuss[...]

**SEE EPISODES**

Captured by FireShot Pro: 11 November 2025, 13:49:07
https://getfireshot.com

# WATCH OUR EPISODES BY THEME

ALL EPISODES ↗

| | | | |
|---|---|---|---|
| Abuse | → | BYU | → |
| Church History | → | Faith Crisis Stories | → |
| Leaders & General Authorities | → | LGBTQ+ | → |
| Marriage and Family | → | Missionaries | → |
| Race | → | Sexuality | → |



APPLY TO BE ON THE PODCAST

## Do you have an interesting Mormon Story to share?

Whether you have navigated faith transitions, have compelling experiences within or outside the LDS community, or possess knowledge that can enlighten and support others, your story is valuable. Apply today to be a guest and contribute to the rich tapestry of narratives that help us explore, understand, and improve the Mormon experience.

APPLY NOW



Captured by FireShot Pro: 11 November 2025, 13:49:07
https://getfireshot.com

Page 4
Mormon Stories | Explore, Celebrate, and Challenge Mormon Culture
https://www.mormonstories.org/

# SUPPORT INFORMED CONSENT

We are dedicated to produce high-quality content that explores diverse perspectives, shares impactful stories, and provides crucial support for those navigating their faith journeys. Join us in our mission to promote informed consent and make a difference today.

DONATE NOW ↗

MORMON STORIES

**PODCAST EPISODES**
Full interview list
Our Top Episodes
Faith Crisis Stories
Church History

**TRUTH CLAIM ARTICLES**
Joseph Smith
The Book of Mormon
Polygamy
Chronology
Race & Skin Color

**ABOUT MORMON STORIES**
The Podcast
John Dehlin – The Host
Open Stories Foundation
Donations
Contact Us

**FOLLOW US!**


© Copyright 2005 - 2025 | Mormon Stories. All rights reserved.

Captured by FireShot Pro: 11 November 2025, 13:49:07
https://getfireshot.com