# EXHIBIT 5

| | |
|---|---|
| **From:** | Intellectual Reserve, Inc. <ip@intellectualreserve.org> |
| **Sent:** | Friday, November 14, 2025 10:00 AM |
| **To:** | openstoriesboard@gmail.com; MormonStories@gmail.com |
| **Subject:** | Use of Church-Owned Trademarks and Copyrighted Materials |

Dear Mr. Dehlin,

I'm reaching out to you regarding trademarks and copyrighted materials used by Open Stories Foundation. My name is ██████████, and I manage the Intellectual Property Office of The Church of Jesus Christ of Latter-day Saints. Part of my responsibilities is to help maintain the integrity of trademarks and copyrights owned by the Church.

My office has received questions and comments from the public regarding materials on the "Mormon Stories" website, YouTube page, and other social media pages that feature Church trademarks and copyrights. While the Church respects your right to host a podcast, operate a website, and maintain an online brand, the Church has an obligation to protect its trademarks as unique identifiers to prevent confusion about what is and isn't official Church content.

For example, the "Mormon Stories" name and logo (shown below) incorporate Church trademarks including the word "Mormon" and a "light-rays" design, both of which are registered trademarks of the Church. The headers of your podcast's YouTube and Facebook pages similarly feature the Christus logo at the center of the official Church Symbol, another registered trademark of the Church. Using these trademarks is likely to create confusion among viewers, especially when combined with a color scheme and font that mimic those used by the Church.

      

The "Mormon Stories" website, YouTube page, and other social media pages that are used to promote your business and podcast likewise feature pictures copyrighted by the Church, such as the image of President Russell M. Nelson shown below.



1

Using trademarks and copyrights in this way makes it likely that a person seeing your iconography would reasonably—but wrongly—assume they are viewing Church-affiliated or -sponsored content.

For these reasons, we ask you to agree that you will remove and discontinue use of the Church's trademarks and copyrighted materials on your platforms. The Church respects your right to free speech and has no desire to censor your podcast, website, or social media accounts in any way. Our request is that you update elements of your branding to ensure viewers can distinguish your content from Church content.

This request is consistent with the Church's response to trademark infringement. Our first step when we address an infringement, whether by a Church member or not, is typically to notify the individual and give them the opportunity to make the necessary adjustments.

The Church appreciates the fact that making the necessary changes in an orderly manner may require some time, and we are willing to work with you to minimize the impact to your business.

Please feel free to contact me if you have any questions. Please let me have your response within the next 10 days.

Sincerely,

Intellectual Reserve, Inc.
50 E. North Temple Street
Salt Lake City, UT 84150-0005
ip@intellectualreserve.org

2