David J. Jordan (UT Bar No. 1751)
djordan@foley.com
David L. Mortensen (UT Bar No. 8242)
dmortensen@foley.com
Euigin Kim Pace (UT Bar No. 19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900

Tyson D. Smith (TX Bar #24079362) (*Pro Hac Vice* Forthcoming)
tsmith@pirkeybarber.com
Stephen P. Meleen (TX Bar #00795776) (*Pro Hac Vice* Forthcoming)
smeleen@pirkeybarber.com
Ryan J. Miller (TX Bar #24131514) (*Pro Hac Vice* Forthcoming)
rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200

*Attorneys for Intellectual Property Reserve, Inc. and
  The Church of Jesus Christ of Latter-day Saints*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,<br><br>        Plaintiffs,<br><br>v.<br><br>OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,<br><br>        Defendants. | **PLAINTIFF INTELLECTUAL RESERVE, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No. 2:26-cv-00321<br><br>The Honorable Judge _____ |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Intellectual Reserve, Inc. submits this Corporate Disclosure Statement. Intellectual Reserve, Inc. is a Utah non-profit corporation. It is not publicly traded, and has no parent, subsidiary, or affiliated companies that are publicly traded.

DATED: April 17, 2026

Respectfully submitted,

FOLEY & LARDNER LLP


*/s/ David J. Jordan*
David J. Jordan
David L. Mortensen
Eugin K. Pace

PIRKEY BARBER PLLC
Tyson D. Smith (*Pro Hac Vice* forthcoming)
Stephen P. Meleen (*Pro Hac Vice* forthcoming)
Ryan J. Miller (*Pro Hac Vice* forthcoming)

*Attorneys for Plaintiffs Intellectual Reserve, Inc. and*
*The Church of Jesus Christ of Latter-day Saints*

4931-7615-5554.1