David J. Jordan (UT Bar No. 1751)
djordan@foley.com
David L. Mortensen (UT Bar No. 8242)
dmortensen@foley.com
Euigin Kim Pace (UT Bar No. 19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900

Tyson D. Smith (TX Bar #24079362) (*Pro Hac Vice* Forthcoming)
tsmith@pirkeybarber.com
Stephen P. Meleen (TX Bar #00795776) (*Pro Hac Vice* Forthcoming)
smeleen@pirkeybarber.com
Ryan J. Miller (TX Bar #24131514) (*Pro Hac Vice* Forthcoming)
rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200

*Attorneys for Intellectual Property Reserve, Inc. and*
  *The Church of Jesus Christ of Latter-day Saints*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, | **PLAINTIFF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' CORPORATE DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| v. | Civil Action No. 2:26-cv-00321 |
| OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual, | The Honorable Judge _____ |
| Defendants. | |

.1

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff The Church of Jesus Christ of Latter-day Saints submits this Corporate Disclosure Statement. The Church of Jesus Christ of Latter-day Saints is a Utah corporation sole. The Church of Jesus Christ of Latter-day Saints is not publicly traded, and has no parent, subsidiary, or affiliated companies that are publicly traded.

DATED: April 17, 2026

Respectfully submitted,

FOLEY & LARDNER LLP

*/s/ David J. Jordan*
David J. Jordan
David L. Mortensen
Eugin K. Pace

PIRKEY BARBER PLLC
Tyson D. Smith (*Pro Hac Vice* forthcoming)
Stephen P. Meleen (*Pro Hac Vice* forthcoming)
Ryan J. Miller (*Pro Hac Vice* forthcoming)

*Attorneys for Plaintiffs Intellectual Reserve, Inc.*
*and The Church of Jesus Christ of Latter-day Saints*