David J. Jordan (UT Bar No. 1751)
djordan@foley.com
David L. Mortensen (UT Bar No. 8242)
dmortensen@foley.com
Euigin Kim Pace (UT Bar No. 19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900

**IF YOU DO NOT
RESPOND TO THIS
DOCUMENT WITHIN
APPLICABLE TIME
LIMITS, JUDGMENT
COULD BE ENTERED
AGAINST YOU AS
REQUESTED.**

Tyson D. Smith (TX Bar #24079362) (*Pro Hac Vice* Forthcoming)
tsmith@pirkeybarber.com
Stephen P. Meleen (TX Bar #00795776) (*Pro Hac Vice* Forthcoming)
smeleen@pirkeybarber.com
Ryan J. Miller (TX Bar #24131514) (*Pro Hac Vice* Forthcoming)
rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200

*Attorneys for Intellectual Property Reserve, Inc. and
  The Church of Jesus Christ of Latter-day Saints*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,<br><br>       Plaintiffs,<br><br>v.<br><br>OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,<br><br>       Defendants. | **COMPLAINT FOR TRADEMARK INFRINGEMENT AND COPYRIGHT INFRINGEMENT**<br><br>**AND**<br><br>**JURY DEMANDED**<br><br>Civil Action No. 2:26-cv-00321<br><br>The Honorable Judge _____ |

Plaintiffs Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-Day Saints, by and through their counsel, hereby complain and allege against defendants Open Stories Foundation and John P. Dehlin as follows:

## INTRODUCTION

1.      Defendants Open Stories Foundation and John Dehlin operate a podcast under the name and mark MORMON STORIES. As Defendants are well aware, the public associates the term MORMON with The Church of Jesus Christ of Latter-day Saints, which has used the mark MORMON and other names and marks incorporating the term MORMON since its founding nearly 200 years ago. Defendants' use of Church trademarks and copyrighted materials has caused and will continue to cause individuals to be confused and access Defendants' content mistakenly believing it comes from or is affiliated with or endorsed by the Church. This is not by accident. Defendants adopted a blue MORMON STORIES logo with a light-rays design prominently used by the Church, showing Defendants' intent to capitalize on and increase confusion. Defendants' logo was calculated to imitate the Church's logos by using confusingly similar color, font, and other design elements, as shown below.



2.      When the Church approached Defendants about their infringement of the Church's intellectual property rights, they agreed to make some changes but ultimately would not agree to take basic actions necessary to lessen the confusion caused by Defendants' infringements.  For example, Defendants refused to include a simple statement, either verbal or written, at the

2

beginning of podcast episodes acknowledging that Mormon Stories is not affiliated with the Church. And while Defendants assured the Church they would remove the Church's copyrighted images from their website and social media pages and would not use copyrighted images in the future, just a few days later Defendants used a copyrighted image of a Church temple to advertise a podcast episode.

3.      The Church does not seek, in any way, to influence the content of Defendants' podcast, but Defendants should not be allowed to use the Church's trademarks or other Church intellectual property to cause confusion as to the source, affiliation, connection, endorsement, or authorization of Defendants' podcast and other content.

4.      In order to fulfill its religious mission, the Church must ensure its millions of members and others seeking information about the Church can identify, recognize, and trust materials created or authorized by the Church, and distinguish them from information provided by other sources. Given the confusion caused by Defendants' persistent use of the Church's intellectual property, Plaintiffs file this Complaint to prevent Defendants' use of trademarks likely to cause confusion to the public. Plaintiffs also seek to prevent Defendants from using Church-owned copyrighted works in promoting or advertising their business or content, which contributes to the confusion.

<p align="center">**THE PARTIES**</p>

5.      Plaintiff The Church of Jesus Christ of Latter-day Saints is a Utah corporation sole organized under the laws of Utah with an address of 50 East North Temple, Salt Lake City, UT 84150.

<p align="center">3</p>

6.      Plaintiff Intellectual Reserve, Inc., is a non-profit corporation organized under the laws of Utah with an address of 50 East North Temple, Salt Lake City, UT 84150. Intellectual Reserve, Inc. is an asset management entity for The Church of Jesus Christ of Latter-day Saints, which holds legal title to the Church's intellectual property, including its trademarks and copyrights. The Church of Jesus Christ of Latter-day Saints and Intellectual Reserve, Inc. are referred to collectively as "Plaintiffs" or the "Church."

7.      Defendant Open Stories Foundation is an Arizona non-profit corporation with a principal address in Salt Lake City, Utah.

8.      Defendant John P. Dehlin is an individual with an address in Salt Lake City, Utah. Defendants are collectively referred to herein as "Defendants" or "Mormon Stories."

9.      On information and belief, Defendant John P. Dehlin is the founder, principal, and current CEO of Defendant Open Stories Foundation, and directs, controls, ratifies, and participates in the activities complained of herein.

## NATURE OF ACTION AND JURISDICTION

10.      This is an action for trademark infringement and false designation of origin under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.* ("Lanham Act"), copyright infringement under 17 U.S.C. § 501 *et seq.*, and other related claims under federal and Utah law.

11.      This Court has subject matter jurisdiction over this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. §1121, as well as 28 U.S.C. §§1331 and 1338, and has supplemental jurisdiction over the state law claims under 28 U.S.C. §1367(a).

12.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Defendants reside in this District and regularly conduct business in Utah and in this District, and a substantial part of the events giving rise to the acts complained of herein occurred in this District.

## FACTS

### I.      Plaintiffs' Trademarks and Copyrights

13.     The Church of Jesus Christ of Latter-day Saints is a worldwide faith, founded in the United States in 1830.

14.     Since its founding, the Church's membership has grown to over 17 million members with over 30,000 congregations in more than 160 countries and territories worldwide, and nearly 7 million members and over 14,000 congregations in the United States.

15.     Plaintiffs have continuously used in commerce marks incorporating the term MORMON for nearly 200 years. Specifically, the Church uses the marks MORMON, BOOK OF MORMON, BOOK OF MORMON STORIES, MORMON MESSAGES, MORMON CHANNEL, MORMON TABERNACLE CHOIR, BOOK OF MORMON VIDEOS, MORMON BATTALION, MORMON HANDICRAFT, and others (collectively, the "MORMON Marks") in connection with the Church's religious, humanitarian, genealogical, historical, educational, and broadcasting services, as well as written and audiovisual materials such as podcasts, videos, digital materials, instructional materials, books, photos, paintings, and music, and a wide variety of other related goods and services.

16.     Plaintiffs' use of the mark BOOK OF MORMON STORIES includes (among others) use in connection with podcasts, videos, and audio recordings in the field of history and religion.

17. Because the Church and its members hold The Book of Mormon as a sacred companion text of scripture together with the Bible, the term MORMON has been strongly associated with the Church and its members since the Church's founding.

18. For example, although the official name of the Church is The Church of Jesus Christ of Latter-day Saints, the public has long referred to and recognized the Church as the "Mormon Church" and its members as "Mormons." Consequently, the MORMON Marks have been the subject of extensive publicity. The public continues to associate the MORMON Marks with the Church.

19. Plaintiffs' MORMON Marks share the inherently distinctive term MORMON as a common characteristic. Plaintiffs' MORMON Marks are and have long been used and promoted together, including in connection with related goods and services. When used with such goods and services, the relevant public recognizes the MORMON Marks as referencing the Church and as an indication of origin. Thus, the MORMON Marks constitute a family of marks.

20. Since at least as early as May 2016, Plaintiffs have broadly and prominently used in commerce a distinctive Light-Rays Design mark (black and white registered version shown below) in various colors and orientations (the "Light-Rays Design Marks"), on or in connection with the Church's religious, humanitarian, genealogical, educational, and broadcasting services; written and audiovisual materials such as podcasts, videos, digital materials, books, livestream events, digital and print publications, photos, paintings, and music; religious, marriage, and personal counseling services; and a wide variety of other related goods and services. While Plaintiffs use the Light-Rays Design Marks in various colors and orientations, Plaintiffs'

registration for the Light-Rays Design mark shown below is in black and white, and covers all colors and orientations of the Light-Rays Design Marks.



21.     Since April 2020, Plaintiffs have also broadly and prominently used the symbol shown directly below, which at its center features a Church-commissioned representation of Bertel Thorvaldsen's marble Christus statue (the "Christus Symbol"), on or in connection with the Church's religious, humanitarian, genealogical, educational, and broadcasting services; written and audiovisual materials such as podcasts, videos, digital materials, books, livestream events, digital and print publications, photos, paintings, and music; religious, marriage, and personal counseling services; and a wide variety of other related goods and services. While Plaintiffs use the Christus Symbol in various colors, Plaintiffs' registration for the Christus Symbol is in black and white, and covers all colors of the logo.



Plaintiffs' marks referenced in paragraphs 11-17, including the MORMON Marks, the Light-Rays Design Marks, and the Christus Symbol, are collectively referred to as "Plaintiffs' Marks."

22.     The Christus Symbol is used as the Church's official visual identifier, including for official media, literature, news, and events of the Church.  The Christus Symbol has become widely associated with the Church as its primary visual identifier.

23.     Plaintiffs widely use the Light-Rays Design Marks to designate and identify the Church's official materials and offerings, including (but not limited to) across the Church's official websites and social media, on the Church's official YouTube channel, in mobile applications and the corresponding icons, in official Church audiovisual materials such as videos and streaming content, in connection with podcasts, and generally across other materials offered by the Church. The Light-Rays Design Marks are used in a variety of colors, but most often in a distinctive blue color and frequently with the Christus Symbol. Two examples of the many such uses of the Light-Rays Design Marks on official Church websites, YouTube, and social media pages are displayed directly below.

 

24.     Additional examples of such uses by Plaintiffs of the Light-Rays Design Marks in connection with official Church logos and icons are also displayed directly below:

8



25.     Plaintiffs' Marks are inherently distinctive, serving to identify and indicate the source of the Church's goods and services to the consuming public and to distinguish the Church's goods and services from those of others.

26.     As a result of the Church's long and extensive use and promotion of Plaintiffs' Marks, those marks are distinctive and designate the Church, distinguish the Church and its goods and services from the goods and services of others, and distinguish the source or origin of the Church's goods and services. The Church has invested significant effort and resources in advertising and promoting Plaintiffs' Marks and the goods and services offered under or in connection with those marks. As a result of the Church's efforts, the general consuming public throughout the United States widely recognizes and associates Plaintiffs' Marks with the Church and the Church's goods and services. The Church has established significant and valuable goodwill and consumer recognition in Plaintiffs' Marks.

27.     As a result of the Church's long use and extensive promotion of the Plaintiffs' Marks, the Church has acquired valuable common law rights in Plaintiffs' Marks throughout the United States.

9

28.     In addition to these extensive common law rights in the MORMON Marks, the Christus Symbol, and Light-Rays Design Marks, Plaintiff Intellectual Reserve, Inc. owns many U.S. trademark registrations for certain of Plaintiffs' Marks covering a wide array of goods and services, including at least the following:

| U.S. REG. NO. | MARK | GOODS/SERVICES |
|---|---|---|
| 3,239,919 | MORMON | Educational services, namely, providing classes, conferences, and institutes in the fields of history and religion (Int'l Cl. 41)<br><br>Genealogy services (Int'l Cl.42) |
| 2,883,572 | BOOK OF MORMON | Pre-recorded audio and video and compact discs featuring religious content (Int'l Cl. 9)<br><br>Printed matter; namely religious books, religious instructional pamphlets, and brochures; photographs, artist materials, instructional and teaching material, posters, engravings, prints of paintings, books (Int'l Cl. 16) |
| 8,018,073 | BOOK OF MORMON | Downloadable coloring books; downloadable religious books; downloadable e-books in the field of religion; downloadable educational books featuring religious content; electronic publications, namely, books and manuals featuring content in the field of religion and history recorded on computer media; audio recordings featuring content in the field of history and religion; audio recordings featuring music; audio and video recordings featuring content in the field of history and religion (Int'l Cl. 9) |
| 7,840,811 | BOOK OF MORMON STORIES | Providing a website featuring children's stories; providing online non-downloadable videos in the field of history and religion; providing online non-downloadable audio and video recordings featuring content in the field of history and religion; providing a website featuring non-downloadable videos featuring content in the field of history and religion; providing online non-downloadable electronic publications in the nature of books in the field of history and religion; providing online non-downloadable audio recordings featuring content in the field of history and religion; |

| U.S. REG. NO. | MARK | GOODS/SERVICES |
|---|---|---|
| | | entertainment services, namely, providing podcasts in the field of history and religion (Int'l Cl. 41) |
| 7,840,809 | BOOK OF MORMON STORIES | Audio and video recordings featuring content in the field of history and religion; downloadable religious books; downloadable educational books featuring religious content; audio recordings featuring content in the field of history and religion (Int'l Class 9) |
| 7,840,810 | BOOK OF MORMON STORIES | Printed children's books; printed story books; printed religious books; printed instructional, educational, and teaching materials in the field of religion and history (Int'l Class 16) |
| 5,020,314 | MORMON MESSAGES | Digital materials, namely, DVDs and downloadable video recordings featuring religious, inspirational, motivational, and self-improvement topics provided online, and downloadable videos featuring messages about values and principles important to society provided online (Int'l Class 9)<br><br>Educational and entertainment services, namely, providing messages via on-line non-downloadable videos about values and principles important to society (Int' Class 41) |
| 5,020,309 | MORMON CHANNEL | Entertainment and educational services, namely, providing continuing audio and video programs featuring music, talk, news, and religious data via a global computer network, mobile applications or other electronic or digital communications network or digital communications (Int' Class 41) |
| 2,766,231 | MORMON TABERNACLE CHOIR | Pre-recorded audio and audio-video compact discs featuring musical entertainment incorporating religious, family, and educational themes (Int'l Cl. 9)<br>Entertainment services, namely, live performances by a musical performance group (Int'l Cl. 41) |

11

| U.S. REG. NO. | MARK | GOODS/SERVICES |
|---|---|---|
| 2,913,694 | MORMON TABERNACLE CHOIR | Prerecorded compact discs, and digital video discs featuring musical entertainment incorporating religious, family, and educational themes (Int'l Cl. 9) Publications, namely, books featuring musical performances and featuring religious, family, and educational themes (Int'l Cl. 16) Entertainment services, namely, live performances by a musical performance group (Int'l Cl. 41) |
| 7,822,271 | BOOK OF MORMON VIDEOS | Audio and video recordings featuring content in the field of history and religion (Int'l Class 9) Providing online non-downloadable videos in the field of history and religion; Providing online non-downloadable audio and video recordings featuring content in the field of history and religion; Providing a website featuring non-downloadable videos featuring content in the field of history and religion (Int'l Class 41) |
| 7,642,460 | MORMON BATALLION | Beverageware; water bottles sold empty (Int'l Class 21) Shirts; tops as clothing (Int'l Class 25) Conducting guided tours of an historical site; Museum services, namely, exhibiting to the public a historical site; Provision of live theatrical performances; providing a website featuring information on history; educational services, namely, presenting talks featuring information about a historical site (Int'l Class 41) |
| 1,524,555 | MORMON HANDICRAFT | Fabrics, towels, dish cloths, quilts, quilt kits, and wall hangings, soft gifts, and hem-stitched items of textile material (Int'l Class 24) |
| 6,142,065 | | (excerpts only – full goods and services shown in Exhibit 1) digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring religious, scriptural, historical, human and family interest . . . related content; downloadable electronic publications . . . in the fields of religion, scriptures, history, human interest, family issues . . . ; downloadable audio and video programs featuring music, talk, news, and data via a global computer |

12

| U.S. REG. NO. | MARK | GOODS/SERVICES |
|---|---|---|
| | | network, mobile applications, or other electronic or digital communications (Int'l Class 9) |
| | | Jewelry (Int'l Class 14) |
| | | Printed publications . . . in the fields of religion, scriptures, history, human interest, family issues (Int'l Class 16) |
| | | promoting public awareness of Christian and family values; promoting public awareness in the field of social welfare; providing employment counseling and coaching services (Int'l Class 35) |
| | | Radio broadcasting services; streaming of audio, visual, and data information via a global computer network, mobile applications, or other electronic or digital communications network or digital communications device; communication services, namely, transmitting streamed sound and audio visual recordings via the internet (Int'l Class 38) |
| | | entertainment and educational services, namely, providing non-downloadable audio and video programs featuring music, talk, news, and data via a global computer network, mobile applications, or other electronic or digital communications; providing a website featuring non-downloadable audio and video recordings in the fields of religious, scriptural, historical, human and family interest . . . (Int'l Class 41) |
| | | providing a website featuring resources, namely, non-downloadable software for use in the fields of religious, scriptural, historical, human and family interest (Int'l Class 42) |
| | | spiritual counseling; marriage counseling; . . . grief counseling; Christian spiritual counseling services; providing religious counseling services; . . . counseling in the fields of developing, strengthening and sustaining well-balanced families and family relationships; . . . providing personal support services for patients and families of patients, namely, emotional counseling and emotional support; counseling services in the field of Christian conduct in personal relationships . . . (Int'l Class 45) |

| U.S. Reg. No. | Mark | Goods/Services |
|---|---|---|
| 6,974,951 | THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS | (excerpts only – full goods and services shown in Exhibit 1) <br><br> digital media, namely, downloadable audio and video recordings featuring religious, scriptural, historical, human and family interest . . . related content; downloadable electronic publications . . . in the fields of religion, scriptures, history, human interest, family issues . . . ; downloadable audio and video programs, namely, motion pictures, television shows, and radio programs featuring music, talk, news, and data related to religion, scriptures, history, human interest, family issues . . . provided via a global computer network, mobile applications, and other electronic or digital communications, namely, the internet (Int'l Class 9) <br><br> Printed publications . . . in the field of religion, scriptures, history, human interest, family issues . . . (Int'l Class 16) <br><br> promoting public awareness of Christian and family values; promoting public awareness in the field of social welfare; providing employment counseling services (Int'l Class 35) <br><br> Educational services, namely, providing classes, conferences, seminars, and teaching institutes in the fields of religion, scriptures, history, human interest, family issues . . . ; television and radio production and programming services, namely, production of radio and television programs; . . . providing a website featuring non-downloadable audio and video recordings in the fields of religious, scriptural, historical, human and family interest . . . (Int'l Class 41) <br><br> providing a website featuring resources, namely, non-downloadable software for allowing users to access information in the fields of religious, scriptural, historical, human and family interest. . . (Int'l Class 42) <br><br> spiritual counseling; marriage counseling; . . . grief counseling; Christian spiritual counseling services; providing religious counseling services; . . . counseling in the fields of developing, strengthening and sustaining well-balanced families and family relationships; . . . providing personal support services for patients and |

| U.S. REG. NO. | MARK | GOODS/SERVICES |
|---|---|---|
| | | families of patients, namely, emotional counseling and emotional support; counseling services in the field of Christian conduct in personal relationships . . . (Int'l Class 45) |
| 6,901,693 | THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS | (excerpts only – full goods and services shown in Exhibit 1) Radio broadcasting services; television broadcasting services; webcasting services; streaming of audio, visual, and data information via a global computer network available via mobile applications and other digital communications device; communication services, namely, transmitting streamed sound and audio visual recordings via the internet; . . . Providing online forums in the fields of religion, scriptures, history, human interest, family issues, music, missionary services . . . (Int'l Class 38) |

Attached hereto as **Exhibit 1** are true and correct copies of the above-referenced federal registrations.

29.    Each registration listed in the chart above is valid and subsisting. Federal Registration Nos. 1,524,555, 2,766,231, 2,883,572, 2,913,694, 3,239,919, 5,020,309, 5,020,314, and 6,142,065 have achieved incontestable status under 15 U.S.C. § 1065, and such registrations constitute conclusive evidence of the validity of the registered mark and of the registration of the marks, of the registrant's ownership of the marks, and of the registrant's exclusive right to use the registered marks in commerce, pursuant to 15 U.S.C. § 1115(b).

30.    Plaintiffs also own valid copyrights in the images shown directly below and in **Exhibit 2** (the "Copyrighted Church Images"), among others. Consistent with these rights, Plaintiffs have registered the Copyrighted Church Images with the U.S. Copyright Office. **Exhibit 2,** incorporated herein by reference, includes the Copyrighted Church Images, the copyright

15

registration numbers for those works, and examples of Defendants' infringing uses of those works (discussed further below). **Exhibit 3** contains true and correct copies of the copyright registration and renewal certificates or certificate previews for these registrations that are available to Plaintiffs at the time of filing this complaint.[1]

  

 

 

---

[1] Plaintiffs are requesting official copyright registration certificates from the U.S. Copyright Office for those not included in Exhibit 3.

 

## II.    Defendants' Unlawful Conduct

31.    Defendants provide a religious-themed podcast and related offerings under the name and mark MORMON STORIES.

32.    According to the Mormon Stories website, Defendant John P. Dehlin began the Mormon Stories podcast in 2005. Later, Dehlin formed the nonprofit corporation Open Stories Foundation in 2010. The purpose of forming the entity was to advance "the mission of Mormon Stories podcast."

33.    Mormon Stories has used a brown MORMON STORIES logo in both round and square formats as shown below (the "Brown MORMON STORIES Logo") in connection with its business, including on its website and other online platforms.

 

34.    In or around December 2022, Mormon Stories began using the blue MORMON STORIES logo shown below (the "Blue MORMON STORIES Logo"). This Blue MORMON

17

STORIES Logo includes a light-rays design that imitates the Church's Light-Rays Design Marks and is highly similar to the Church's logos and icons.



35.    Defendants also use, or have used, other logos featuring the mark MORMON STORIES, including the orange logo shown below (the "Orange MORMON STORIES Logo").



Defendants' MORMON STORIES word mark and logos, including the Brown MORMON STORIES Logo, the Blue MORMON STORIES Logo, the Orange MORMON STORIES Logo, and all other variations of the MORMON STORIES mark and logos used by Defendants, are referred to collectively herein as the "Defendants' Marks."

36.    Mormon Stories provides the MORMON STORIES podcast in video and audio format. The podcast is available to consumers on the Mormon Stories website at www.mormonstories.org, the Mormon Stories YouTube page at www.youtube.com/mormonstories, and other online platforms such as Apple Podcasts, Amazon, and Spotify. A screenshot of the Mormon Stories website (as it appeared before Plaintiffs pointed out Defendants' infringements) is attached as **Exhibit 4**.

18

37.     Mormon Stories also promotes and provides the MORMON STORIES podcast and content to consumers on Mormon Stories' social media pages on Facebook, Instagram, and TikTok, among others.

38.     Mormon Stories also offers other podcasts featuring the mark MORMON, including in connection with the Mormon Stories podcast, such as "Mormon Matters" and "Mormon Mental Health."

39.     Mormon Stories has also intentionally and willfully reproduced and displayed, without permission or license, identical or substantially similar copies of copyrighted images owned and previously registered by the Church on the Mormon Stories' website, YouTube page, and other social media pages to promote the Mormon Stories business and podcast, as shown in the examples directly below:



These and additional uses by Mormon Stories of copyrighted images owned by the Church and registered with the U.S. Copyright Office are in **Exhibit 2**. Plaintiffs believe discovery is likely to show that Defendants have reproduced and displayed additional copyrighted works owned and registered by the Church.

40.     Mormon Stories uses and has used these and other such images owned by or associated with the Church, as well as other design elements such as fonts, colors, and a light-ray motif, on its website and social media pages to intentionally create similarities and confusion with the Church's website and social media pages.

41.     For example, Mormon Stories uses or has used images of Church President Russell M. Nelson, Joseph Smith, the Church's representation of the Christus at the center of the Christus Symbol, and the well-known Salt Lake Temple in the background of the header image at the top of the Mormon Stories YouTube page near Defendants' Marks. It also has used, and continues its pattern of using, those and other images owned by or closely associated with the Church in thumbnail images promoting its podcasts, also near Defendants' Marks and sometimes with wording that suggests affiliation or connection with the Church. Examples are shown directly below:





# Mormon Stories Podcast

@mormonstories · 290K subscribers · 2.4K videos

Mormon Stories Podcast is the longest-running and most successful podcast in Mormo...**...more**

donorbox.org/mormon-stories?default_interval=m **and 9 more links**

Subscribe    Join

Home    Videos    Shorts    Live    Podcasts    Playlists    Posts



 

42.    Mormon Stories provides podcasts, written materials, and other resources relating to the Church, religion, religious history, and related topics under Defendants' Marks, including via the Mormon Stories website.

43.    Mormon Stories uses or has used Defendants' Marks to identify the source of the services offered under the marks, and has done so in a manner calculated to create confusion with Plaintiffs' Marks.

44.    Mormon Stories was well aware of the Church and its well-known MORMON Marks and Light-Rays Design Marks prior to adopting Defendants' Marks.

45.    Mormon Stories, and specifically Defendant John P. Dehlin, knowingly and intentionally adopted and uses the name MORMON STORIES for its podcast and business, with conscious disregard of the Church's rights in the MORMON Marks and with the intent to cause confusion among consumers and to mislead the consuming public into believing that Mormon Stories is affiliated or associated with, endorsed or approved or sponsored by, or otherwise connected with the Church, when it is not.

46.    In addition, Mormon Stories intentionally adopted and uses or has used the Blue MORMON STORIES Logo featuring the Light-Rays Design Mark, which as illustrated below, is virtually indistinguishable from the Church's logos featuring the Light-Rays Design Mark.

22



47.     The nearly indistinguishable nature of the Blue MORMON STORIES Logo has been recognized by individuals commenting on Mormon Stories' Facebook profile image, as reflected in the screenshots below[2]:



─────────────

[2] For privacy purposes, the names and profile images of those posting comments have been redacted.

 

48.     Mormon Stories intentionally adopted the Blue MORMON STORIES Logo with full knowledge of the Church's Light-Rays Design Marks and the Church's use of highly similar logos.

49.     Mormon Stories financially benefits from this confusion.

50.     Defendants have not been authorized by the Church to use Defendants' Marks, the Light-Rays Design Marks, the Christus Symbol, or any mark confusingly similar to the Church's marks.

51.     Before filing this Complaint, the Church notified Defendants of its concerns and attempted to work with Defendants in making changes to mitigate the confusion they have caused and are likely to cause in the future. See **Exhibit 5**. While Defendants agreed to make some changes, they were unwilling to take the actions needed to sufficiently address the confusion they had created.  For example, Defendants refused to include a simple disclaimer at the beginning of podcast episodes, either verbally or in writing, acknowledging that Mormon Stories is not affiliated

with the Church. Additionally, while Defendants assured the Church they would remove the Church's copyrighted images from their website and social media pages and would not use copyrighted images in the future, just a few days later Defendants used an image owned and registered by the Church to advertise a Mormon Stories podcast episode.

### III.    Effect of Defendants' Actions

52.    Mormon Stories' unauthorized use of Defendants' Marks, the Christus Symbol, the Light-Rays Design Marks, other marks incorporating Plaintiffs' Marks, and other indicia has and is likely to continue to cause confusion, to cause mistake, or to deceive consumers and potential consumers as to Mormon Stories' affiliation, connection, or association with the Church, or as to the origin, sponsorship, or approval of Mormon Stories' goods or services by Plaintiffs, and Mormon Stories' unauthorized reproduction and display of the Church Copyrighted Images in promotional materials increases the likelihood of such confusion. Such confusion, mistake, and deception constrain the Church's ability as a religious organization to ensure its members and others seeking information about the Church can identify, recognize, and trust that materials and services they receive are the Church's legitimate and authorized materials and services, and distinguish Church materials from those provided by Mormon Stories.

53.    Mormon Stories' unauthorized use of Defendants' Marks, the Christus Symbol, the Light-Rays Design Marks, other marks incorporating Plaintiffs' Marks, and other indicia falsely designates the origin of Mormon Stories' goods and services, falsely or misleadingly describes and represents facts with respect to Mormon Stories and its goods or services, and falsely suggests a connection with Plaintiffs.

25

54.     Mormon Stories' unauthorized use of Defendants' Marks, the Christus Symbol, the Light-Rays Design Marks, and other indicia has caused actual confusion in the marketplace, as illustrated by the following comments on the Mormon Stories Facebook and YouTube pages[3]:

| |
|---|
| *[Redacted]*: I stumbled upon the Mormon Stories podcast, thinking it was church affiliated. It was quickly evident how anti it was. |
| *[Redacted]*: I've been watching the videos to do with Teal by this channel.. but I don't understand; is this channel run by Mormons? Or ex Mormons? Or people who are Mormons but against radical Mormons? Or they don't like Mormons? I don't mean to sound rude if it does, I just don't understand |
| *[Redacted]*: I was searching for LDS content not too long ago and ran across this and was deceived. I listen to half of one podcast and realized what it was never listened again. |
| *[Redacted]*: Thought the podcast was for people wanting to become mormon at first |
| *[Redacted]*: When I first saw his podcast I thought it was a church one then listened and realized it was highly anti |
| *[Redacted]*: Is Mormon Stories Podcast Anti-Mormon? this is the first one I've listened to and it feels very anti-Mormon. I'm I getting this wrong? |
| *[Redacted]*: I also thought it was an LDS podcast because of their branding. It only took one episode to know it was absolutely not friendly toward the church. |
| *[Redacted]*: You claim to be an LDS-themed podcast. Don't you mean anti-LDS? |
| *[Redacted]*: This happened to me. I saw the channel and thought it was from church members. I quickly realized that it was not and was anti content. Just last year a new convert in my ward went on to Mormon Stories, not realizing it was anti and got caught up in it. I was able to talk to her about it and she realized what was going on. |
| *[Redacted]*: Im confused what is this podcast? |
| *[Redacted]*: Hi I'm confused  r u for or against the mormon church |

---

[3] For privacy purposes, the names and social media handles of those posting these comments have been redacted.

> *[Redacted]*: Agreed. When I first came across the Mormon stories channel I thought it was a channel run my members. Quickly found out otherwise but can definitely be confusing for non member or investigator

> *[Redacted]*: I once accidentally started listening to Mormon Stories podcast not realizing it was anti-LDS. Uh! Shocked! Then quick search into who and what it was...Not shocked!

> *[Redacted]*: I thought Mormon Stories was about the Book of Mormon. I was wrong & it was hurtful.

> *[Redacted]*: I 100% agree! I subscribed to his channel immediately thinking it was church affiliated. Very purposefully deceptive.

55.    Mormon Stories' unauthorized use of Defendants' Marks, the Christus Symbol, the Light-Rays Design Marks, other marks incorporating Plaintiffs' Marks, and other indicia enables Mormon Stories to trade on and receive the benefit of goodwill built up by Plaintiffs' labor and investment of substantial resources over many years, and to gain acceptance for Mormon Stories' goods and services not solely on their own merits, but on the reputation and goodwill of Plaintiffs, Plaintiffs' Marks, and Plaintiffs' products and services.

56.    Mormon Stories' use of Defendants' Marks, the Christus Symbol, the Light-Rays Design Marks, other marks incorporating Plaintiffs' Marks, and other indicia diminishes Plaintiffs' ability to exclusively control the nature and quality of products and services provided under the MORMON Marks and Light-Rays Design Marks and allows Mormon Stories to negatively impact Plaintiffs' valuable reputation and goodwill.

57.    Unless these acts of Mormon Stories are restrained by this Court, they will continue, and they will continue to cause irreparable injury to Plaintiffs and to the public, for which there is no adequate remedy at law.

## COUNT I
### Federal Trademark Infringement (15 U.S.C. § 1114(1))

58. Plaintiffs repeat the allegations above as though set forth in full herein.

59. The acts of Defendants complained of herein constitute infringement of Plaintiffs' federally registered trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

60. Defendants' acts complained of herein have been deliberate, willful, intentional, or in bad faith, with full knowledge and conscious disregard of Plaintiffs' rights in Plaintiffs' Marks, and with intent to cause confusion and to trade on Plaintiffs' goodwill in Plaintiffs' Marks. In view of the egregious nature of Defendants' infringement, this is an exceptional case within the meaning of 15 U.S.C. §1117(a).

## COUNT II
### Violation of Lanham Act § 1125(a)

61. Plaintiffs repeat the allegations above as though set forth in full herein.

62. The acts of Defendants complained of herein constitute trademark infringement, false designations of origin, and false or misleading descriptions or representations of fact in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

63. Plaintiffs have been damaged by Defendants' acts of trademark infringement, false designations of origin, and false or misleading descriptions or representations of fact.

## COUNT III
### Trademark Infringement under Utah Common Law and Utah Code Ann. § 13-5a-103

64. Plaintiffs repeat the allegations above as though set forth in full herein.

65. Defendants' use of Defendants' Marks, the Christus Symbol, the Light-Rays Design Marks, other marks incorporating Plaintiffs' Marks, and other indicia is likely to cause, and has caused, confusion, mistake, and deception among the public.

28

66. Defendants' use of Defendants' Marks, the Christus Symbol, the Light-Rays Design Marks, other marks incorporating Plaintiffs' Marks, and other indicia constitutes passing off, palming off, imitating, and causing or likely causing confusion or deception.

67. The acts of Defendants complained of herein constitute trademark infringement in violation of the common law of the State of Utah and Utah Code Ann. § 13-5a-103.

<div align="center">

**COUNT IV**
**Copyright Infringement Under 17 U.S.C. § 501**

</div>

68. Plaintiffs repeat the allegations above as though set forth in full herein.

69. The acts of Defendants complained of herein constitute infringement of Plaintiffs' registered copyrights in violation of 17 U.S.C. § 501.

70. Defendants' acts complained of herein have been deliberate, willful, intentional, or in bad faith, with full knowledge and conscious disregard of Plaintiffs' rights in their registered copyrights.

<div align="center">

**PRAYER FOR RELIEF**

</div>

**WHEREFORE**, based on Defendants' conduct complained of herein, Plaintiffs ask this Court for the following relief against Defendants:

A. Defendants, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with any of them, be permanently enjoined and restrained from using Defendants' Marks, and any other mark, name, domain name, social media handle, or design that is confusingly similar to Plaintiffs' Marks, and from any attempt to retain any part of the goodwill misappropriated from Plaintiffs;

B. Defendants, as well as their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with any of them, be permanently

enjoined and restrained from reproducing, distributing, or publicly displaying any copyrighted works of Plaintiffs, or derivatives thereof, including those in **Exhibit 2**, when advertising or promoting their business or content;

      C.      Any and all relief provided by 15 U.S.C. §§ 1116 and 1117, 17 U.S.C. §§ 504 and 505, and Utah Code Ann. § 13-5a-103; and

      D.      Any and all other relief the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Under Fed. R. Civ. P. 38(b), Plaintiffs demand a trial by jury on all issues triable of right by a jury.

DATED: April 17, 2026

Respectfully submitted,

FOLEY & LARDNER LLP

*/s/ David J. Jordan*
David J. Jordan
David L. Mortensen
Eugin K. Pace

PIRKEY BARBER PLLC
Tyson D. Smith (*Pro Hac Vice* forthcoming)
Stephen P. Meleen (*Pro Hac Vice* forthcoming)
Ryan J. Miller (*Pro Hac Vice* forthcoming)

*Attorneys for Plaintiffs Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*

# EXHIBIT 1

**Int. Cls.: 41 and 42**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 3,239,919**

## United States Patent and Trademark Office

**Registered May 8, 2007**

## SERVICE MARK
### PRINCIPAL REGISTER

## MORMON

INTELLECTUAL RESERVE, INC. (UTAH NOT-FOR-PROFIT CORPORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSES, CONFERENCES, AND IN-STITUTES IN THE FIELDS OF HISTORY AND RELIGION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1920; IN COMMERCE 0-0-1920.

FOR: GENEALOGY SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-1833; IN COMMERCE 6-1-1833.

SEC. 2(F).

SER. NO. 78-977,858, FILED 9-5-2002.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cls.: 9 and 16**

**Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,883,572**

**Registered Sep. 14, 2004**

## TRADEMARK
### PRINCIPAL REGISTER

## BOOK OF MORMON

INTELLECTUAL RESERVE, INC. (UTAH NOT-FOR-PROFIT CORPORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: PRE-RECORDED AUDIO AND VIDEO CASSETTE TAPES AND COMPACT DISCS FEATURING RELIGIOUS CONTENT , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1977; IN COMMERCE 0-0-1977.

FOR: PRINTED MATTER; NAMELY RELIGIOUS BOOKS, RELIGIOUS INSTRUCTIONAL PAMPH-LETS, AND BROCHURES; PHOTOGRAPHS, ARTIST MATERIALS, INSTRUCTIONAL AND TEACHING MATERIAL, POSTERS, ENGRAVINGS, PRINTS OF PAINTINGS, BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1830; IN COMMERCE 0-0-1830.

SEC. 2(F).

SER. NO. 76-405,608, FILED 5-10-2002.

LESLEY LAMOTHE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BOOK OF MORMON

**Reg. No. 8,018,073**
**Registered Nov. 11, 2025**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Intellectual Reserve, Inc. (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 9: Downloadable coloring books; downloadable religious books; downloadable e-books in the field of religion; downloadable educational books featuring religious content; electronic publications, namely, books and manuals featuring content in the field of religion and history recorded on computer media; audio recordings featuring content in the field of history and religion; audio recordings featuring music; audio and video recordings featuring content in the field of history and religion

FIRST USE 10-1-1988; IN COMMERCE 10-1-1988

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5020314, 2883572, 3239919

SEC.2(F)

SER. NO. 98-880,565, FILED 12-02-2024





DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



# United States of America
### United States Patent and Trademark Office

## BOOK OF MORMON STORIES

**Reg. No. 7,840,811**

**Registered Jun. 24, 2025**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 41: Providing a website featuring children's stories; providing online non-downloadable videos in the field of history and religion; providing online non-downloadable audio and video recordings featuring content in the field of history and religion; providing a website featuring non-downloadable videos featuring content in the field of history and religion; providing online non-downloadable electronic publications in the nature of books in the field of history and religion; providing online non-downloadable audio recordings featuring content in the field of history and religion; entertainment services, namely, providing podcasts in the field of history and religion

FIRST USE 11-01-2010 ; IN COMMERCE 11-01-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3715744, 3239919

No claim is made to the exclusive right to use the following apart from the mark as shown: "Stories"

SEC. 2(F) AS TO "BOOK OF MORMON"

SER. NO. 98-702,873, FILED 08-16-2024





Acting Director of the United States Patent and Trademark Office





# United States of America
### United States Patent and Trademark Office

## BOOK OF MORMON STORIES

**Reg. No. 7,840,809**

**Registered Jun. 24, 2025**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 9: Audio and video recordings featuring content in the field of history and religion; downloadable religious books; downloadable educational books featuring religious content; audio recordings featuring content in the field of history and religion

FIRST USE 00-00-1979 ; IN COMMERCE 00-00-1979

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3715744, 3239919

No claim is made to the exclusive right to use the following apart from the mark as shown: "Stories"

SEC. 2(F) AS TO "BOOK OF MORMON"

SER. NO. 98-702,860, FILED 08-16-2024





Acting Director of the United States Patent and Trademark Office





# United States of America
### United States Patent and Trademark Office

## BOOK OF MORMON STORIES

**Reg. No. 7,840,810**

**Registered Jun. 24, 2025**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 16: Printed children's books; printed story books; printed religious books; printed instructional, educational, and teaching materials in the field of religion and history

FIRST USE 00-00-1978 ; IN COMMERCE 00-00-1978

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3715744, 3239919

No claim is made to the exclusive right to use the following apart from the mark as shown: "Stories"

SEC. 2(F) AS TO "BOOK OF MORMON"

SER. NO. 98-702,868, FILED 08-16-2024





Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# MORMON MESSAGES

**Reg. No. 5,020,314**

**Registered Aug. 16, 2016**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc. (UTAH CORPORATION)
50 E North Temple Street, Rm 1356
Salt Lake City, UT 841500013

CLASS 9: Digital materials, namely, DVDs and downloadable video recordings featuring religious, inspirational, motivational, and self-improvement topics provided online, and downloadable videos featuring messages about values and principles important to society provided online

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009

CLASS 41: Educational and entertainment services, namely, providing messages via on-line non-downloadable videos about values and principles important to society

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3239919, 3715744

No claim is made to the exclusive right to use the following apart from the mark as shown: "MESSAGES"

SEC.2(F)

SER. NO. 86-672,722, FILED 06-24-2015

MICHELLE E DUBOIS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# MORMON CHANNEL

**Reg. No. 5,020,309**

**Registered Aug. 16, 2016**

**Int. Cl.: 38, 41**

**Service Mark**

**Principal Register**

Intellectual Reserve, Inc. (UTAH CORPORATION)
50 E North Temple Street, Rm 1356
Salt Lake City, UT 841500013

CLASS 38: Radio broadcasting services; webcasting services; streaming of audio, visual and data information via a global computer network, mobile applications or other electronic or digital communications network or digital communications device

FIRST USE 5-18-2009; IN COMMERCE 5-18-2009

CLASS 41: Entertainment and educational services, namely, providing continuing audio and video programs featuring music, talk, news, and religious data via a global computer network, mobile applications or other electronic or digital communications network or digital communications

FIRST USE 5-18-2009; IN COMMERCE 5-18-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3239919, 3715744

No claim is made to the exclusive right to use the following apart from the mark as shown: "CHANNEL"

SEC.2(F)

SER. NO. 86-671,463, FILED 06-23-2015

MICHELLE E DUBOIS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,766,231
Registered Sep. 23, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## MORMON TABERNACLE CHOIR

INTELLECTUAL RESERVE, INC. (UTAH COR-
PORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: PRE-RECORDED AUDIO AND AUDIO-
VIDEO CASSETTE TAPES AND COMPACT DISCS
FEATURING MUSICAL ENTERTAINMENT IN-
CORPORATING RELIGIOUS, FAMILY, AND EDU-
CATIONAL THEMES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 11-0-1973; IN COMMERCE 11-0-1973.

FOR: ENTERTAINMENT SERVICES, NAMELY,
LIVE PERFORMANCES BY A MUSICAL PERFOR-
MANCE GROUP, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 8-0-1893; IN COMMERCE 8-0-1893.

SEC. 2(F).

SER. NO. 76-340,212, FILED 11-20-2001.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cls.: 9, 16, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,913,694

Registered Dec. 21, 2004

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



MORMON
TABERNACLE
CHOIR

INTELLECTUAL RESERVE, INC. (UTAH NON-PROFIT CORPORATION)
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

FOR: PRERECORDED AUDIOTAPES, VIDEOTAPES, COMPACT DISCS, AND DIGITAL VIDEO DISCS FEATURING MUSICAL ENTERTAINMENT INCORPORATING RELIGIOUS, FAMILY, AND EDUCATIONAL THEMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: PUBLICATIONS, NAMELY, BOOKS FEATURING MUSICAL PERFORMANCES AND FEATURING RELIGIOUS, FAMILY, AND EDUCATIONAL THEMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE PERFORMANCES BY A MUSICAL PERFORMANCE GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

OWNER OF U.S. REG. NO. 2,766,231.

SEC. 2(F) AS TO "MORMON TABERNACLE CHOIR".

SN 76-505,493, FILED 4-10-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## BOOK OF MORMON VIDEOS

**Reg. No. 7,822,271**

**Registered Jun. 10, 2025**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 9: Audio and video recordings featuring content in the field of history and religion

FIRST USE 11-12-2019 ; IN COMMERCE 11-12-2019

CLASS 41: Providing online non-downloadable videos in the field of history and religion; Providing online non-downloadable audio and video recordings featuring content in the field of history and religion; Providing a website featuring non-downloadable videos featuring content in the field of history and religion

FIRST USE 09-20-2019 ; IN COMMERCE 09-20-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2883572, 3239919, 5020314

No claim is made to the exclusive right to use the following apart from the mark as shown: "VIDEOS"

SEC. 2(F) as to "BOOK OF MORMON".

SER. NO. 98-551,533, FILED 05-15-2024





Acting Director of the United States Patent and Trademark Office





# United States of America
## United States Patent and Trademark Office

# MORMON BATTALION

**Reg. No. 7,642,460**

**Registered Jan. 07, 2025**

**Int. Cl.: 21, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (Utah CORPORATION)
50 E. North Temple Street, Room 564
Salt Lake City, UTAH 84150-0005

CLASS 21: beverageware; water bottles sold empty

FIRST USE 3-5-2024; IN COMMERCE 3-5-2024

CLASS 25: shirts; tops as clothing

FIRST USE 2-22-2016; IN COMMERCE 2-22-2016

CLASS 41: Conducting guided tours of an historical site; Museum services, namely, exhibiting to the public a historical site; Provision of live theatrical performances; providing a website featuring information on history; educational services, namely, presenting talks featuring information about a historical site

FIRST USE 11-6-1972; IN COMMERCE 11-6-1972

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3715744, 3239919, 5020309

SEC.2(F)

SER. NO. 98-461,347, FILED 03-21-2024





Acting Director of the United States Patent and Trademark Office

**Int. Cl.: 24**

**Prior U.S. Cl.: 42**

**Reg. No. 1,524,555**

## United States Patent and Trademark Office   Registered Feb. 14, 1989

### TRADEMARK
### PRINCIPAL REGISTER

## MORMON HANDICRAFT

CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (UTAH CORPORATION)
47 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111 , ASSIGNEE OF DESERET BOOK COMPANY, INC. (UTAH CORPORATION) SALT LAKE CITY, UT 84130

FOR: FABRICS, LINENS, BATS, TOWELS, DISH CLOTHS, PILLOWCASES, AFGHANS, LAP ROBES, QUILTS, QUILT KITS, AND WALL HANGINGS, TABLE COVERS, SOFT GIFTS, AND HEM-STITCHED ITEMS OF TEXTILE MATERIAL, IN CLASS 24 (U.S. CL. 42).

FIRST USE 5-0-1974; IN COMMERCE 5-0-1974.

SEC. 2(F).

SER. NO. 592,324, FILED 4-7-1986.

ROBERT PEVERADA, EXAMINING ATTORNEY

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Tue Nov 112025  12:18:15 GMT-0600  (Central  Standard  Time)

Trademark  Assignment  Abstract  of Title

Search  results  for  Registration  #: 1524555

---

| **Mark**<br>MORMON HANDICRAFT<br><br>**Registrant/Applicant**<br>Intellectual   Reserve, Inc. | **Serial number**<br>73592324<br>View in TSDR<br><br>**Filing date**<br>Apr 7, 1986 | **Registration number**<br>1524555<br><br>**Registration date**<br>Feb 14, 1989 | **International number**<br>N/A | **Mark image**<br><br>MORMON HANDICRAFT |

---

## Assignment 3

| **Reel/ Frame**<br>1777/0716<br><br>**Conveyance**<br>ASSIGNS THE ENTIRE INTEREST<br><br>**Documents**<br>View documents<br><br>**Recorded**<br>Aug 20, 1998 | **Assignors & execution date**<br><br>CORPORATIONOF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS<br><br>**Execution date:** Dec 23, 1997<br>**Entity type:** A UTAH CORPORATIONSOLE<br>**Citizenship:** N/A<br><br>CORPORATIONOF THE PRESIDING BISHOPRIC | **Correspondent**<br>KIRTON & MCCONKIE<br><br>TODD E. ZENGER<br>1800 EAGLE GATE TOWER<br>60 EAST SOUTH TEMPLE<br>SALT LAKE CITY, UTAH 84145 -0120<br><br>**Attorney docket number**<br>N/A<br><br>**Domestic representative** |

OF THE CHURCH OF
JESUS CHRIST OF
LATTER-DAY SAINTS

N/A

**Execution date:** Dec 23,
1997

**Entity type:** A UTAH
CORPORATION SOLE

**Citizenship:** N/A

CHURCH OF JESUS
CHRIST OF LATTER-
DAY SAINTS, THE

**Execution date:** Dec 23,
1997

**Entity type:** AN
UNINCORPORATED
RELIGIOUS
ASSOCIATION

**Citizenship:** N/A

**Assignee**

INTELLECTUAL
RESERVE, INC.
50 E. NORTH TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84150

**Entity type:**
NONPROFIT
CORPORATION

**Citizenship:** UTAH

**Pages**
7

**Assignment 2**

**Reel/ Frame**
0580 /0269

**Conveyance**
ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Recorded**
Oct 26, 1987

**Assignors & execution date**

DESERET BOOK COMPANY, INC.
POST OFFICE BOX 30178
40 EAST SOUTH TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84130

**Execution date:**
**Entity type:**
CORPORATION
**Citizenship:** UTAH

**Assignee**

CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, THE
47 EAST SOUTH TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84111

**Entity type:**
CORPORATION
**Citizenship:** UTAH

**Pages**

**Correspondent**

WORKMAN, NYDEGGER & JENSEN

THIRD FLOOR,
AMERICAN PLAZA II
57 WEST 200 SOUTH
SALT LAKE CITY, UT
84101

**Attorney docket number**
N/A

**Domestic representative**
N/A

Page 3 of 5

4

## Assignment 1

**Reel/ Frame**
0523 /0826

**Conveyance**
ASSIGNS THE ENTIRE
INTEREST AND THE
GOODWILL

**Recorded**
Apr 28, 1986

**Assignors & execution date**

RELIEF SOCIETY
GENERAL BOARD
ASSOCIATION
76 NORTH MAIN ST.
SALT LAKE CITY
UTAH
UNITED STATES
84150

**Execution date:**
**Entity type:** UNINC.
ASSOCIATION
**Citizenship:** UTAH

**Assignee**

DESERET BOOK
COMPANY, INC.
P. O. BOX 30178
40 EAST SOUTH
TEMPLE
SALT LAKE CITY
UTAH
UNITED STATES
84130

**Entity type:**
CORPORATION
**Citizenship:** UTAH

**Pages**
7

**Correspondent**

WORKMAN,
NYDEGGER, ET AL.

AMERICAN PLAZA 11
THIRD FLOOR
57 WEST 200 SOUTH
SALT LAKE CITY, UT
84101

**Attorney docket number**
N/A

**Domestic representative**
N/A

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,142,065**

**Registered Sep. 01, 2020**

**Int. Cl.: 9, 14, 16, 35, 38, 41, 42, 45**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E North Temple Street, Rm 564
Salt Lake City, UTAH 841500005

CLASS 9: Computer software for creating searchable databases of information and data featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; computer software for accessing information directories that may be downloaded from the internet, in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; computer application software for mobile devices, namely, downloadable mobile applications for accessing religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; and digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting religion, scriptures, family history and genealogy, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; downloadable electronic publications in the nature of books, manuals, instructional materials, brochures, pamphlets, newsletters, magazines, and articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; downloadable electronic databases in the fields of family history and genealogy; digital media, namely, downloadable audio and video recordings, featuring family history and genealogical research materials, instructional courses, and genealogical tools; computer software for use in exploring stored





Director of the United States
Patent and Trademark Office

materials in the fields of family history and genealogical research; downloadable electronic publications, namely, books, instructional materials, digitized images in the fields of family history, genealogy, and genealogical research; downloadable audio and video programs featuring music, talk, news, and data via a global computer network, mobile applications, or other electronic or digital communications

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 14: Jewelry

FIRST USE 3-1-2020; IN COMMERCE 3-1-2020

CLASS 16: Printed publications, namely, books, manuals, instructional materials, brochures, pamphlets, articles, posters, and forms, in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; and printed publications, namely, books, brochures, and instructional materials in the fields of genealogy and genealogical research

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 35: Employment hiring, recruiting, counseling, placement, staffing, and career networking services; promoting public awareness of Christian and family values; promoting public awareness in the field of social welfare; providing employment counseling and coaching services; providing employment counseling information on how to successfully transition jobs; employment counseling in the fields of resume generation and job interviews; charitable services, namely, employment counseling services for those living in poverty in the areas of preparing for, obtaining, maintaining and advancing in employment opportunities; providing career information

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 38: Radio broadcasting services; streaming of audio, visual, and data information via a global computer network, mobile applications, or other electronic or digital communications network or digital communications device; communication services, namely, transmitting streamed sound and audio visual recordings via the internet

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 41: Educational services, namely, providing classes, conferences, seminars, and institutes in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, employment and vocational skills, family history, and genealogy; providing on-line religious instruction promoting Christian and family values; library services, namely, lending library services, historical library services, genealogical library services, on-line religious and genealogical library services; museum services; exhibiting to the public the grounds, buildings, and artifacts of historic sites; entertainment services, namely, producing and presenting live choral, musical, dance, and dramatic performances and works; radio production and programming services; entertainment and educational services, namely, providing non-downloadable audio and video programs featuring music, talk, news, and data via a global computer network, mobile applications, or other electronic or digital communications; non-downloadable electronic publications in the nature of books, manuals, instructional materials, brochures, pamphlets, newsletters, and articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; non-downloadable electronic publications in the nature of instructional materials, and articles in the fields of family history and genealogy, family history and genealogical research materials, instructional courses, and genealogical tools; providing a website featuring non-downloadable audio and video

recordings in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; non-downloadable electronic publications in the nature of books, manuals, instructional materials, guides, forms, brochures, pamphlets, newsletters, audio recordings, video recordings, pictures, and articles featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; providing a website featuring non-downloadable audio and video recordings in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, language, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content; providing a website featuring non-downloadable electronic publications, namely, instructional materials, in the fields of family history, genealogy, and genealogical research; counseling services in the field of physical fitness; educational counseling services to assist students in planning and preparing for further education; career counseling, namely, providing advice and counseling concerning education options to pursue career opportunities; and charitable services, namely, providing vocational guidance to indigent persons seeking employment

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 42: Providing a secured-access members only website featuring technology that gives members the ability to search for information in the fields of religion, scriptures, history, human interest, genealogical information, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills; providing a website that gives computer users the ability to exchange ideas relating to electronic technologies; providing a website for technically minded users that allows for the exchange of information relating to electronic technologies; providing electronic verification of on-line access of digital content and generating electronic permission codes which then allow users to access said digital content; providing temporary use of non-downloadable computer software featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content over computer networks, intranets and the internet; computer software development in the field of mobile applications; and providing a website featuring resources, namely, non-downloadable software for use in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, and employment and vocational skills related content

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

CLASS 45: Providing religious worship services; religious services in the nature of church services and meetings; operating places of assembly for worship; religious services, namely, ministerial services, missionary services, evangelistic services, and religious counseling services; providing user authentication services in electronic commerce transactions; identification verification services, namely, providing authentication of personal identification information; genealogy services, namely, genealogical research, gathering and providing access to genealogical information, provision of genealogical information; providing online electronic searchable databases in the fields of family history and genealogy; providing a website featuring information about family history and genealogy and also featuring links which provide access to family history and genealogical information; providing clothing to needy persons; ministerial services; missionary services; spiritual counseling; marriage counseling; adoption counseling; grief counseling; Christian spiritual counseling services; providing religious counseling services; counseling in etiquette and protocol; crime victim services, namely, supportive emotional counseling; counseling in the fields of developing, strengthening and sustaining well-balanced families and family

relationships; providing counseling and information in the field of improvement of social skills; counseling in the field of personal development, namely, self-improvement, self-fulfillment, and interpersonal communication; charitable outreach services, namely, providing counseling services in the field of religion; providing personal support services for patients and families of patients, namely, emotional counseling and emotional support; counseling services in the field of Christian conduct in personal relationships; religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, baby dedications, bereavement ceremonies and religious counseling; charitable outreach services, namely, providing counseling services in the field of religion to the needy, imprisoned, and the sick; and providing online electronic databases in the fields of family history and genealogy; providing a website featuring information about family history and genealogy and also featuring links which provide access to family history and genealogical information

FIRST USE 5-10-2016; IN COMMERCE 5-10-2016

The mark consists of a collection of geometric shapes comprising a rectangle and three overlapping triangles extending therefrom, with two triangles extending from a first side of the rectangle and a third triangle extending from an opposite second side of the rectangle, with the various shapes in the design having differing shading.

SER. NO. 86-934,835, FILED 03-09-2016

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.01.22 04:59:48 -05'00'

# United States of America
## United States Patent and Trademark Office



THE CHURCH OF
JESUS CHRIST
OF LATTER-DAY SAINTS

**Reg. No. 6,974,951**

**Registered Feb. 07, 2023**

**Int. Cl.: 9, 16, 35, 41, 42, 43, 44, 45**

**Service Mark**

**Trademark**

**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E North Temple Street, Rm 564
Salt Lake City, UTAH 841500005

CLASS 9: Downloadable computer software for creating searchable databases of information and data featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; downloadable computer software for accessing information directories that may be downloaded from the internet, in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; downloadable computer application software for mobile devices in the nature of mobile applications for accessing information regarding religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; digital media, namely, downloadable audio and video recordings featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; digital media, namely, downloadable audio and video recordings featuring and promoting religion, scriptures, family history and genealogy, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; downloadable electronic publications in the nature of books, manuals, instructional materials,



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



brochures, pamphlets, newsletters, magazines, and written articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; digital media, namely, downloadable audio and video recordings featuring family history and genealogical research materials, instructional courses, and genealogical tools; downloadable electronic publications, namely, books, manuals, brochures, pamphlets, newsletters, research guides, pedigree charts, family group sheets and records, research logs, genealogy forms, instructional materials, and digitized images in the fields of family history, genealogy, and genealogical research; downloadable audio and video programs, namely, motion pictures, television shows, and radio programs featuring music, talk, news, and data related to religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills provided via a global computer network, mobile applications, and other electronic or digital communications, namely, the internet

FIRST USE 4-6-2020; IN COMMERCE 7-14-2022

CLASS 16: Printed publications, namely, books, manuals, instructional materials, brochures, pamphlets, newspapers in the field of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; printed publications, namely, newsletters, magazines, written articles, posters, photographic prints, stationery, and printed forms, in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; printed publications, namely, books, manuals, brochures, pamphlets, research guides, pedigree charts, family group sheets and records, research logs, genealogy forms, and instructional materials in the fields of genealogy and genealogical research

FIRST USE 4-6-2020; IN COMMERCE 4-14-2020

CLASS 35: Employment hiring, recruiting, counseling, placement, staffing, and career networking services; promoting public awareness of Christian and family values; promoting public awareness in the field of social welfare; providing employment counseling services; providing on-line interactive employment counseling services; providing employment counseling information on how to successfully transition jobs; employment counseling in the fields of resume generation and job interviews; charitable services, namely, employment counseling services for those living in poverty in the areas of preparing for, obtaining, maintaining and advancing in employment opportunities; providing career information; compilation of information into computer databases; employment agencies; systemization of information into computer databases; arranging and conducting trade show exhibitions in the field of family history; magazine subscription and fulfillment services

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 41: Educational services, namely, providing classes, conferences, seminars, and teaching institutes in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, employment and vocational skills, family history, and genealogy; providing on-line religious instruction promoting Christian and family values; library services, namely, lending library services, historical

library services, genealogical library services, on-line religious and genealogical library services; museum services; museum services, namely, exhibiting to the public the grounds, buildings, and artifacts of historic sites; entertainment services, namely, producing and presenting live choral, musical, dance, and dramatic performances and works; television and radio production and programming services, namely, production of radio and television programs; entertainment and educational services, namely, providing non-downloadable audio and video programs, namely, motion pictures, television shows, and radio programs featuring music, talk, news, and data in the field of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, employment and vocational skills, family history, and genealogy via a global computer network, mobile applications; non-downloadable electronic publications in the nature of books, manuals, instructional materials, brochures, pamphlets, newspapers, newsletters, magazines, and articles in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; non-downloadable electronic publications in the nature of books, manuals, instructional materials, guides, forms, pedigree charts, family group sheets, templates, records, research logs, genealogy forms, instructional materials, audio recordings, video recordings, pictures, brochures, pamphlets, newspapers, newsletters, magazines, and articles in the fields of family history and genealogy, family history and genealogical research materials, instructional courses, and genealogical tools; providing a website featuring non-downloadable audio and video recordings in the fields of religion, scriptures, history, human interest, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; non-downloadable electronic publications in the nature of books, manuals, instructional materials, guides, forms, templates, brochures, pamphlets, newspapers, newsletters, audio recordings, video recordings, pictures, magazines, and articles featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; providing a website featuring non-downloadable audio and video recordings in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, language, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; providing a website featuring non-downloadable audio and video recordings in the fields of family history and genealogy, family history and genealogical research materials, instructional courses, and genealogical tools; non-downloadable electronic publications, namely, books, manuals, brochures, pamphlets, newsletters, research guides, pedigree charts, family group sheets and records, research logs, genealogy forms, instructional materials, and digitized images in the fields of family history, genealogy, and genealogical research; counseling services in the field of physical fitness; educational counseling services to assist students in planning and preparing for further education; career counseling, namely, providing advice and counseling concerning education options to pursue career opportunities; charitable services, namely, providing vocational guidance to indigent persons seeking employment; providing of educational and instructional services relating to international humanitarian aid and development; educational and instructional services, namely, classes and workshops relating to good hygiene and sanitary practices; personal coaching services in the field of employment and careers

FIRST USE 4-6-2020; IN COMMERCE 5-12-2020

CLASS 42: Providing a secured-access members only website featuring technology that

gives members the ability to search for information in the fields of religion, scriptures, history, human interest, genealogical information, family issues, music, choral performances, drama, theater, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; providing a website featuring technology that gives computer users the ability to exchange ideas relating to electronic technologies; providing a website featuring technology that allows for technically minded users to exchange information relating to electronic technologies; providing electronic verification of on-line access of digital content and generating electronic permission codes which then allow users to access said digital content using technology to authenticate user identity; providing temporary use of non-downloadable computer software for allowing users to access information featuring religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content over computer networks, intranets and the internet; computer software development in the field of mobile applications; providing a website featuring resources, namely, non-downloadable software for allowing users to access information in the fields of religious, scriptural, historical, human and family interest, musical, choral performance, dramatic and theatrical, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills related content; business administration and office functions, namely, online electronic storage of files, data, photographs, graphics, documents, videos, images, audio files, audio-visual files, visual files, computer files, and information for others; business administration and office functions, namely, electronic data storage services for personal use, and for the organization of files, images, music, audio, video, photos, drawings, audio-visual, text, documents and data; providing user authentication services using single sign-on technology in electronic commerce transactions; identification services, namely, providing temporary use of non-downloadable computer software for authentication of personal identification information

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 43: Humanitarian aid and development services, namely, restaurant services for providing food; services for providing temporary housing accommodations; providing of food and drink; providing temporary housing and facilities, namely, lodging and shelter facilities for families; eleemosynary and social welfare support services for needy families and individuals, namely, providing food

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 44: Medical care services in the field of hygienic care; eleemosynary and social welfare support services for needy families and individuals, namely, medical services in the nature of providing medicine; professional, personal and family mental health counseling services relating to addictive behavior and abuse of alcohol and other substances and to emotional and family problems; medical services; humanitarian aid and personal development services, namely, providing medical care in the fields of mental health, maternal and newborn care, vision care, and immunization health services

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

CLASS 45: Providing religious worship services; religious services in the nature of conducting church sermon services and meetings; operating places of assembly for worship, namely, providing specialized facilities for religious ceremonies; religious services, namely, ministerial services, missionary services as a part of ministerial services, evangelistic ministerial services, and religious counseling services; genealogy services, namely, genealogical research, gathering and providing access to genealogical

information, provision of genealogical information; providing online electronic searchable databases in the fields of family history and genealogy; providing a website featuring information about family history and genealogy and also featuring links which provide access to family history and genealogical information; charitable services, namely, providing clothing to needy persons; ministerial services; missionary services offered as a part of ministerial services; spiritual counseling; marriage counseling; adoption counseling; grief counseling; Christian spiritual counseling services; providing religious counseling services; counseling in etiquette and protocol; crime victim services, namely, supportive emotional counseling; counseling in the fields of developing, strengthening and sustaining well-balanced families and family relationships; providing counseling and information in the field of improvement of social skills; counseling in the field of personal development, namely, self-improvement, self-fulfillment, and interpersonal communication; charitable outreach services, namely, providing counseling services in the field of religion; providing personal support services for patients and families of patients, namely, emotional counseling and emotional support; counseling services in the field of Christian conduct in personal relationships; religious and spiritual services, namely, conducting religious worship, marriage ceremonies, baptismal ceremonies, baby dedications, bereavement ceremonies and religious counseling; charitable outreach services, namely, providing counseling services in the field of religion to the needy, imprisoned, and the sick; providing online electronic databases in the fields of family history and genealogy; personal and social services, namely, consultation in the field of family relationships, consultation services for single expectant parents, adoption consultation, consultation services for emergency response psychosocial counseling, rendered to others to meet the needs of individuals, all of the aforementioned in the field of Christian conduct; social services and personal services, namely, consultation in the field of marriage and family relations, emergency response, personal hygiene, maternal and newborn care, vision care, food production and preparation in connection with humanitarian aid and development, all of the aforementioned in the field of Christian conduct; licensing of computer software

FIRST USE 4-6-2020; IN COMMERCE 4-6-2020

The mark consists of an image of Christ with outstretched arms standing under an arch and the stylized wording "THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS" within a rectangular box below the arch.

OWNER OF U.S. REG. NO. 2309318, 2097186, 2163221

SER. NO. 88-856,606, FILED 04-01-2020

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.30 05:16:45 -04'00'

# United States of America
## United States Patent and Trademark Office



THE CHURCH OF
JESUS CHRIST
OF LATTER-DAY SAINTS

**Reg. No. 6,901,693**
**Registered Nov. 15, 2022**
**Int. Cl.: 14, 38**
**Service Mark**
**Trademark**
**Principal Register**

Intellectual Reserve, Inc.  (UTAH CORPORATION)
50 E North Temple Street, Rm 564
Salt Lake City, UTAH 841500005

CLASS 14: Jewelry

FIRST USE 11-15-2020; IN COMMERCE 11-15-2020

CLASS 38: Radio broadcasting services; television broadcasting services; webcasting services; streaming of audio, visual, and data information via a global computer network available via mobile applications and other digital communications device; communication services, namely, transmitting streamed sound and audio visual recordings via the internet; Computer aided transmission of messages and images; Electronic bulletin board services; Transmission of electronic mail; Electronic message sending; Providing access to databases; Providing online forums in the fields of religion, scriptures, history, human interest, family issues, music, missionary services, financial management, food preparation and storage, welfare services, charitable and humanitarian services, humanitarian aid services, and employment and vocational skills; Providing user access to global computer networks; Radio broadcasting; transmission of video films via the internet; broadcasting and transmission services of television programmes and films to personal computers; broadcasting programs and communications by means of or aided by computer terminals; transmission of audio, video and audio visual programming by Internet protocol (IPTV); transmission of text messages, messages, sound and pictures; telecommunication, communication, and broadcast services, namely, transmission of audio visual content via the Internet; provision of access to electronic sites featuring discussion groups and chat rooms; provision of access to electronic sites featuring chat rooms; telecommunication services, namely, providing access to information on Internet web pages; telecommunication, communication, and broadcasting services, namely, video on demand and near on demand transmission services; Video streaming services via the internet, namely, streaming delivery of video on demand to viewers; providing access to electronic sites



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



featuring videos and television programs to viewers on demand and near on demand; audio visual communication services, namely, transmitting streamed sound and audiovisual recordings via the internet; data communication services, namely, transmission of data by telecommunications networks, wireless communication networks, the internet, information services networks and data networks; delivery of messages by electronic transmission; telecommunication, communication, and broadcast services, namely, transmission of radio programs, television programs, films and motion pictures via the internet and satellite; telecommunication, communication, and broadcast services, namely, transmission of audio and visual material, namely, radio programs, television programs and material from pre-recorded video media, namely, television programs, films, and motion pictures via the internet and satellite; transmission of radio programs, television programs, films, motion pictures, pre-recorded audio and visual material in the nature of movies and music and, pre-recorded DVDs via the internet; online telecommunications services, namely, webcasting and podcasting services provided over a global communications network; peer to peer network computer services, namely, electronic transmission of audio, video and other data and documents among computers; Electronic delivery of posters, photographs, pictures, and articles online via a global computer network

FIRST USE 4-5-2020; IN COMMERCE 4-15-2020

The mark consists of an image of Christ with outstretched arms standing under an arch and the stylized wording "THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS" within a rectangular box below the arch.

OWNER OF U.S. REG. NO. 2309318, 2097186, 2163221

SER. NO. 88-856,638, FILED 04-01-2020

# EXHIBIT 2

1

| Copyrighted Church Image 1 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. Nos.:  VA0002444375** | |

| Copyrighted Church Image 2 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.: TX0008068384** | |

| Copyrighted Church Image 3 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. Nos.: TX0009296891 and VA0002444378** | |

| Copyrighted Church Image 4 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.:  VA0002495115** |  |

| Copyrighted Church Image 5 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.: TX0007897725** |  |

| Copyrighted Church Image 6 | Image used by Defendants |
|---|---|
|  **Copyright Reg. Nos.: TX0008926082 and VA0002444380** |  |

3

| Copyrighted Church Image 7 | Image used by Defendants[1] |
|---|---|
|  Copyright Reg. Nos.: TX0007970495, and VA0002455847 |   |

| Copyrighted Church Image 8 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496645 |  |

---

[1] For privacy purposes, the face and name of the individual in the first thumbnail image have been redacted.

| Copyrighted Church Image 9 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0009361905 |  |

| Copyrighted Church Image 10 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX007998419 |  |

| Copyrighted Church Image 11 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.: TX0007995081** | |

| Copyrighted Church Image 12 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.: TX0008612223** | |

| Copyrighted Church Image 13 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.: VA0002486714**<br><br><br><br>**Copyright Reg. No.: TX0008880779** | <br><br><br><br> |

| Copyrighted Church Image 14 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. Nos.: TX0007841997 and VA0002444381** | <br><br><br><br> |

| Copyrighted Church Image 15 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: B 170112 renewed by RE0000933144 |    |

| Copyrighted Church Image 16 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0008771412 |  |

| Copyrighted Church Image 17 | Image used by Defendants |
|---|---|
|   **Copyright Reg. No.: PAu003076736** |  |

| Copyrighted Church Image 18 | Image used by Defendants |
|---|---|
| **Copyright Reg. No.: TX0008458186** | |

| Copyrighted Church Image 19 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0005920755 |    |

| Copyrighted Church Image 20 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002493355 |  |

| Copyrighted Church Image 21 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0008623272 |  |

| Copyrighted Church Image 22 | Images used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0008553114 |   |

| Copyrighted Church Image 23 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0007078972 |   |

| Copyrighted Church Image 24 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX0008588295 |  |

| Copyrighted Church Image 25 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.: PA0002547090** |  |

| Copyrighted Church Image 26 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.: TX0008770382** |  |

| Copyrighted Church Image 27 | Image used by Defendants |
|---|---|
|  **Copyright Reg. No.: TX0008127740** |  |

| Copyrighted Church Image 28 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: TX007923670 | Audio recording of Trevor Haugen's meeting with Mormon General Authority Elder Don R. Clarke and Matthew J. Grow of LDS Church History Department  Recorded March 3, 2017  |

| Copyrighted Church Image 29 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VAu001582782 | Audio recording of Trevor Haugen's meeting with Mormon General Authority Elder Don R. Clarke and Matthew J. Grow of LDS Church History Department  Recorded March 3, 2017  |

| Copyrighted Church Image 30 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002493352 |  |

| Copyrighted Church Image 31 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002495110 |   |

| Copyrighted Church Image 32 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002495130 |  |

| Copyrighted Church Image 33 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.: VA0002495148** | |

| Copyrighted Church Image 34 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.:  VA0002496672** | |

| Copyrighted Church Image 35 | Image used by Defendants |
|---|---|
|  |  |
| **Copyright Reg. No.:  VA0002496669** | |

| Copyrighted Church Image 36 | Images used by Defendants |
|---|---|
| <br><br>Copyright Reg. No.:  VA0002496674 | <br><br><br> |

| Copyrighted Church Image 37 | Image used by Defendants |
|---|---|
| <br><br>Copyright Reg. No.:  VA0002496690 |  |

| Copyrighted Church Image 38 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002496678 |     |

| Copyrighted Church Image 39 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.: VA0002496667 |  |

19

| Copyrighted Church Image 40 | Image used by Defendants |
|---|---|
| <br><br>**Copyright Reg. No.:  VA0002496683** | <br><br><br> |

20

| Copyrighted Church Image 41 | Image used by Defendants |
|:---:|:---:|
|  Copyright Reg. No.:  VA0002496670 |  |

| Copyrighted Church Image 42 | Image used by Defendants |
|:---:|:---:|
|  Copyright Reg. No.:  VA0002496696 |  |

| Copyrighted Church Image 43 | Image used by Defendants |
|:---:|:---:|
|  Copyright Reg. No.: VA0002496688 |  |

| Copyrighted Church Image 44 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496707 |  |

| Copyrighted Church Image 45 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496662 |  |

| Copyrighted Church Image 46 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  TX008302162 |  |

| Copyrighted Church Image 47 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496693 |  |

| Copyrighted Church Image 48 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496649 |  |

| Copyrighted Church Image 49 | Image used by Defendants |
|---|---|
|  Copyright Reg. No.:  VA0002496647 |  |

| Copyrighted Church Image 50 | Image used by Defendants |
|---|---|
| <br><br>Copyright Reg. No.: TX0007943531 |  |

| Copyrighted Church Image 51 | Image used by Defendants |
|---|---|
| <br><br>Copyright Reg. No.:  VA0002496651 | <br> |

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-375

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Russell M. Nelson Official Photo (2018) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| | **Author Created:** | photograph |
| | **Work made for hire:** | Yes |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
| | Salt Lake City, UT 84150 United States |

## Certification

Page 1 of 2

**Name:** Ryan Miller
**Date:** May 05, 2025
**Applicant's Tracking Number:** IRIC4018CP - FR5270

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-068-384**

**Effective Date of Registration:**
June 29, 2015

## Title

| | |
|---|---|
| **Title of Work:** | The Friend |
| | **Volume:** 45 |
| | **Number:** 7 |
| | **Date on Copies:** July 2015 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 15, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Property Office |
| **Address:** | 50 East North Temple Street, Fl. 13 |
| | Salt Lake City, UT 84150-0013 United States |

## Certification

**Name:** Barry V. Taggart
**Date:** June 29, 2015
**Applicant's Tracking Number:** FR#4691

**Registration #:**  TX0008068384
**Service Request #:**  1-2511375826

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-296-891

**Effective Date of Registration:**
July 17, 2023
**Registration Decision Date:**
August 08, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| **Volume:** | 47 |
| **Number:** | 5 |
| **Date on Copies:** | May 2023 |
| **Frequency of Publication:** | Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 15, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc.<br>50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text, translation |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

**Name:** Barry V. Taggart
**Date:** July 17, 2023
**Applicant's Tracking Number:** FR#5093

**Registration #:** TX0009296891
**Service Request #:** 1-12784006412



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL 5
Salt Lake City, UT 84150-0005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-378

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Photo of First Presidency at April 2023 General Conference

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 02, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date:**  May 05, 2025
**Applicant's Tracking Number:**  IRIC4019CP - FR5271

**Correspondence:**  Yes

**Registration #:**   VA0002495115
**Service Request #:**   1-15138531251

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling        **Application Date:**   April 09, 2026

## Correspondent

**Registration Number**

# VA 2-495-115

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:**   Salt Lake Temple renovation project, July 2020

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   September 26, 2020
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Certification

**Name:**   Ryan Miller
**Date:**   April 09, 2026
**Applicant's Tracking Number:**   IRIC4078CP

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-897-725

**Effective date of
registration:**

June 27, 2014

## Title

**Title of Work:** Liahona

**Volume** 38        **Number** 7        **Date on Copies** July 2014

**Frequency of publication**        Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 15, 2014        **Nation of 1st Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
  **Author Created:** compilation, contribution(s) to a collective work

  **Work made for hire:** Yes

  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United
States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office

**Address:** 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart

**Date:** June 27, 2014

**Applicant's Tracking Number:** FR#4446



**Registration #:**  TX0007897725
**Service Request #:**  1-1545200909



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-926-082

**Effective Date of Registration:**
December 14, 2020
**Registration Decision Date:**
January 11, 2021

## Title

| | |
|---|---|
| **Title of Work:** | The New Era |
| **Volume:** | 50 |
| **Number:** | 11 |
| **Date on Copies:** | November 2020 |
| **Frequency of Publication:** | Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 15, 2020 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Property Office |
| **Address:** | 50 East North Temple Street, Fl. 5 |
| | Salt Lake City, UT 84150-0005 United States |

## Certification

| | |
|---|---|
| **Name:** | Barry V. Taggart |
| **Date:** | December 14, 2020 |
| **Applicant's Tracking Number:** | FR#4992 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-380

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Photo of President Russell M. Nelson from October 2020 Saturday Morning General Conference Session Talk ("Moving Forward")

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 05, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:** Ryan Miller
**Date:** May 05, 2025
**Applicant's Tracking Number:** IRIC4020CP - FR5272

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-970-495**

**Effective Date of Registration:**
December 30, 2014

## Title

**Title of Work:** The New Era
**Volume:** 44
**Number:** 10
**Date on Copies:** October 2014
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 15, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

Page 1 of 2

## Certification

**Name:** Barry V. Taggart
**Date:** December 30, 2014
**Applicant's Tracking Number:** FR#4599

**Registration #:**    TX0007970495
**Service Request #:**    1-2019803912

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-847

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:**  Portrait of Christ

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 01, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

Page 1 of 2

**Name:**  Ryan Miller
**Date:**  August 01, 2025
**Applicant's Tracking Number:**  IRIC4030CP - FR5278

**Correspondence:**  Yes

**Registration #:** VA0002455847
**Service Request #:** 1-14964828925



Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Registration #:**   VA0002496645
**Service Request #:**   1-15138722042

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling      **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-645

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    Jeffrey R. Holland October 2015 General Conference Image

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    October 03, 2015
**Nation of 1st Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:** Ryan Miller
**Date**: April 15, 2026
**Applicant's Tracking Number**: IRIC4080CP

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# TX 9-361-905

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
February 20, 2024

## Title

**Title of Work:**  Preach My Gospel: A Guide To Sharing The Gospel Of Jesus Christ

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 22, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Floor 5, Salt Lake City, UT, 84150-0005, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** TX0006407298, 2006

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Address:** 50 E. North Temple St.
Floor 5

Page 1 of 2

Salt Lake City, UT 84150-0005 United States

## Certification

| | |
|---|---|
| **Name:** | Barry V. Taggart |
| **Date:** | September 18, 2023 |
| **Applicant's Tracking Number:** | FR5114 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding previous registration: Registration year added from Copyright Office records. |

**Registration #:**  TX0009361905
**Service Request #:**  1-12938917921



Intellectual Reserve, Inc.
Barry V Taggart
50 E. North Temple Street
Floor 5
Salt Lake City, UT 84150-0005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-998-419**

**Effective Date of Registration:**
February 27, 2015

## Title

**Title of Work:** The New Era
**Volume:** 39
**Number:** 6
**Date on Copies:** June 2009
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** May 15, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Barry V. Taggart |
| **Date:** | February 27, 2015 |
| **Applicant's Tracking Number:** | FR#4609 |



**Registration #:**   TX0007998419
**Service Request #:**   1-2177896602

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-995-081

**Effective Date of Registration:**
January 30, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Ensign<br>**Volume:** 39<br>**Number:** 4<br>**Date on Copies:** April 2009<br>**Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | March 15, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •     **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc.<br>50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Property Office |

Page 1 of 2

**Address:**   50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart

**Date:**   January 30, 2015

**Applicant's Tracking Number:**   FR#4635

**Registration #:** TX0007995081
**Service Request #:** 1-2100799630

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-612-223

**Effective Date of Registration:**
March 28, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume:** 48 |
| | **Number:** 2 |
| | **Date on Copies:** February 2018 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** March 28, 2018
**Applicant's Tracking Number:** FR#4837

**Correspondence:** Yes



**Registration #:**  TX0008612223
**Service Request #:**  1-6436483102

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-486-714

**Effective Date of Registration:**
December 01, 2025
**Registration Decision Date:**
March 02, 2026

## Title

| | |
|---|---|
| **Title of Work:** | The Christus |
| **Previous or Alternate Title:** | The Christus Drawing |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 04, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc.<br>50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | sculpture, Christus statue in the public domain |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |

Page 1 of 2

**Address:**  50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date:**  December 01, 2025
**Applicant's Tracking Number:**  IRIC4014CP - FR5154

**Registration #:**  VA0002486714
**Service Request #:**  1-15042593930



Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TX 8-880-779**

**Effective Date of Registration:**
June 22, 2020
**Registration Decision Date:**
July 07, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume**: 44 |
| | **Number**: 5 |
| | **Date on Copies**: May 2020 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | April 15, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

**Name:** Barry V. Taggart
**Date:** June 22, 2020
**Applicant's Tracking Number:** FR#4966

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-841-997

**Effective date of
registration:**

April 30, 2014

## Title

**Title of Work:** The New Era

**Volume** 43     **Number** 1     **Date on Copies** January 2013

**Frequency of publication**    Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 15, 2012    **Nation of 1st Publication:** United States

## Author

▪    **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints

**Author Created:** compilation, contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office

**Address:** 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart

**Date:**   April 30, 2014

**Applicant's Tracking Number:**   FR#4407



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-381

**Effective Date of Registration:**
May 05, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | President Boyd K. Packer Official Photo |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | April 25, 2001 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
| | Salt Lake City, UT 84150 United States |

## Certification

Page 1 of 2

**Name:** Ryan Miller
**Date:** May 05, 2025
**Applicant's Tracking Number:** IRIC4022CP - FR5273

**Correspondence:** Yes

# Additional Certificate of Registration
# of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim     In testimony whereof, the seal of this office
of copyright registered under number           is affixed hereto on



**B 170112**                                    **June 3, 2025**

C-731  05/2025

Page 1

# Application
## for Registration of a Claim to Copyright
### in a periodical manufactured in the
### United States of America

**FORM B**

REGISTRATION NO.

**B  170112**

DO NOT WRITE HERE

CLASS

**B**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name .......... CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS
50 EAST NORTH TEMPLE

Address .......... SALT LAKE CITY, UT  84150

Name ..........

Address ..........

**2. Title:** .......... The ENSIGN Of the Chruch of Jesus Christ of Latter-day Saints
(Give the title of the periodical as it appears on the copies)

Vol. ...... 6 ...... No. ...... 12 ...... Date on copies .......... DECEMBER 1976

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a peri- odical is the author of the periodical. If the author is an organi- zation formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship .......... UNITED STATES OF AMERICA
(Name of country)

Domiciled in U.S.A. Yes XXXX .......... No ..........

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

NOVEMBER         11         1976
(Month)         (Day)         (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

UNITED STATES OF AMERICA

➤ **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengrav- ing, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ..........

**(b) Process Used:** ..........

**(c) Country of Manufacture:** ..........

EXAMINER

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:
LDS CHURCH MAGAZINES

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:
Name  A. Glen Snarr, Circulation Manager    Address  50 East North Temple, SLC, UT 84150

8. Send Certificate to:

(Type or print name and address)

Name ..... CHURCH MAGAZINES

Address ..... 50 EAST NORTH TEMPLE
(Number and street)

..... SALT LAKE CITY ..... UT ..... 84150
(City) ..... (State) ..... (ZIP code)

9. **Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

..... A. Glen Snarr .....
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A    Form A—Published book manufactured in the United States of America.

Class A or B    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M    Form L–M—Motion picture.

Class N    Form N—Sound recording.

•    Form R—Renewal copyright.

•    Form U—Notice of use of copyrighted music on mechanical instruments.

### FOR COPYRIGHT OFFICE USE ONLY

Application received

NOV 26 1976

Two copies received

NOV 26 1976

Fee received

Renewal

U.S. GOVERNMENT PRINTING OFFICE : 1975—O-593-862    Nov. 1975—170,000    *Page 2*

---

Page 1

**App**

**for Registration**

**in a period**

**Unite**

Instructions: Make sure completed before you su be SIGNED at line 9. The until after the date of pub state the facts which exi: tion, see page 4.

1. Copyright Claimant name(s) should be the s

The
Name ..... 401
Address .....

Name .....
Address ..... GEF

2. Title: .....

Vol. ..... 31

3. Citizenship of citizenship of the the employer is t
Citizenship .....

4. Publication:
(a) Date of date when cop or publicly di:

(b) Place

5. Manufac printing, ty ing, bindin
(a) Po
(b) Pr
(c) C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REO  933–144

05    05    2025

MM    DD    YYYY

## 1 TITLE AND ORIGINAL TERM INFORMATION

**A** Title of work as first published or registered: Photo of Spencer W. Kimball

IF YOU NEED MORE SPACE, USE SPACE D ON FORM RE/CON

If periodical, give: Volume: _____ Number: _____ Issue date: _____ ISSN: _____

**B** Alternative title: _____

IF YOU NEED MORE SPACE, USE SPACE D ON FORM RE/CON

**C** If first published as a contribution to a periodical or other collective work, give title of larger work:

The Ensign of The Church of Jesus Christ of Latter-day Saints, December 1976

IF YOU NEED MORE SPACE, USE SPACE D ON FORM RE/CON

If periodical, give: Volume: 6 Number: 12 Issue date: Dec. 1976 ISSN: _____

**D** Has this work (or the work in which it was first published, if a contribution) ever been registered?
Yes ☒ *Give registration number:* B170112 ◄OR► No ☐ *(Complete Form RE/Addendum.)*

**E** Publication date: 11/11/1976 (MM/DD/YYYY) ◄OR► Registration date, if registered as unpublished work: _____ (MM/DD/YYYY)

**F** Year date(s) in copyright notice, if earlier than actual publication year date: 19____ ISBN: _____

**G** Original copyright claimant(s): The Corporation of the President of The Church of Jesus Christ of Latter-day Saints

IF YOU NEED MORE SPACE, USE SPACE D ON FORM RE/CON

**H** If the work was originally registered in Class Ai or Bi, was a U.S. edition registered?
Yes ☐ *Give registration number:* _____ ◄OR► No ☐

**I** If the original registration record was corrected or amplified by supplementary registration on Form CA, give the registration number and effective date of the supplementary registration: Number: _____ Date: _____

## 2 WORK OR MATERIAL CLAIMED AND AUTHOR INFORMATION

**A** Copyright for the renewal term is claimed in: *(Check only one.)*

1 ☐ the entire work.

2 ☒ a contribution first published in a periodical or other collective work.

3 ☐ revisions in previously published or registered work. *Describe revisions:* _____

4 ☐ separate element(s) of authorship in a larger work. *Specify element(s):* _____

OR►

5 ☐ The renewal claim is based on the first publication of a work previously registered as an unpublished work under registration number: _____

**B** The following author(s) contributed to the work or material claimed:

Name: ~~The Corporation of the President of The Church of Jesus Christ of Latter-day Saints~~ This author created: Entire photograph

Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____ This author created: _____

Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____ This author created: _____

Date of death, if applicable: _____ (MM/DD/YYYY)

IF THERE ARE ADDITIONAL AUTHORS, USE SPACE D ON FORM RE/CON

PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579) The authority for requesting this information is title 17 U.S.C. §409 and §410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 U.S.C. The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request. NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

APPLICATION RECEIVED: **MAY 0 5 2025**

CORRESPONDENCE: ☐ YES

EXAMINED BY: _GMES._

FUNDS RECEIVED:

DO NOT WRITE ABOVE THIS LINE.
IF YOU NEED MORE SPACE, USE FORM RE/CON.

## 3 RENEWAL TERM OWNERSHIP INFORMATION

### A

By assignment or written agreement on July 28, 1998 from The Corporation of the President of The Church of Jesus Christ of Latter-day Saints entitled on January 1, 2005 to claim the renewal copyright as the proprietor of copyright in a work made for hire

Name: Intellectual Reserve, Inc.                       as the:

Address: 50 E. North Temple Street, Room 564, Salt Lake City, Utah 84150         ◄ OR ► Year of death: _____

Name: _____  as the: _____

Address: _____  ◄ OR ► Year of death: _____

Name: _____  as the: _____

Address: _____  ◄ OR ► Year of death: _____

Name: _____  as the: _____

Address: _____  ◄ OR ► Year of death: _____

IF THERE ARE ADDITIONAL STATUTORY CLAIMANTS, USE SPACE E ON FORM RE/CON.

### B

This application is submitted by or on behalf of the:  (Check only one.)
☒ Statutory claimant(s) named above.  (Go on to section 4.)
OR ►
☐ Assignee/successor of the statutory claimant(s) named above.  (Complete space C below.)

### C

_____  by _____
ASSIGNEE/SUCCESSOR                                MEANS OF TRANSFER

Current address: _____

## 4 CERTIFICATION

I, the undersigned, hereby certify that I am the statutory claimant, the assignee/successor, or the duly authorized agent of the statutory claimant or assignee/successor, and that the statements made by me in this application are correct.

Typed or printed name: Tyson Smith                       Date: 5/7/25

Handwritten signature: _Tyson Smith_

## 5 PAYMENT, CORRESPONDENCE, AND MAILING INFORMATION

Deposit account number: _____  Account name: _____

Contact information for correspondence, including name and mailing address: Ryan Miller, Pirkey Barber PLLC
1801 East 6th Street, Suite 300, Austin, Texas 78702

Phone: (512) 334-8503      Fax: (____)_____      Email: rmiller@pirkeybarber.com

## MAILING ADDRESS FOR CERTIFICATE:

Peter Midgley
NAME
50 E. North Temple Street, Room 564

| NUMBER/STREET | | | APT/SUITE |
| --- | --- | --- | --- |
| Salt Lake City | Utah | 84150 | US |
| CITY/TOWN | STATE/PROVINCE | ZIP/POSTAL CODE | COUNTRY |

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

FORM RE   REV: 05/2020   Printed on recycled paper

U.S. GOVERNMENT PRINTING OFFICE: 2020-xxx-xxx/xx,xxx

**Registration Number**

# TX 8-771-412

**Effective Date of Registration:**
June 21, 2019
**Registration Decision Date:**
September 05, 2019

## Title

**Title of Work:** Liahona
**Volume***: 43*
**Number**: 5
**Date on Copies**: May 2019
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 15, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** compilation, editing, photograph(s), text

## Rights and Permissions

Organization Name: Intellectual Property Office
Address: 50 East North Temple Street, Fl. 5
Salt Lake City, UT 84150-0005 United States

## Certification

Name: Barry V. Taggart
Date: June 21, 2019
Applicant's Tracking Number: FR#4909

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



## FORM PA

**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REG    **PAu3 – 076 – 736**



■PAU003076736■

EFFECTIVE DATE OF REGISTRATION

*Aug 23, 2006*

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Joseph Smith: The Prophet of the Restoration (53696)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Motion Picture

## 2

**a** NAME OF AUTHOR ▼

Corp. of the President of the Church of Jesus Christ of Latter-day Saints

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A.
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005    Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
_____ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Intellectual Reserve, Inc.
50 East North Temple Street
Salt Lake City, UT  84150

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment of all rights by author

See instructions before completing this space.

APPLICATION RECEIVED
AUG 2 3 2006
ONE DEPOSIT RECEIVED
AUG 2 3 2006    DVD W
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY ___DBC___ | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** **6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

Corp. of the Pres. of The Church of Jesus Christ of LDS          DA034045

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Marissa Browning, Intellectual Property Office
50 East North Temple Street, Floor 18
Salt Lake City, UT 84150-3011

**b**

Area code and daytime telephone number  ( 801 ) 240-3958          Fax number  ( 801 ) 240-1187

Email  browningmb@ldschurch.org

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of **Intellectual Reserve, Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barry V. Taggart                                    Date  _16 Aug 06_

Handwritten signature (X) ▼

☞  x _Bary V. Taggart_

| Certificate will be mailed in window envelope to this address: | Name ▼ INTELLECTUAL PROPERTY OFFICE | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 50 EAST NORTH TEMPLE STREET, FLOOR 18 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ SALT LAKE CITY, UT 84150-3011 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev: June 2002    ♺ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Ingle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-458-186**

**Effective Date of Registration:**
June 30, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume:** 41 |
| | **Number:** 5 |
| | **Date on Copies:** May 2017 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 15, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** June 30, 2017
**Applicant's Tracking Number:** FR#4804

**Correspondence:** Yes



Case 2:26-cv-00321-JCB   Document 1-3   Filed 04/17/26   PageID.152   Page 68 of 172

**Registration #:** TX0008458186
**Service Request #:** 1-5531626133

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

# FORM SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

F

**TX 5-920-755**

=TX9905920755=

EFFECTIVE DATE OF REGISTRATION

*1 - 6 - 04*

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

Ensign + (Center Insert:  News of the Church--Australia/New Zealand) (23912)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 33 | 12 | December 2003 | Monthly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Corp. of the President of The Church of Jesus Christ of  Latter-day Saints

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☑ Collective Work    Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given ◀ Year in all cases.
2003

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 15   Year ▶ 2003
U.S.A.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Intellectual Reserve, Inc.
50 East North Temple Street
Salt Lake City, UT  84150

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment of all rights by author

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of 2 pages

| EXAMINED BY | | FORM SE |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Some text and illustrations simultaneously published in the Liahona magazine (December 2003)

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text, illustrations, photos, drawings, paintings, art work

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

Corp. of the President of The Church of Jesus Christ of LDS        DA034045

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Ruth Ann Johnson
50 East North Temple Street
Salt Lake City, UT  84150-3011

**b**

Area code and daytime telephone number ▶ 801-240-5982          Fax number    ▶ 801-240-1187

Email ▶ johnsonra@ldschurch.org

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
{
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Intellectual Reserve, Inc.
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Roger K. Petersen                                              Date ▶ 15 Dec 03

Handwritten signature (X) ▼

X _Roger K. Petersen_

| Certificate will be mailed in window envelope to this address: | Name ▼ COPYRIGHTS AND PERMISSONS OFFICE | YOU MUST • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼ 50 EAST NORTH TEMPLE STREET, FLOOR 18 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000. |
| | City/State/ZIP ▼ SALT LAKE CITY, UT  84150-3011 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

**Registration #:**    VA0002493355
**Service Request #:**    1-15036526782

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling    **Application Date:**    April 02, 2026

**Note to C.O.:** This rendering has only been published only in electronic form, so the deposit will be uploaded.

## Correspondent

**Organization Name:**    Pirkey Barber
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-493-355

**Effective Date of Registration:**
April 02, 2026
**Registration Decision Date:**
April 03, 2026

## Title

 **Title of Work:** Rendering of the Provo Temple

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 24, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Tyson Smith
**Date**:  April 02, 2026
**Applicant's Tracking Number**:  IRIC4035CP/FR5297

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Leyla*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-623-272

**Effective Date of Registration:**
June 29, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume***: 42 |
| | **Number**: 5 |
| | **Date on Copies**: May 2018 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 15, 2018 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | compilation, editing, photograph(s), text |

## Rights and Permissions

Page 1 of 2

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** June 29, 2018
**Applicant's Tracking Number:** FR# 4849

**Registration #:**   TX0008623272
**Service Request #:**   1-6723996822

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tusl*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-553-114

**Effective Date of Registration:**
January 30, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| **Volume:** | 41 |
| **Number:** | 12 |
| **Date on Copies:** | December 2017 |
| **Frequency of Publication:** | Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 15, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

## Rights and Permissions

|                      |                                     |
|---------------------:|:------------------------------------|
| **Organization Name:** | Intellectual Property Office      |
| **Address:**         | 50 East North Temple Street, Fl. 13 |
|                      | Salt Lake City, UT 84150-0013 United States |

## Certification

|                                  |                   |
|---------------------------------:|:------------------|
| **Name:**                        | Barry V. Taggart  |
| **Date:**                        | January 30, 2018  |
| **Applicant's Tracking Number:** | FR#4825           |

**Registration #:**  TX0008553114
**Service Request #:**  1-6249009965

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## TX 7-078-972

**Effective date of
registration:**

July 29, 2008

## Title

**Title of Work:** Ensign (02205)

**Volume** 38 **Number** 5 **Date on Copies** May 2008

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 15, 2008 **Nation of 1st Publication:** United States

## Author

■ **Author:** Corp. of the President of The Church of Jesus Christ of Latter-day Saints

**Author Created:** Collective Work

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc

50 East North Temple Street, Salt Lake City, UT, 84150

**Transfer Statement:** Assignment of all rights by author

## Limitation of copyright claim

**Material excluded from this claim:** Some text and illustrations simultaneously published in the Liahona (May 2008)

**Previously registered:** No

**New material included in claim:** New text,illustrations,artwork,photos,drawings,paintings

## Certification

**Name:**   Barry V. Taggart

**Date:**   May 8, 2008

**Registration #:**    TX0007078972

**Service Request #:**    1-87814706

INTELLECTUAL PROPERTY OFFICE
50 EAST NORTH TEMPLE STREET, FLOOR 18
SALT LAKE CITY, UT 84150-3011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-588-295

**Effective Date of Registration:**
March 30, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume:** 48 |
| | **Number:** 4 |
| | **Date on Copies:** April 2018 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | March 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text |

## Rights and Permissions

**Organization Name:** Intellectual Property Office
**Address:** 50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:** Barry V. Taggart
**Date:** March 30, 2018
**Applicant's Tracking Number:** FR#4843



**Registration #:**  TX0008588295
**Service Request #:**  1-6444160659

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**PA 2-547-090**

**Effective Date of Registration:**
July 31, 2025
**Registration Decision Date:**
August 27, 2025

## Title

**Title of Work:** Ammon Serves and Teaches King Lamoni | Alma 17–19

**Series Title:** Book of Mormon Videos

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150-005, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, Text of Book of Mormon previously registered
**Previous registration and year:** TX0008583407, 2017

**New material included in claim:** all other cinematographic material, production as a motion picture, music, footage, script, and screenplay

## Rights and Permissions

Page 1 of 2

Page 2 of 2

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150-005 United States

## Certification

**Name:** Ryan J. Miller
**Date:** July 31, 2025
**Applicant's Tracking Number:** IRIC4003CP24 - FR#5198

**Registration #:**    PA0002547090
**Service Request #:**    1-14956902288



Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150-005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teslie*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-770-382

**Effective Date of Registration:**
July 05, 2019
**Registration Decision Date:**
September 03, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Liahona |
| | **Volume:** 43 |
| | **Number:** 7 |
| | **Date on Copies:** July 2019 |
| | **Frequency of Publication:** Monthly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | June 15, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 5, Salt Lake City, UT, 84150-0005, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text, translation |

Page 1 of 2

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Intellectual Property Office |
| **Address:** | 50 East North Temple Street, Fl. 5 |
| | Salt Lake City, UT 84150-0005 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Barry V. Taggart |
| **Date:** | July 05, 2019 |
| **Applicant's Tracking Number:** | FR#4911 |

**Registration #:**   TX0008770382
**Service Request #:**   1-7853416701



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL 5
Salt Lake City, UT 84150-0005 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-127-740

**Effective Date of Registration:**
September 28, 2015

## Title
_____

**Title of Work:** Ensign
**Volume:** 45
**Number:** 6
**Date on Copies:** June 2015
**Frequency of Publication:** Monthly

**Previous or Alternate Title:** The Ensign of The Church of Jesus Christ of Latter-day Saints

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** May 15, 2015
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day Saints
**Author Created:** compilation, contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Intellectual Reserve, Inc.
50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim
_____

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions
_____

**Organization Name:** Intellectual Property Office

Page 1 of 2

**Address:**   50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart
**Date:**   September 28, 2015
**Applicant's Tracking Number:**   FR#4693

**Registration #:** TX0008127740
**Service Request #:** 1-2746027855

Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-923-670

**Effective date of
registration:**

May 30, 2014

## Title

Title of Work: Liahona

| | | |
|---|---|---|
| Volume 36 | Number 11 | Date on Copies November 2012 |
| Frequency of publication | Monthly | |

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: October 15, 2012    Nation of 1st Publication: United States

## Author

■ Author: Corporation of the President of The Church of Jesus Christ of Latter-day Saints

Author Created: compilation, contribution(s) to a collective work

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States

Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: artwork, photograph(s), text, text, artwork, photos from different sources

New material included in claim: compilation, editing, photograph(s), text

## Rights and Permissions

Organization Name: Intellectual Property Office

Address: 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

Page 1 of 2

**Name:**  Barry V. Taggart

**Date:**  May 30, 2014

**Applicant's Tracking Number:**  FR#4432

---

**Correspondence:**  Yes



**Registration #:** TX0007923670
**Service Request #:** 1-1473121320



Intellectual Property Office
Barry V Taggart
50 East North Temple Street, FL13
Salt Lake City, UT 84150-0013 United States

**Registration #:** VAu001582782
**Service Request #:** 1-15138722269

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling    **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VAu 1-582-782

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

      **Title of Work:**   Photo of Matt Grow

## Completion/Publication

      **Year of Completion:**   2015

## Author

      •      **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
      **Author Created:**   photograph
      **Work made for hire:**   Yes
      **Citizen of:**   United States

## Copyright Claimant

      **Copyright Claimant:**   Intellectual Reserve, Inc.
         50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
      **Transfer statement:**   By written agreement

## Rights and Permissions

      **Organization Name:**   Intellectual Reserve, Inc.
      **Name:**   Peter Midgley
      **Email:**   cor-trademarks@churchofjesuschrist.org
      **Address:**   50 E. North Temple Street, Room 564
         Salt Lake City, UT 84150 United States

## Certification

      **Name:**   Ryan Miller
      **Date**:   April 15, 2026

Page 1 of 2

**Applicant's Tracking Number**:    IRIC4084CP

**Registration #:**  VA0002493352
**Service Request #:**  1-15036526806

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling    **Application Date:**  April 02, 2026

## Correspondent

**Organization Name:**  Pirkey Barber
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-493-352

**Effective Date of Registration:**
April 02, 2026
**Registration Decision Date:**
April 03, 2026

## Title

**Title of Work:** Photograph of Layton Temple

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**    Tyson Smith
**Date**:    April 02, 2026
**Applicant's Tracking Number**:    IRIC4036CP/FR5297

**Registration #:**  VA0002495110
**Service Request #:**  1-15138615682

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling    **Application Date:**  April 09, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-495-110

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title
_____

**Title of Work:**    Missionaries at the MTC

## Completion/Publication
_____

**Year of Completion:**    2017
**Date of 1st Publication:**    July 26, 2017
**Nation of 1st Publication:**    United States

## Author
_____

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant
_____

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions
_____

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification
_____

**Name:**    Ryan Miller
**Date**:    April 09, 2026
**Applicant's Tracking Number**:    IRIC4079CP

**Registration #:**   VA0002495130
**Service Request #:**   1-15137955821

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling       **Application Date:**   April 09, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-495-130**

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title

       **Title of Work:**   The Brass Plates Sitting on a Table

## Completion/Publication

      **Year of Completion:**   2019
   **Date of 1st Publication:**   November 07, 2019
  **Nation of 1st Publication:**   United States

## Author

-       **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
   **Author Created:**   photograph
 **Work made for hire:**   Yes
      **Citizen of:**   United States

## Copyright Claimant

  **Copyright Claimant:**   Intellectual Reserve, Inc.
   50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
  **Transfer statement:**   By written agreement

## Rights and Permissions

  **Organization Name:**   Intellectual Reserve, Inc.
        **Name:**   Peter Midgley
       **Email:**   cor-trademarks@churchofjesuschrist.org
    **Address:**   50 E. North Temple Street, Room 564
   Salt Lake City, UT 84150 United States

## Certification

**Name:**    Ryan Miller
**Date**:    April 09, 2026
**Applicant's Tracking Number**:    IRIC4077CP

**Registration #:**  VA0002495148
**Service Request #:**  1-15137750271

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling     **Application Date:**  April 09, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-495-148

**Effective Date of Registration:**
April 09, 2026
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:**    Laie Hawaii Temple Sealing Room

## Completion/Publication

**Year of Completion:**    2010
**Date of 1st Publication:**    November 18, 2010
**Nation of 1ˢᵗ Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:** Ryan Miller
**Date**: April 09, 2026
**Applicant's Tracking Number**: IRIC4076CP

**Registration #:**    VA0002496672
**Service Request #:**    1-15141131560

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling        **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-496-672**

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Mexico City Temple Photograph

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 11, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Intellectual Reserve, Inc.
**Name:** Peter Midgley
**Email:** cor-trademarks@churchofjesuschrist.org
**Address:** 50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4090CP

**Registration #:**  VA0002496669
**Service Request #:**  1-15141131474

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling      **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-496-669**

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    First Presidency Press Conference Photograph

## Completion/Publication

**Year of Completion:**    2018
**Date of 1st Publication:**    January 13, 2020
**Nation of 1ˢᵗ Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
    **Author Created:**    photograph
    **Work made for hire:**    Yes
    **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4088CP

**Registration #:**  VA0002496674
**Service Request #:**  1-15141171653

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling      **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-496-674**

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    Philadelphia Pennsylvania Temple Photograph

## Completion/Publication

**Year of Completion:**    2016
**Date of 1st Publication:**    August 01, 2016
**Nation of 1st Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4091CP

**Registration #:**    VA0002496690
**Service Request #:**    1-15141171985

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling        **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-496-690**

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Seminary Classroom Photograph

## Completion/Publication

**Year of Completion:**   2013
**Date of 1st Publication:**   July 01, 2014
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4095CP

**Registration #:**  VA0002496678
**Service Request #:**  1-15141171776

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling          **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

**VA 2-496-678**

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Hamilton New Zealand Temple Photograph #1

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   August 25, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Mark Scowen Photography
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   New Zealand

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4092CP

**Registration #:**  VA0002496667
**Service Request #:**  1-15141131451

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling      **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-667

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

      **Title of Work:**   Plates of gold

## Completion/Publication

      **Year of Completion:**   2008
    **Date of 1st Publication:**   September 18, 2024
**Nation of 1st Publication:**   United States

## Author

-       **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
    **Author Created:**   photograph
  **Work made for hire:**   Yes
      **Citizen of:**   United States

## Copyright Claimant

    **Copyright Claimant:**   Intellectual Reserve, Inc.
      50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
    **Transfer statement:**   By written agreement

## Rights and Permissions

    **Organization Name:**   Intellectual Reserve, Inc.
         **Name:**   Peter Midgley
        **Email:**   cor-trademarks@churchofjesuschrist.org
     **Address:**   50 E. North Temple Street, Room 564
      Salt Lake City, UT 84150 United States

## Certification

**Name:**    Ryan Miller
**Date**:    April 15, 2026
**Applicant's Tracking Number**:    IRIC4087CP

**Registration #:** VA0002496683
**Service Request #:** 1-15141171869

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling    **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-683

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

   **Title of Work:** Hamilton New Zealand Temple Photograph #2

## Completion/Publication

   **Year of Completion:** 2022
  **Date of 1st Publication:** October 16, 2023
  **Nation of 1ˢᵗ Publication:** United States

## Author

      &bull;  **Author:** Mark Scowen Photography
   **Author Created:** photograph
  **Work made for hire:** Yes
     **Citizen of:** New Zealand

## Copyright Claimant

  **Copyright Claimant:** Intellectual Reserve, Inc.
         50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
  **Transfer statement:** By written agreement

## Rights and Permissions

  **Organization Name:** Intellectual Reserve, Inc.
      **Name:** Peter Midgley
      **Email:** cor-trademarks@churchofjesuschrist.org
     **Address:** 50 E. North Temple Street, Room 564
         Salt Lake City, UT 84150 United States

## Certification

**Name:** Ryan Miller
**Date**: April 15, 2026
**Applicant's Tracking Number**: IRIC4093CP

**Registration #:**   VA0002496670
**Service Request #:**   1-15141131527

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling      **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-670

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    Pushing, Pulling and Praying, Bound for Zion

## Completion/Publication

**Year of Completion:**    1997
**Date of 1st Publication:**    July 21, 2015
**Nation of 1st Publication:**    United States

## Author

- **Author:**    E. Kimball Warren
**Author Created:**    2-D artwork
**Work made for hire:**    No
**Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**    Ryan Miller
**Date**:    April 15, 2026
**Applicant's Tracking Number**:    IRIC4089CP

**Registration #:** VA0002496696
**Service Request #:** 1-15141172114

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling    **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-696

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    President Nelson receives COVID-19 vaccine

## Completion/Publication

**Year of Completion:**    2021
**Date of 1st Publication:**    January 19, 2021
**Nation of 1ˢᵗ Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    photograph
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:** Ryan Miller
**Date**: April 15, 2026
**Applicant's Tracking Number**: IRIC4097CP

**Registration #:**   VA0002496688
**Service Request #:**   1-15141171962

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling        **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-688

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

| | |
|---|---|
| **Title of Work:** | Baranquilla Colombia Temple Photograph |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | December 09, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
| | Salt Lake City, UT 84150 United States |

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4094CP

**Registration #:**    VA0002496707
**Service Request #:**    1-15141131272

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**    Special Handling          **Application Date:**    April 15, 2026

## Correspondent

**Organization Name:**    Pirkey Barber PLLC
**Name:**    Ryan James Miller
**Email:**    iricopyright@pirkeybarber.com
**Telephone:**    (512)322-5200
**Address:**    1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-707

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Looking Forward to Relief Society Photograph

## Completion/Publication

**Year of Completion:**   2012
**Date of 1st Publication:**   April 01, 2021
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Intellectual Reserve, Inc.
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**   Ryan Miller

**Date**: April 15, 2026
**Applicant's Tracking Number**: IRIC4085CP

---

**Correspondence:**  Yes

**Registration #:** VA0002496662
**Service Request #:** 1-15141131298

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling    **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-662

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

    **Title of Work:**   Rio de Janeiro Temple Photograph

## Completion/Publication

    **Year of Completion:**  2020
  **Date of 1st Publication:**  January 26, 2020
**Nation of 1st Publication:**  United States

## Author

-     **Author:**  The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**  photograph
**Work made for hire:**  Yes
      **Citizen of:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Intellectual Reserve, Inc.
    50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
   **Transfer statement:**  By written agreement

## Rights and Permissions

  **Organization Name:**  Intellectual Reserve, Inc.
        **Name:**  Peter Midgley
      **Email:**  cor-trademarks@churchofjesuschrist.org
    **Address:**  50 E. North Temple Street, Room 564
    Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4086CP

**Registration Number**
# TX 8-302-162
**Effective Date of Registration:**
June 28, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Ensign |
| | **Volume***: 46 |
| | **Number**: 6 |
| | **Date on Copies**: June 2016 |
| | **Frequency of Publication:** Monthly |
| **Previous or Alternate Title:** | The Ensign of The Church of Jesus Christ of Latter-day Saints |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 15, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| **Author Created:** | compilation, contribution(s) to a collective work |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork, photograph(s), text, text, artwork, photos from different sources |
| **New material included in claim:** | artwork, compilation, editing, photograph(s), text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Property Office |

**Address:**   50 East North Temple Street, Fl. 13
Salt Lake City, UT 84150-0013 United States

## Certification

**Name:**   Barry V. Taggart
**Date**:   June 28, 2016
**Applicant's Tracking Number**:   FR#4758

**Registration #:**   VA0002496693
**Service Request #:**   1-15141172091

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**   Special Handling          **Application Date:**   April 15, 2026

## Correspondent

**Organization Name:**   Pirkey Barber PLLC
**Name:**   Ryan James Miller
**Email:**   iricopyright@pirkeybarber.com
**Telephone:**   (512)322-5200
**Address:**   1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

## VA 2-496-693

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

   **Title of Work:**  Photograph from visit to Harare Zimbabwe

## Completion/Publication

   **Year of Completion:**  2018
  **Date of 1st Publication:**  April 18, 2018
  **Nation of 1st Publication:**  United States

## Author

-    **Author:**  Benson Peter Arudo Opiyo
   **Author Created:**  photograph
  **Work made for hire:**  No
   **Citizen of:**  Kenya

## Copyright Claimant

  **Copyright Claimant:**  Intellectual Reserve, Inc.
   50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
  **Transfer statement:**  By written agreement

## Rights and Permissions

  **Organization Name:**  Intellectual Reserve, Inc.
   **Name:**  Peter Midgley
   **Email:**  cor-trademarks@churchofjesuschrist.org
   **Address:**  50 E. North Temple Street, Room 564
   Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4096CP

**Registration #:**  VA0002496649
**Service Request #:**  1-15138722191

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:**  Special Handling    **Application Date:**  April 15, 2026

## Correspondent

**Organization Name:**  Pirkey Barber PLLC
**Name:**  Ryan James Miller
**Email:**  iricopyright@pirkeybarber.com
**Telephone:**  (512)322-5200
**Address:**  1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-649

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**   Casper Wyoming Temple Rendering

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   September 03, 2021
**Nation of 1st Publication:**   United States

## Author

- **Author:**   The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
**Author Created:**   2-D artwork
**Work made for hire:**   Yes
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Intellectual Reserve, Inc.
**Name:**   Peter Midgley
**Email:**   cor-trademarks@churchofjesuschrist.org
**Address:**   50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4082CP

**Registration #:** VA0002496647
**Service Request #:** 1-15138722067

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling      **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-647

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

| | |
|---|---|
| **Title of Work:** | Farmington Utah Meetinghouse Image |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | November 27, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Intellectual Reserve, Inc. |
| | 50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Intellectual Reserve, Inc. |
| **Name:** | Peter Midgley |
| **Email:** | cor-trademarks@churchofjesuschrist.org |
| **Address:** | 50 E. North Temple Street, Room 564 |
| | Salt Lake City, UT 84150 United States |

## Certification

**Name:** Ryan Miller
**Date**: April 15, 2026
**Applicant's Tracking Number**: IRIC4081CP

Page 2 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-943-531

**Effective date of
registration:**

September 25, 2014

## Title

| | |
|---|---|
| **Title of Work:** | The New Era |

**Volume** 42          **Number** 9          **Date on Copies** SEPTEMBER 2012

**Frequency of publication**     Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 15, 2012          **Nation of 1st Publication:** United States

## Author

■          **Author:** Corporation of the President of The Church of Jesus Christ of Latter-day
                         Saints
     **Author Created:** compilation, contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Intellectual Reserve, Inc.

50 East North Temple Street, Fl. 13, Salt Lake City, UT, 84150-0013, United
States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork, photograph(s), text, text, artwork, photos from different sources

**New material included in claim:** artwork, compilation, editing, photograph(s), text, translation

## Rights and Permissions

**Organization Name:** Intellectual Property Office

**Address:** 50 East North Temple Street, Fl. 13

Salt Lake City, UT 84150-0013 United States

## Certification

Page 1 of 2

**Registration #:** VA0002496651
**Service Request #:** 1-15138722215

## Mail Certificate

Intellectual Reserve, Inc.
Peter Midgley
50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

**Priority:** Special Handling        **Application Date:** April 15, 2026

## Correspondent

**Organization Name:** Pirkey Barber PLLC
**Name:** Ryan James Miller
**Email:** iricopyright@pirkeybarber.com
**Telephone:** (512)322-5200
**Address:** 1801 East 6th Street, Suite 300
Austin, TX 78702 United States

**Registration Number**

# VA 2-496-651

**Effective Date of Registration:**
April 15, 2026
**Registration Decision Date:**
April 16, 2026

## Title

**Title of Work:**    Oslo Norway Temple Rendering

## Completion/Publication

**Year of Completion:**    2022
**Date of 1st Publication:**    June 07, 2023
**Nation of 1st Publication:**    United States

## Author

- **Author:**    The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Intellectual Reserve, Inc.
50 E. North Temple Street, Room 564, Salt Lake City, UT, 84150, United States
**Transfer statement:**    By written agreement

## Rights and Permissions

**Organization Name:**    Intellectual Reserve, Inc.
**Name:**    Peter Midgley
**Email:**    cor-trademarks@churchofjesuschrist.org
**Address:**    50 E. North Temple Street, Room 564
Salt Lake City, UT 84150 United States

## Certification

Page 1 of 2

**Name:**  Ryan Miller
**Date**:  April 15, 2026
**Applicant's Tracking Number**:  IRIC4083CP

# EXHIBIT 4

Page 1
Mormon Stories | Explore, Celebrate, and Challenge Mormon Culture
https://www.mormonstories.org/



MORMON STORIES    EPISODES ⌄    TRUTH CLAIMS    RESOURCES    ABOUT    APPLY    FEEDBACK    DONATE ↗

# YOU ARE NOT ALONE

Experience a community where your doubts and questions are valued and understood. We are dedicated to providing a place to explore your faith, share your experiences, and find the support you need during your faith journey.

SEARCH FOR EPISODES ↗

## MOST RECENT EPISODES

SEE THE ENTIRE LIST ↗



The Kirtland Bank Scandal & Joseph Smith – w/ John Turner Pt. 21 | Ep. 2081

WATCH NOW ↗                     November 7, 2025



Nahom – The Strongest Evidence for the Book of Mormon? | LDS Discussions 67 | Ep. 2080

WATCH NOW ↗                     November 5, 2025



Finding Joy After Mormonism w/ Sharon Beesley | Ep. 2079

WATCH NOW ↗                     November 3, 2025



Polygamy or Adultery? Fanny Alger and Joseph Smith – John Turner Pt. 20 | Ep. 2078

WATCH NOW ↗                     October 31, 2025



Was Joseph Smith Credible? w/ Sandra Tanner | LDS Discussions 66 | Ep. 2077

WATCH NOW ↗                     October 29, 2025



Why Young Women are Leaving the Mormon Church – Caroline Barrow | Ep. 2076

WATCH NOW ↗                     October 27, 2025

## OUR TOP EPISODES

SEE THE ENTIRE LIST ↗

Captured by FireShot Pro: 11 November 2025, 13:49:07
https://getfireshot.com





Received the Second Anointing, then Left Mormonism – Tom Phillips (MS Classic) | Ep. 1917

1434: Mormon Influencer Discovers the CES Letter – Haleigh Everts

Donna Showalter: The Faith Crisis of a Former Provo, Utah Relief Society President Ep. 1150-1154

WATCH NOW     July 12, 2024

WATCH NOW    May 27, 2021

WATCH NOW    July 22, 2019




Leah, Cody, and Brinley Young – From Fear Into Joy Ep. Ep. 1044-1047

David Archuleta's Mom Tells Her Mormon Story – Lupe Bartholomew | Ep. 1810

The Excommunication of Mormon Bishop Sam Pinson and his Family in Ammon, Idaho Ep. 1321-1327

WATCH NOW     January 16, 2019

WATCH NOW    September 13, 2023

WATCH NOW    June 9, 2020

MORMON STORIES COMMUNITY

## Join our VIP email list for special news!

Occasionally we send emails that can include: invites to special in-person events, important news, groundbreaking episode releases, and foundation transparency updates, – all with the option to opt out anytime.

First Name *

John

Last Name

Doe

Email Address *

john@doe.com

COUNT ME IN!

# OUR SHOWS







### Joseph Smith Podcast

The church's founder, Joseph Smith, is one of most controversial and beloved Americans of all time. Join this podcast to learn more about Mormonism's founding prophet.</div>

SEE EPISODES

### LDS Discussions

Learn about the history and truth claims of the LDS church, using LDS sources and essays along with historical records

SEE EPISODES

### Second-Class Saints

This series with historian Dr. Matt Harris explores his groundbreaking book about Black Mormons and their struggle for racial equality.

SEE EPISODES

### Sandra Tanner

As one of the most significant figures in modern Mormon history, Sandra shares decades of groundbreaking research and personal stories that have inspired countless truth-seekers.

SEE EPISODES

### John Larsen

John Larsen dives deep into Mormonism's complex issues, off sharp insights and candid discuss

SEE EPISODES

Captured by FireShot Pro: 11 November 2025, 13:49:07
https://getfireshot.com

# WATCH OUR EPISODES BY THEME

ALL EPISODES ↗

| Abuse | → | BYU | → |
| Church History | → | Faith Crisis Stories | → |
| Leaders & General Authorities | → | LGBTQ+ | → |
| Marriage and Family | → | Missionaries | → |
| Race | → | Sexuality | → |

**APPLY TO BE ON THE PODCAST**

## Do you have an interesting Mormon Story to share?

Whether you have navigated faith transitions, have compelling experiences within or outside the LDS community, or possess knowledge that can enlighten and support others, your story is valuable. Apply today to be a guest and contribute to the rich tapestry of narratives that help us explore, understand, and improve the Mormon experience.

**APPLY NOW**





Page 4
Mormon Stories | Explore, Celebrate, and Challenge Mormon Culture
https://www.mormonstories.org/

# SUPPORT
# INFORMED CONSENT

We are dedicated to produce high-quality content that explores diverse perspectives, shares impactful stories, and provides crucial support for those navigating their faith journeys. Join us in our mission to promote informed consent and make a difference today.

DONATE NOW ↗

## MORMON STORIES

| PODCAST EPISODES | TRUTH CLAIM ARTICLES | ABOUT MORMON STORIES | FOLLOW US! |
|---|---|---|---|
| Full interview list | Joseph Smith | The Podcast | |
| Our Top Episodes | The Book of Mormon | John Dehlin – The Host | |
| Faith Crisis Stories | Polygamy | Open Stories Foundation | |
| Church History | Chronology | Donations | |
| | Race & Skin Color | Contact Us | |

© Copyright 2005 - 2025 | Mormon Stories. All rights reserved.

Page 4
Mormon Stories | Explore, Celebrate, and Challenge Mormon Culture
https://www.mormonstories.org/

# EXHIBIT 5

| | |
|---|---|
| **From:** | Intellectual Reserve, Inc. <ip@intellectualreserve.org> |
| **Sent:** | Friday, November 14, 2025 10:00 AM |
| **To:** | openstoriesboard@gmail.com; MormonStories@gmail.com |
| **Subject:** | Use of Church-Owned Trademarks and Copyrighted Materials |

Dear Mr. Dehlin,

I'm reaching out to you regarding trademarks and copyrighted materials used by Open Stories Foundation. My name is ████████, and I manage the Intellectual Property Office of The Church of Jesus Christ of Latter-day Saints. Part of my responsibilities is to help maintain the integrity of trademarks and copyrights owned by the Church.

My office has received questions and comments from the public regarding materials on the "Mormon Stories" website, YouTube page, and other social media pages that feature Church trademarks and copyrights. While the Church respects your right to host a podcast, operate a website, and maintain an online brand, the Church has an obligation to protect its trademarks as unique identifiers to prevent confusion about what is and isn't official Church content.

For example, the "Mormon Stories" name and logo (shown below) incorporate Church trademarks including the word "Mormon" and a "light-rays" design, both of which are registered trademarks of the Church. The headers of your podcast's YouTube and Facebook pages similarly feature the Christus logo at the center of the official Church Symbol, another registered trademark of the Church. Using these trademarks is likely to create confusion among viewers, especially when combined with a color scheme and font that mimic those used by the Church.

      

The "Mormon Stories" website, YouTube page, and other social media pages that are used to promote your business and podcast likewise feature pictures copyrighted by the Church, such as the image of President Russell M. Nelson shown below.



1

Using trademarks and copyrights in this way makes it likely that a person seeing your iconography would reasonably—but wrongly—assume they are viewing Church-affiliated or -sponsored content.

For these reasons, we ask you to agree that you will remove and discontinue use of the Church's trademarks and copyrighted materials on your platforms. The Church respects your right to free speech and has no desire to censor your podcast, website, or social media accounts in any way. Our request is that you update elements of your branding to ensure viewers can distinguish your content from Church content.

This request is consistent with the Church's response to trademark infringement. Our first step when we address an infringement, whether by a Church member or not, is typically to notify the individual and give them the opportunity to make the necessary adjustments.

The Church appreciates the fact that making the necessary changes in an orderly manner may require some time, and we are willing to work with you to minimize the impact to your business.

Please feel free to contact me if you have any questions. Please let me have your response within the next 10 days.

Sincerely,

Intellectual Reserve, Inc.
50 E. North Temple Street
Salt Lake City, UT 84150-0005
ip@intellectualreserve.org

2