# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole,<br><br>          Plaintiffs,<br><br> v.<br><br>Open Stories Foundation, an Arizona Non-Profit Corporation, and John P. Dehlin, an individual,<br><br>          Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>Case No: 2:26-cv-00321-JCB<br>Magistrate Judge Jared C. Bennett |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of <u>Tyson D. Smith</u>. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.


DATED this \_\_\_\_ day of _____, 2026.


                         BY THE COURT:


                         _____
                         U.S. District Court Magistrate Judge