David J. Jordan (UT Bar No. 1751)
djordan@foley.com
David L. Mortensen (UT Bar No. 8242)
dmortensen@foley.com
Euigin Kim Pace (UT Bar No. 19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900

Attorneys for Plaintiffs

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole,<br><br>    Plaintiffs,<br>v.<br><br>Open Stories Foundation, an Arizona Non-Profit Corporation and John P. Dehlin, an individual,<br><br>    Defendants. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-cv-00321-JCB<br><br>Magistrate Judge Jared C Bennett |

I move for the pro hac vice admission of Ryan J. Miller (Applicant) as counsel for Plaintiffs Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: April 20, 2026

Respectfully submitted,

FOLEY & LARDNER LLP


/s/ David J. Jordan
David J. Jordan
David L. Mortensen
Euigin K. Pace

*Attorneys for Plaintiffs Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints*