

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | David J. Jordan |
| Firm: | FOLEY & LARDNER LLP |
| Address: | 95 S. State Street, Suite 2500 |
| | Salt Lake City, UT 84111 |
| | |
| Telephone: | (801) 401-8900 |
| Email: | djordan@foley.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Ryan J. Miller |
| Firm: | PIRKEY BARBER PLLC |
| Address: | 1801 East 6th Street, Suite 300 |
| | Austin, TX |
| | 78702 |
| Telephone: | (512) 322-5200 |
| Email: | rmiller@pirkeybarber.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State Bar of Texas | 24131514 | October 12, 2022 |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

| |
|---|
| |

|  |
|---|
|  |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| NONE |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

Not applicable.

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice in this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ Ryan J. Miller*
Signature

_April 20, 2026_
Date