# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Intellectual Reserve, Inc. and The Church of Latter-day Saints, a Utah Corporation Sole,<br><br>            Plaintiffs,<br><br> v.<br><br>Open Stories Foundation, an Arizona Non-Profit Corporation, and John P. Dehlin, an individual,<br><br>            Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>Case No: 2:26-cv-00321-JCB<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of <u>Ryan J. Miller</u>. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of April, 2026.

BY THE COURT:

_____
U.S. District Court Magistrate Judge