**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **INTELLECTUAL RESERVE, INC., a Utah non-profit corporation; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,**<br><br>     **Plaintiffs,**<br><br>**v.**<br><br>**OPEN STORIES FOUNDATION, an Arizona non-profit corporation; and JOHN P. DEHLIN, an individual,**<br><br>     **Defendants.** | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**<br><br><br><br>**Case No. 2:26-cv-00321-JCB**<br><br><br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiffs' motion for pro hac vice admission of Ryan J. Miller.[1] Based upon the motion's compliance with DUCivR 83-1.1(c), the court GRANTS the motion.

IT IS SO ORDERED.

DATED this 21st day of April 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 9.