David J. Jordan (#1751)
djordan@foley.com
David L. Mortensen (#8342)
dmortensen@foley.com
Euigin Kim Pace (#19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
Telephone: (801) 401-8900

Tyson D. Smith (TX Bar #24079362) (Admitted *Pro Hac Vice*)
tsmith@pirkeybarber.com
Stephen P. Meleen (TX Bar #00795776) (Admitted *Pro Hac Vice*)
smeleen@pirkeybarber.com
Ryan J. Miller (TX Bar #24131514) (Admitted *Pro Hac Vice*)
rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200

*Attorneys for Intellectual Property Reserve, Inc. and*
        *The Church of Jesus Christ of Latter-day Saints*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, | **ACCEPTANCE OF SERVICE OF COMPLAINT AND SUMMONS** |
| Plaintiffs, | Civil Action No. 2:26-cv-00321 |
| v. | |
| OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; and JOHN P. DEHLIN, an individual | Magistrate Judge Jared C. Bennett |
| Defendants. | |

1

4928-2060-4324.1

The undersigned, Mark Miller, as counsel for defendants Open Stories Foundation and John P. Dehlin (collectively, the "Defendants"), confirms that he has authority to, and does hereby waive formal service of process and accepts service of the Complaint and Summonses in the above-referenced action as if the same had been fully and properly served on Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. Defendants hereby waive any objections or defenses based on any defect in the Summons or in service of the Summons, but reserve and retain all other rights, claims, objections or defenses to the lawsuit. The Parties agree that Defendants shall have 60 days, or until June 22, 2026, to respond to the Complaint.

DATED: April 24, 2026.

FOLEY & LARDNER LLP

*/s/ Mark Miller (with permission)*
Mark Miller

*Attorney for Defendants*

4928-2060-4324.1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| INTELLECTUAL RESEERVE, INC., a Utah Non-Profit Corporation, and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 2:26-cv-00321-JCB |
| OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation, JOHN P. DEHLIN, an individual | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Open Stories Foundation
c/o John P. Dehlin 1828
Gunderson Lane
Holladay, UT  84124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Jordan
David L. Mortensen
Euigin K. Pace
FOLEY & LARDNER, LLP 95
S. State Street, Suite 2500
Salt Lake City, UT  84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar

*CLERK OF COURT*

Date:  4/22/2026



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00321JCB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: