**UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

FILED
2026 MAY 11 1:28 PM
CLERK
U.S. DISTRICT COURT

## UNREPRESENTED PARTY CONTACT INFORMATION UPDATE

Contact Information has changed and must be updated in the court's systems.

David Taylor
**Name**

159 Ulmer Road
**Mailing Address**

Kooskia, ID, 83539
**City, State, Zip Code**

208-451-5062
**Telephone**

chiefmidegah@pembinachippewa.org
**Primary email address (mandatory)**

ames78@icloud.com
**Secondary email address (optional):**

- **Case Number(s) *Use additional space below if necessary.**

2:26-cv-00321
2:26-cv-00321
2:26-cv-00321
2:26-cv-00321
2:26-cv-00321
2:26-cv-00321
2:26-cv-00321
2:26-cv-00321

**Date:** 5/11/2026     **Signature:** _____

Please call the clerk's office at 801-524-6100 if you have questions concerning email filing and notification.

*Additional Case Numbers, if applicable: