David J. Jordan (1751)
djordan@foley.com
David L. Mortensen (8242)
dmortensen@foley.com
Euigin Kim Pace (UT Bar No. 19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900


Tyson D. Smith (TX Bar #24079362) (*Pro Hac Vice*)
tsmith@pirkeybarber.com
Stephen P. Meleen (TX Bar #00795776) (*Pro Hac Vice*)
smeleen@pirkeybarber.com
Ryan J. Miller (TX Bar #24131514) (*Pro Hac Vice*)
rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200

*Attorneys for Intellectual Property Reserve, Inc. and*
  *The Church of Jesus Christ of Latter-day Saints*


# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH


| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,<br><br>               Plaintiffs,<br><br>v.<br><br>OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,<br><br>               Defendants. | **UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT RESPONSE IN OPPOSITION TO MOTION TO INTERVENE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Civil Action No. 2:26-cv-00321<br><br>The Honorable Judge Jared C. Bennett |

Plaintiffs Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints (together the "Church") respectfully move the Court to extend their deadline to file their response in opposition to non-party David Scott Taylor's Motion to Intervene or, in the Alternative, for Leave to File Amicus Curiae Brief (Dkt. No. 17) (the "Motion to Intervene") from May 22, 2026, to May 29, 2026. Counsel for the Church conferred with counsel for the Defendants Open Stories Foundation and John P. Dehlin (collectively, the "Defendants"), and the Defendants do not oppose the requested extension.

Good cause exists for the requested extension. The Church requires additional time to review the proposed intervenor's claimed interest in the litigation and appropriately brief the Motion to Intervene. Thus, the Church respectfully requests that the Court extend the Church's deadline to file their response in opposition to the Motion to Intervene from May 22, 2026, to May 29, 2026. Pursuant to DUCivR7-1(e), a proposed order is attached hereto as Exhibit A and will be emailed to chambers as a Word Document.

DATED: May 22, 2026

FOLEY & LARDNER LLP

  /s/ David J. Jordan
David J. Jordan
David L. Mortensen
Euigin Kim Pace

Tyson D. Smith (*Pro Hac Vice*)
Stephen P. Meleen (*Pro Hac Vice*)
Ryan J. Miller (*Pro Hac Vice*)

*Attorneys for Plaintiffs Intellectual Property Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints*

1

# Exhibit A

David J. Jordan (1751)
djordan@foley.com
David L. Mortensen (8242)
dmortensen@foley.com
Euigin Kim Pace (UT Bar No. 19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900


Tyson D. Smith (TX Bar #24079362) (*Pro Hac Vice*)
tsmith@pirkeybarber.com
Stephen P. Meleen (TX Bar #00795776) (*Pro Hac Vice*)
smeleen@pirkeybarber.com
Ryan J. Miller (TX Bar #24131514) (*Pro Hac Vice*)
rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200

*Attorneys for Intellectual Property Reserve, Inc. and
The Church of Jesus Christ of Latter-day Saints*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,<br><br>Plaintiffs,<br><br>v.<br><br>OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT RESPONSE IN OPPOSITION TO MOTION TO INTERVENE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Civil Action No. 2:26-cv-00321<br><br>The Honorable Judge Jared C. Bennett |

Having considered Plaintiffs Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints (together the "Church") Unopposed Motion to Extend Deadline to Submit Response in Opposition to non-party David Scott Taylor's Motion to Intervene or, in the Alternative, for Leave to File Amicus Curiae Brief (Dkt. No. 17) (the "Motion to Intervene"), and for good cause shown, the Court hereby grants the Unopposed Motion and orders that the deadline for the Church to file its response in opposition to the Motion to Intervene be extended from May 22, 2026, to May 29, 2026.

IT IS SO ORDERED.

DATED this ___ day of _____, 2026.

BY THE COURT

_____