## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,** | **ORDER** |
| **Plaintiffs,** | |
| **v.** | **Case No. 2:26-cv-00321-JCB** |
| **OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,** | |
| **Defendants.** | **Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiffs Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints' ("Plaintiffs") unopposed motion to extend Plaintiffs' deadline to respond to a non-party's motion to intervene.[1] Based upon the parties' stipulation, and for good cause shown, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the deadline for Plaintiffs to respond to the motion to intervene[2] is extended to May 29, 2026.

---

[1] ECF No. 22.

[2] ECF No. 17.

IT IS SO ORDERED.

DATED this 26th day of May 2026.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

2