Olivia McQuarrie (#19621)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
mcquarrie.olivia@dorsey.com

*Counsel for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,<br><br>    Plaintiffs,<br><br>vs.<br><br>OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:26-cv-00321<br><br>Judge Magistrate Judge Jared C. Bennett |

PLEASE TAKE NOTICE that Olivia McQuarrie of the law firm Dorsey & Whitney LLP

hereby enters her appearance in the above-captioned case on behalf of Defendants Open Stories

Foundation and John P. Dehlin.  All documents, correspondence, court pleadings, papers and

other materials relevant to this action should be directed to:

Olivia McQuarrie
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
mcquarrie.olivia@dorsey.com

DATED this 9th day of June, 2026.          DORSEY & WHITNEY LLP


By:  /s/ *Olivia McQuarrie*
Olivia McQuarrie
*Counsel for Defendants*