# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,**<br><br>    **Defendants.** | **ORDER DENYING MOTION FOR PRO HAC VICE ADMISSION**<br><br><br>**Case No. 2:26-cv-00321-RJS-JCB**<br><br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is Defendants Open Stories Foundation and John P. Dehlin's counsel's motion for pro hac vice admission of J. Michael Keyes.[1] The application for pro hac vice admission attached to the motion is incomplete.[2] As the motion does not comply with DUCivR 83-1.1(c), the court DENIES the motion without prejudice. Counsel may refile a motion seeking pro hac vice admission that contains a completed application.

---

[1] ECF No. 32.

[2] ECF No. 32-1.

IT IS SO ORDERED.

DATED this 11th day of June 2026.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge