# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,<br><br>Plaintiffs,<br><br>v.<br><br>OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,<br><br>Defendants. | ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION<br><br><br><br>Case No. 2:26-cv-00321-RJS-JCB<br><br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Defendants Open Stories Foundation and John P. Dehlin's counsel's motion for pro hac vice admission of J. Michael Keyes.[1] Based upon the motion's compliance with DUCivR 83-1.1(c), the court GRANTS the motion.

IT IS SO ORDERED.

DATED this 12th day of June 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 38.