# EXHIBIT A

**NATIONAL MEDIA FEATUREING DEHLIN & MORMON STORIES PODCAST**

1. “Some Mormons Worry as Faith Comes Under Scrutiny”, *Good Morning America*, June 19, 2007; https://abcnews.com/GMA/Politics/story?id=3293303&page=1
2. “Mormon, ‘Happily Married’ and Gay.”, *ABC Nightline*, July 19, 2012; https://www.youtube.com/watch?v=iaxrN1IUDYA
3. “Some Mormons Search the Web and Find Doubt”, *The New York Times*, July 20, 2013; https://www.nytimes.com/2013/07/21/us/some-mormons-search-the-web-and-find-doubt.html
4. “The ally within”, *TEDx Talks*, Nov. 20, 2013; https://www.youtube.com/watch?v=0MxCXjfAunk
5. “‘Podcaster Risks Excommunication For Defending Gay Mormons”, *NPR*, June 27, 2014; https://www.npr.org/2014/06/27/326200195/podcaster-risks-excommunication-for-defendinggay-mormons
6. “Two Mormons Threatened with Excommunication”, *ABC’s Good Morning America,* June 13, 2014; https://abcnews.com/video/24121034/
7. “Mormon Podcaster John Dehlin in Limbo Over Excommunication”, *NBC News*, June 30, 2014; https://www.nbcnews.com/news/us-news/mormon-podcaster-john-dehlin-limbo-overexcommunication-n144411
8. “The End of the ‘Mormon Moment’”, *The New York Times*, July 14, 2014; https://www.nytimes.com/2014/07/15/opinion/the-end-of-the-mormon-moment.html
9. “Mormon Church Threatens Critic With Excommunication”, *The New York Times*, Jan. 15, 2015; https://www.nytimes.com/2015/01/16/us/john-dehlin-mormon-critic-facing-excommunication.html
10. “‘Mormon Stories’ Podcast Founder Contemplates Excommunication”, *NPR*, Feb. 1, 2015); https://www.npr.org/2015/02/01/382876946/mormon-stories-podcast-foundercontemplates-excommunication
11. “Mormon church excommunicates popular podcaster”, *CNN*, Feb. 1, 2015; https://www.cnn.com/2015/02/10/living/mormon-podcaster-excommunicated
12. “John Dehlin, Popular Mormon Podcaster, Excommunicated by Church”, *NBC News*, Feb. 10, 2015; https://www.nbcnews.com/news/us-news/john-dehlin-popular-mormon-podcasterexcommunicated-church-n303656
13. “Mormon critic John Dehlin is excommunicated for ‘apostasy’”, *The Washington Post*, Feb. 10, 2015; https://www.washingtonpost.com/national/religion/mormon-critic-john-

dehlin-isexcommunicated-for-apostasy/2015/02/10/e26fea7a-b16a-11e4-bf39-5560f3918d4b_story.html

14. "Church Responds to John Dehlin's Public Comments", *Newsroom The Church of Jesus Christ of Latter-day Saints*, Feb. 10, 2016; https://newsroom.churchofjesuschrist.org/article/church-responds-to-john-dehlins-public-comments

15. "Mormon Church Expels Outspoken Critic", *The New York Times*, Feb. 11, 2015; https://www.nytimes.com/2015/02/11/us/mormon-church-expels-critic-for-apostasy.html

16. *Believer*, HBO Documentary, 2015.

17. "Mormon Church Reaches Out to Gay Community Through Website", *Wall Street Journal*, Oct. 26, 2016; https://www.wsj.com/articles/mormon-church-reaches-out-to-gay-community-through-website-1477494297

18. "Some LGBT Mormons Feel Like Outsiders In Their Own Church", *HBO/Vice News*, Jan. 4, 2018; https://www.vice.com/en/article/some-lgbt-mormons-feel-like-outsiders-in-their-own-church/

19. IMPACT x Nightline: "Ruby Franke: A Momfluencer's Double Life?", *ABC News*, 2023

20. "Can Mormons and Ex Mormons See Eye to Eye?", *Jubilee's "Middle Ground,"* YouTube, Feb. 4, 2024 (1.7 million views); https://www.youtube.com/watch?v=Run1f29po8g&rco=1

21. "How the Mormon Church Made $293 Billion", Johnny Harris, YouTube, Sept. 13, 2025 (3.4 million views); https://www.youtube.com/watch?v=23owsv-R0fs

22. "Ruby & Jodi: A Cult of Sin and Influence", *Discovery ID/HBO*, 2025.

23. "Surviving Mormonism with Heather Gay", *Peacock*, 2025.