# EXHIBIT C

**Miller, Mark**

| | |
|---|---|
| **From:** | OSF Staff <staff@openstoriesfoundation.org> |
| **Sent:** | Wednesday, March 25, 2026 4:02 PM |
| **To:** | Intellectual Reserve, Inc. |
| **Cc:** | Miller, Mark; Clint Martin; Jenifer Tomchak; Margi Dehlin |
| **Subject:** | Update on Mormon Stories & the "Use of Church-Owned Trademarks and Copyrighted Materials" Claims |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Dear Brother Taggart & Intellectual Reserve Inc.,

As you know, despite our strong disagreement with the allegations raised in your original emails to us, we immediately responded in good faith and attempted to work cooperatively with you to address every reasonable concern. We provided you with a spreadsheet to enumerate every change you wanted us to make, which you declined. And while we did not see a need for mediation, in the spirit of cooperation we voluntarily engaged in two full days of mediation to better understand your concerns, and to explore ways to address them within reason.

Although no formal agreement was finalized via mediation, we do feel like mediation was relatively productive. As a courtesy to you, we would like to list the changes that we have made either in response to your original emails, or as a result of mediation:

- We have changed the background color of the MORMON STORIES logo;
- We have removed images from our social media banners that were deemed too similar to The Church's light rays and/or Christus trademark logos, or that were images revealed to be copyrighted by The Church;
- We re-created and replaced several years worth of YouTube thumbnail images that were identified as containing images possibly copyrighted by The Church;
- We again invited your side to enumerate any other specific usages of concern;
- We included your requested disclaimer language in the description of the podcast on all platforms;
- We made my name (Dr. John Dehlin) more prominent in the podcast description to help ensure people do not consider Mormon Stories to be an LDS Church sponsored, produced, or affiliated podcast.

Although the mediation has concluded for now, we intend to move forward with these changes remaining in place and do not see the need for any formal written agreement. We believe our changes go above and beyond what the law could require from us. We also believe that these changes are more than adequate to address any reasonable concerns you have conveyed. To be clear, we do not believe there is any merit to the trademark and copyright claims that have been raised over the past few months. But we made these changes in the spirit of cooperation and good faith, and we sincerely hope that you find them satisfactory. In view of the foregoing, we consider the matter resolved.

If any such issues arise in the future, we sincerely welcome *prompt* notification so that we can address them immediately (as appropriate) to avoid future confusion, headaches, and/or expense on either of our parts. We sincerely have no desire to violate any owndership rights, nor to confuse

anyone about who we are, and what we are trying to accomplish.

Sincere and Warmest Regards,

John Dehlin & the Open Stories Foundation Board

--

=====================================================
John Dehlin, Ph.D.
**Host of Mormon Stories Podcast**
CEO, OPEN STORIES FOUNDATION
=====================================================