David J. Jordan (1751)
djordan@foley.com
David L. Mortensen (8242)
dmortensen@foley.com
Timothy V. Hansen (18008)
tim.hansen@foley.com
Euigin Kim Pace (19644)
gpace@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900

Tyson D. Smith (TX Bar #24079362) (*Pro Hac Vice*)
tsmith@pirkeybarber.com
Stephen P. Meleen (TX Bar #00795776) (*Pro Hac Vice*)
smeleen@pirkeybarber.com
Ryan J. Miller (TX Bar #24131514) (*Pro Hac Vice*)
rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200

*Attorneys for Intellectual Property Reserve, Inc.*
*and The Church of Jesus Christ of Latter-day Saints*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole, <br><br> Plaintiffs, <br><br> v. <br><br> OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual, <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Civil Action No. 2:26-cv-00321 <br><br> The Honorable Judge Robert J. Shelby |

1

PLEASE TAKE NOTICE that Timothy V. Hansen of Foley & Lardner LLP hereby appears as counsel for Intellectual Property Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints in the above-captioned action and requests all further notices, inquiries, and copies of pleadings, papers, or other materials relevant to this action be directed and served upon the following:

> Timothy V. Hansen (18008)
> FOLEY & LARDNER LLP
> 95 South State Street, Suite 2500
> Salt Lake City, UT 84111
> Telephone: (801) 401-8900
> tim.hansen@foley.com

DATED: June 25, 2026

FOLEY & LARDNER LLP

*/s/ Timothy V. Hansen*
David J. Jordan
David L. Mortensen
Timothy V. Hansen
Euigin Kim Pace

*Attorneys for Attorneys for Intellectual Property Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints*