| | |
|---|---|
| INTELLECTUAL RESERVE, INC., and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OPEN STORIES FOUNDATION, and JOHN P. DEHLIN,<br><br>　　　　Defendants. | **ORDER**<br><br>Case No. 2:26-cv-00321-RJS-JCB<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to the parties' Stipulated Motion to Extend Briefing Schedule,[1] and good cause appearing therein, the court GRANTS the Motion.[2]

IT IS HEREBY ORDERED the parties shall have up to the following deadlines to file their respective answer to Defendants' Counterclaims,[3] response to Defendants' Motion to Dismiss,[4] and reply in support of the Motion to Dismiss.[5]

| | Original Date | Amended Date |
|---|---|---|
| Deadline for Plaintiffs' Answer or Otherwise Respond to Defendants' Counterclaims: | 07/13/2026 | 08/28/2026 |
| Deadline for Plaintiffs' Response to Defendants' Motion to Dismiss | 07/20/2026 | 08/28/2026 |

---

[1] Dkt. 45, *Stipulated and Joint Motion to Extend the Time for (1) the Church to Respond to Defendants' Counterclaims; (2) the Church to Respond Defendants' Motion to Dismiss; and (3) Defendants to File a Reply in Support of their Motion to Dismiss*.

[2] Dkt. 45.

[3] Dkt. 42, *Answer and Counterclaims to Complaint for Trademark Infringement and Copyright Infringement*.

[4] Dkt. 41, *Motion to Dismiss*.

[5] *Id.*

| | | |
|---|---|---|
| Deadline for Defendants' Reply in Support of their Motion to Dismiss | 14 days after Plaintiffs' Response | 30 days after Plaintiffs' Response |

SO ORDERED this 29th day of June, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

2