## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **INTELLECTUAL RESERVE, INC., a Utah Non-Profit Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole,**<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**OPEN STORIES FOUNDATION, an Arizona Non-Profit Corporation; JOHN P. DEHLIN, an individual,**<br><br>        **Defendants.** | **ORDER**<br><br><br><br>**Case No. 2:26-cv-00321-RJS-JCB**<br><br><br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to amend the order to propose schedule.[2] Based upon the parties' stipulation, and for good cause shown, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

(1) The parties shall hold their planning conference under Fed. R. Civ. P. 26(f) in accordance with the direction provided in paragraph 2 of the order to propose schedule[3] within 14 days after the court issues its order resolving Defendants' motion to dismiss.[4]

---

[1] ECF No. 28.

[2] ECF No. 52.

[3] ECF No. 6.

[4] ECF No. 41.

(2) The parties shall comply with the requirements of paragraph 3 of the order to propose schedule within 28 days after the court issues its order resolving Defendants' motion to dismiss.

IT IS SO ORDERED.

DATED this 27th day of July 2026.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

2