**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| INTELLECTUAL RESERVE, INC., a Utah non-profit corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>    Plaintiffs,<br><br>v.<br><br>OPEN STORIES FOUNDATION, an Arizona non-profit corporation; JOHN P. DEHLIN, an individual,<br><br>    Defendants. | Case No. 2:26-CV-00321<br><br>**[PROPOSED] ORDER GRANTING THE AMERICAN CIVIL LIBERTIES UNION OF UTAH LEAVE TO PARTICIPATE AS *AMICUS CURIAE*** |

Pursuant to Local Rule 7-6(b) this Court hereby **GRANTS** ACLU of Utah's Unopposed Motion for Leave to Participate as *Amicus Curiae* (ECF No.    ). ACLU of Utah is ordered to file its memorandum with this Court within three days.

    SO ORDERED.


    Dated:

 

**Honorable Judge Robert Shelby**
United States District Judge