Mark R. Gaylord (#05073)
Jacqueline Mabatah (#17265)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
gaylord@ballardspahr.com
mabatahj@ballardspahr.com

*Attorneys for Prospective Amicus Curiae*
*Electronic Frontier Foundation*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DIVISION, DISTRICT OF UTAH**

| | |
|---|---|
| **INTELLECTUAL RESERVE, INC., a Utah non-profit corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**OPEN STORIES FOUNDATION, an Arizona non-profit corporation; JOHN P. DEHLIN, an individual,**<br><br>**Defendants.** | **ORDER GRANTING ELECTRONIC FRONTIER FOUNDATION'S UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' OPEN STORIES FOUNDATION AND JOHN P. DEHLIN'S MOTION TO DISMISS**<br><br>**Case No.: 2:26-CV-00321**<br><br>**Judge Robert J. Shelby**<br>**Magistrate Judge Jared C. Bennett** |

Before the Court is Electronic Frontier Foundation's Unopposed Motion for Leave to File Amicus Curiae Brief in Support of Defendants' Open Stories Foundation and John P. Dehlin's Motion to Dismiss (the "Motion"). The Court, having reviewed the Motion and for good cause appearing, hereby GRANTS the Motion.

It is hereby ORDERED that Electronic Frontier Foundation shall file its amicus brief attached as Exhibit A to the Motion within three (3) days of entry of this Order.

SO ORDERED.

Dated: August 7, 2026

____________________________________

Honorable Judge Robert J. Shelby
United States District Judge