# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **INTELLECTUAL RESERVE, INC., a Utah non-profit corporation; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**OPEN STORIES FOUNDATION, an Arizona non-profit corporation; and JOHN P. DEHLIN, an individual,**<br><br>**Defendants.** | **ORDER**<br><br><br>**Case No. 2:26-cv-00321-RJS-JCB**<br><br><br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is non-party American Civil Liberties Union of Utah Foundation's ("ACLU of Utah") unopposed motion for leave to participate as amicus curiae in this case and file an amicus curiae brief.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1.    ACLU of Utah may participate as amicus curiae in this case and file an amicus
curiae brief.

---

[1] ECF No. 28.

[2] ECF No. 65.

2.      ACLU of Utah must file its amicus curiae brief on or before August 14, 2026.

IT IS SO ORDERED.

DATED this 10th day of August 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge