# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **INTELLECTUAL RESERVE, INC., a Utah non-profit corporation; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,** | **ORDER** |
| **Plaintiffs,** | **Case No. 2:26-cv-00321-RJS-JCB** |
| **v.** | |
| **OPEN STORIES FOUNDATION, an Arizona non-profit corporation; and JOHN P. DEHLIN, an individual,** | **District Judge Robert J. Shelby** |
| **Defendants.** | **Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is non-party Electronic Frontier Foundation's ("EFF") unopposed motion for leave to file an amicus curiae brief in support of Defendants' motion to dismiss.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1.      EFF may file an amicus curiae brief in support of Defendants' motion to dismiss.

2.      EFF must file its amicus curiae brief on or before August 14, 2026.

---

[1] ECF No. 28.

[2] ECF No. 66.

IT IS SO ORDERED.

DATED this 10th day of August 2026.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge