# EXHIBIT A

| | Podcast Name | Registered Trademark | U.S. Trademark Registration No. | Podcast Link | TSDR Link |
|---|---|---|---|---|---|
| 1 | Crime Junkie | CRIME JUNKIE | 6603538 | https://podcasts.apple.com/us/podcast/crime-junkie/id1322200189 | https://tsdr.uspto.gov/#caseNumber=6603538&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 2 | The Joe Rogan Experience | THE JOE ROGAN EXPERIENCE | 6441695 | https://podcasts.apple.com/us/podcast/the-joe-rogan-experience/id360084272 | https://tsdr.uspto.gov/#caseNumber=6441695&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 3 | Pod Save America | POD SAVE AMERICA | 5402998 | https://podcasts.apple.com/us/podcast/pod-save-america/id1192761536 | https://tsdr.uspto.gov/#caseNumber=5402998&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 4 | Up First from NPR | UP FIRST | 6053654 | https://podcasts.apple.com/us/podcast/up-first-from-npr/id1222114325 | https://tsdr.uspto.gov/#caseNumber=6053654&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 5 | Pardon My Take | PARDON MY TAKE | 5156241 | https://podcasts.apple.com/us/podcast/pardon-my-take/id1089022756 | https://tsdr.uspto.gov/#caseNumber=5156241&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 6 | Morbid | MORBID | 7087888 | https://podcasts.apple.com/us/podcast/morbid/id1379959217 | https://tsdr.uspto.gov/#caseNumber=7087888&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 7 | REAL AF with Andy Frisella | REAL AF | 7176005 | https://podcasts.apple.com/us/podcast/real-af-with-andy-frisella/id840608537 | https://tsdr.uspto.gov/#caseNumber=7176005&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 8 | The Shawn Ryan Show | THE SHAWN RYAN SHOW | 7371172 | https://podcasts.apple.com/us/podcast/the-shawn-ryan-show/id1492492083 | https://tsdr.uspto.gov/#caseNumber=7371172&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 9 | 48 Hours | 48 HOURS | 5448642 | https://podcasts.apple.com/us/podcast/48-hours/id965818306 | https://tsdr.uspto.gov/#caseNumber=5448642&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 10 | Unblinded with Sean Callagy | UNBLINDED | 6662169 | https://podcasts.apple.com/us/podcast/unblinded-with-sean-callagy/id1844970260 | https://tsdr.uspto.gov/#caseNumber=6662169&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 11 | Good Hang with Amy Poehler | GOOD HANG WITH AMY POEHLER | 99088734 | https://podcasts.apple.com/us/podcast/good-hang-with-amy-poehler/id1795483480 | https://tsdr.uspto.gov/#caseNumber=99088734&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 12 | Young and Profiting with Hala Taha (Entrepreneurship, Sales, Marketing) | YOUNG AND PROFITING | 6803725 | https://podcasts.apple.com/us/podcast/young-and-profiting-with-hala-taha-entrepreneurship/id1368888880 | https://tsdr.uspto.gov/#caseNumber=6803725&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 13 | Proven Podcast | PROVEN PODCAST | 7959836 | https://podcasts.apple.com/us/podcast/proven-podcast/id1744386875 | https://tsdr.uspto.gov/#caseNumber=7959836&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 14 | The Mel Robbins Podcast | THE MEL ROBBINS PODCAST | 7450939 | https://podcasts.apple.com/us/podcast/the-mel-robbins-podcast/id1646101002 | https://tsdr.uspto.gov/#caseNumber=7450939&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 15 | The Rest Is History | THE REST IS HISTORY | 98663080 | https://podcasts.apple.com/us/podcast/the-rest-is-history/id1537788786 | https://tsdr.uspto.gov/#caseNumber=98663080&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 16 | My Favorite Murder with Karen Kilgariff and Georgia Hardstark | MY FAVORITE MURDER | 6010987 | https://podcasts.apple.com/us/podcast/my-favorite-murder-with-karen-kilgariff-and/id1074507850 | https://tsdr.uspto.gov/#caseNumber=6010987&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 17 | MrBallen Podcast: Strange, Dark & Mysterious Stories | MRBALLEN PODCAST STRANGE DARK MYSTERIOUS and Design | 7711419 | https://podcasts.apple.com/us/podcast/mrballen-podcast-strange-dark-mysterious-stories/id1608813794 | https://tsdr.uspto.gov/#caseNumber=7711419&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 18 | The Ramsey Show | THE RAMSEY SHOW | 8191810 | https://podcasts.apple.com/us/podcast/the-ramsey-show/id77001367 | https://tsdr.uspto.gov/#caseNumber=8191810&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |

| | | | | | |
|---|---|---|---|---|---|
| 19 | The Toast | THE TOAST | 7873918 | https://podcasts.apple.com/us/podcast/the-toast/id1368081567 | https://tsdr.uspto.gov/#caseNumber=7873918&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 20 | Stuff You Should Know | STUFF YOU SHOULD KNOW | 7234057 | https://podcasts.apple.com/us/podcast/stuff-you-should-know/id278981407 | https://tsdr.uspto.gov/#caseNumber=7234057&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 21 | The Bible in a Year (with Fr. Mike Schmitz) | THE BIBLE IN A YEAR (WITH FR. MIKE SCHMITZ) | 7390147 | https://podcasts.apple.com/us/podcast/the-bible-in-a-year-with-fr-mike-schmitz/id1539568321 | https://tsdr.uspto.gov/#caseNumber=7390147&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 22 | Passion Struck with John R. Miles | PASSION STRUCK | 6369113 | https://podcasts.apple.com/us/podcast/passion-struck-with-john-r-miles/id1553279283 | https://tsdr.uspto.gov/#caseNumber=6369113&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 23 | Fantasy Footballers - Fantasy Football Podcast | FANTASY FOOTBALLERS | 4943334 | https://podcasts.apple.com/us/podcast/fantasy-footballers-fantasy-football-podcast/id917453719 | https://tsdr.uspto.gov/#caseNumber=4943334&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 24 | The Bulwark Daily | THE BULWARK | 99610828 | https://podcasts.apple.com/us/podcast/the-bulwark-daily/id1447684472 | https://tsdr.uspto.gov/#caseNumber=99610828&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 25 | The Diary Of A CEO with Steven Bartlett | THE DIARY OF A CEO | 7390561 | https://podcasts.apple.com/us/podcast/the-diary-of-a-ceo-with-steven-bartlett/id1291423644 | https://tsdr.uspto.gov/#caseNumber=7390561&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 26 | The Ben Shapiro Show | THE BEN SHAPIRO SHOW | 90177315 | https://podcasts.apple.com/us/podcast/the-ben-shapiro-show/id1047335260 | https://tsdr.uspto.gov/#caseNumber=90177315&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 27 | SmartLess | SMARTLESS | 7310681 | https://podcasts.apple.com/us/podcast/smartless/id1521578868 | https://tsdr.uspto.gov/#caseNumber=7310681&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 28 | Sword and Scale | SWORD AND SCALE | 6415056 | https://podcasts.apple.com/us/podcast/sword-and-scale/id790487079 | https://tsdr.uspto.gov/#caseNumber=6415056&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 29 | This Past Weekend w/ Theo Von | THIS PAST WEEKEND WITH THEO VON | 99580210 | https://podcasts.apple.com/us/podcast/this-past-weekend-w-theo-von/id1190981360 | https://tsdr.uspto.gov/#caseNumber=99580210&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 30 | Morning Wire | MORNING WIRE | 7176952 | https://podcasts.apple.com/us/podcast/morning-wire/id1576594336 | https://tsdr.uspto.gov/#caseNumber=7176952&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 31 | The Bill Simmons Podcast | THE BILL SIMMONS PODCAST | 4996444 | https://podcasts.apple.com/us/podcast/the-bill-simmons-podcast/id1043699613 | https://tsdr.uspto.gov/#caseNumber=4996444&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 32 | The MeidasTouch Podcast | MEIDASTOUCH | 7069492 | https://podcasts.apple.com/us/podcast/the-meidastouch-podcast/id1510240831 | https://tsdr.uspto.gov/#caseNumber=7069492&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 33 | Pivot | PIVOT | 5944216 | https://podcasts.apple.com/us/podcast/pivot/id1073226719 | https://tsdr.uspto.gov/#caseNumber=5944216&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 34 | 3 Takeaways™ | 3 TAKEAWAYS | 99589507 | https://podcasts.apple.com/us/podcast/3-takeaways/id1526080983 | https://tsdr.uspto.gov/#caseNumber=99589507&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 35 | NPR News Now | NPR NEWS NOW and Design | 5458006 | https://podcasts.apple.com/us/podcast/npr-news-now/id121493675 | https://tsdr.uspto.gov/#caseNumber=5458006&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 36 | Huberman Lab | HUBERMAN LAB | 7466643 | https://podcasts.apple.com/us/podcast/huberman-lab/id1545953110 | https://tsdr.uspto.gov/#caseNumber=7466643&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 37 | Rotten Mango | ROTTEN MANGO | 6613165 | https://podcasts.apple.com/us/podcast/rotten-mango/id1517954480 | https://tsdr.uspto.gov/#caseNumber=6613165&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |

| | | | | | |
|---|---|---|---|---|---|
| 38 | The Deck | THE DECK | 8014287 | https://podcasts.apple.com/us/podcast/the-deck/id1603011962 | https://tsdr.uspto.gov/#caseNumber=8014287&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 39 | Last Podcast On The Left | THE LAST PODCAST ON THE LEFT | 6773585 | https://podcasts.apple.com/us/podcast/last-podcast-on-the-left/id437299706 | https://tsdr.uspto.gov/#caseNumber=6773585&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 40 | The Dan Bongino Show | THE DAN BONGINO SHOW | 5901593 | https://podcasts.apple.com/us/podcast/the-dan-bongino-show/id965293227 | https://tsdr.uspto.gov/#caseNumber=5901593&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 41 | Park Predators | PARK PREDATORS | 7075348 | https://podcasts.apple.com/us/podcast/park-predators/id1517651197 | https://tsdr.uspto.gov/#caseNumber=7075348&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 42 | Apple News Today | APPLE NEWS TODAY | 6600363 | https://podcasts.apple.com/us/podcast/apple-news-today/id1473872585 | https://tsdr.uspto.gov/#caseNumber=6600363&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 43 | 12 Geniuses Podcast | 12 GENIUSES | 8017045 | https://podcasts.apple.com/us/podcast/12-geniuses-podcast/id1438706444?uo=4 | https://tsdr.uspto.gov/#caseNumber=88099866&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 44 | 2 Black Girls, 1 Rose | 2 BLACK GIRLS, 1 ROSE | 6934255 | https://podcasts.apple.com/us/podcast/2-black-girls-1-rose/id1327196317?uo=4 | https://tsdr.uspto.gov/#caseNumber=97127559&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 45 | 20/20 News | 20 20 NEWS and Design | 8057970 | https://podcasts.apple.com/us/podcast/20-20-news/id1798835400?uo=4 | https://tsdr.uspto.gov/#caseNumber=99155907&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 46 | 3 friends TALK podcast | 3 FRIENDS TALK | 6862206 | https://podcasts.apple.com/us/podcast/3-friends-talk-podcast/id1454884463?uo=4 | https://tsdr.uspto.gov/#caseNumber=90644122&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 47 | 3d6 Down The Line | 3D6 DOWN THE LINE | 7533914 | https://podcasts.apple.com/us/podcast/3d6-down-the-line/id1615596808?uo=4 | https://tsdr.uspto.gov/#caseNumber=98243452&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 48 | 4 Nineteen Education & Training Podcast | 4 NINETEEN EDUCATION & TRAINING | 7912507 | https://podcasts.apple.com/us/podcast/4-nineteen-education-training-podcast/id1758842045?uo=4 | https://tsdr.uspto.gov/#caseNumber=98702736&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 49 | 50 Dates 50 States | 50 DATES 50 STATES | 7682637 | https://podcasts.apple.com/us/podcast/50-dates-50-states/id1579292107?uo=4 | https://tsdr.uspto.gov/#caseNumber=98112607&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 50 | 614Startups | 614STARTUPS and Design | 7511965 | https://podcasts.apple.com/us/podcast/614startups/id1474123200?uo=4 | https://tsdr.uspto.gov/#caseNumber=98148466&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 51 | Acquired | ACQUIRED | 6927680 | https://podcasts.apple.com/us/podcast/acquired/id1050462261?uo=4 | https://tsdr.uspto.gov/#caseNumber=90791936&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 52 | AdaptX Podcast | ADAPTX | 8000930 | https://podcasts.apple.com/us/podcast/adaptx-podcast/id1697396237?uo=4 | https://tsdr.uspto.gov/#caseNumber=99007305&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 53 | Aligned Mommas Podcast | ALIGNED MOMMAS | 8209982 | https://podcasts.apple.com/us/podcast/aligned-mommas-podcast/id1708484678?uo=4 | https://tsdr.uspto.gov/#caseNumber=99142685&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 54 | Autism for Badass Moms | AUTISM FOR BADASS MOMS | 7620032 | https://podcasts.apple.com/us/podcast/autism-for-badass-moms/id1715176621?uo=4 | https://tsdr.uspto.gov/#caseNumber=98367763&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 55 | Beach Talk Radio | BEACH TALK RADIO and Design | 7630371 | https://podcasts.apple.com/us/podcast/beach-talk-radio/id1432573416?uo=4 | https://tsdr.uspto.gov/#caseNumber=98225708&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 56 | Beauty and The Bible Podcast | BEAUTY AND THE BIBLE | 8159246 | https://podcasts.apple.com/us/podcast/beauty-and-the-bible-podcast/id1787317492 | https://tsdr.uspto.gov/#caseNumber=99304842&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |

| | | | | | |
|---|---|---|---|---|---|
| 57 | BIG MAN, BIG PROBLEMS PODCAST | BIG MAN, BIG PROBLEMS PODCAST and Design | 8303129 | https://podcasts.apple.com/us/podcast/big-man-big-problems-podcast/id1834043383?uo=4 | https://tsdr.uspto.gov/#caseNumber=99509372&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 58 | Bitcoin Policy Institute | BITCOIN POLICY INSTITUTE | 8373032 | https://podcasts.apple.com/us/podcast/bitcoin-policy-institute/id1769518553?uo=4 | https://tsdr.uspto.gov/#caseNumber=99505518&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 59 | Bold and Brilliant Life with Bianca Peart | BOLD AND BRILLIANT LIFE | 8250157 | https://podcasts.apple.com/us/podcast/bold-and-brilliant-life-with-bianca-peart/id1833332987?uo=4 | https://tsdr.uspto.gov/#caseNumber=99311816&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 60 | Booze Free Babes | BOOZE FREE BABES | 8082839 | https://podcasts.apple.com/us/podcast/booze-free-babes/id1794389815?uo=4 | https://tsdr.uspto.gov/#caseNumber=98909852&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 61 | The Bravew Enough Show for Women Physicians | BRAVE ENOUGH | 8213963 | https://podcasts.apple.com/us/podcast/the-brave-enough-show-for-women-physicians/id1438885403 | https://tsdr.uspto.gov/#caseNumber=99401387&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 62 | brb crying | BRB CRYING | 7960459 | https://podcasts.apple.com/us/podcast/brb-crying/id1747237877?uo=4 | https://tsdr.uspto.gov/#caseNumber=99011540&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 63 | Broken Bitches Guide with Mandy Brooke | BROKEN BITCHES GUIDE | 8143434 | https://podcasts.apple.com/us/podcast/broken-bitches-guide-with-mandy-brooke/id1683497271?uo=4 | https://tsdr.uspto.gov/#caseNumber=99279572&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 64 | Captain Paul Watson Foundation Podcast | CAPTAIN PAUL WATSON FOUNDATION and Design | 8311238 | https://podcasts.apple.com/us/podcast/captain-paul-watson-foundation-podcast/id1645626544?uo=4 | https://tsdr.uspto.gov/#caseNumber=99436305&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 65 | Catching Up to FI | CATCHING UP TO FI | 7938135 | https://podcasts.apple.com/us/podcast/catching-up-to-fi/id1664430924?uo=4 | https://tsdr.uspto.gov/#caseNumber=98940081&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 66 | Chats & Tatts | CHATS AND TATTS | 7122282 | https://podcasts.apple.com/us/podcast/chats-tatts/id1664472316?uo=4 | https://tsdr.uspto.gov/#caseNumber=90219052&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 67 | ChinaTalk | CHINATALK | 8143488 | https://podcasts.apple.com/us/podcast/chinatalk/id1436051905?uo=4 | https://tsdr.uspto.gov/#caseNumber=99279867&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 68 | CHURCH ELEVEN32 | CHURCH ELEVEN32 | 5604780 | https://podcasts.apple.com/us/podcast/church-eleven32/id684277931?uo=4 | https://tsdr.uspto.gov/#caseNumber=87691444&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 69 | Civil Righteousness: The Podcast | CIVIL RIGHTEOUSNESS | 8136142 | https://podcasts.apple.com/us/podcast/civil-righteousness-the-podcast/id1624984430?uo=4 | https://tsdr.uspto.gov/#caseNumber=99270389&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 70 | CLUB HONEY | CLUB HONEY | 8201218 | https://podcasts.apple.com/us/podcast/club-honey/id1819438640?uo=4 | https://tsdr.uspto.gov/#caseNumber=99110089&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 71 | Collectability Podcast | COLLECTABILITY | 8116413 | https://podcasts.apple.com/us/podcast/collectability-podcast/id1561586933?uo=4 | https://tsdr.uspto.gov/#caseNumber=99241260&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 72 | Core Happiness | CORE HAPPINESS | 8250468 | https://podcasts.apple.com/us/podcast/core-happiness/id1667614476?uo=4 | https://tsdr.uspto.gov/#caseNumber=99372329&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 73 | Created Players | CREATED PLAYERS | 8210990 | https://podcasts.apple.com/us/podcast/created-players/id1694118471?uo=4 | https://tsdr.uspto.gov/#caseNumber=99320413&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 74 | CRO-AM Connections | CRO-AM CONNECTIONS | 8058238 | https://podcasts.apple.com/us/podcast/cro-am-connections/id1765038295?uo=4 | https://tsdr.uspto.gov/#caseNumber=99158307&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 75 | Dead Meat Podcast | DEAD MEAT | 7920104 | https://podcasts.apple.com/us/podcast/dead-meat-podcast/id1349106563?uo=4 | https://tsdr.uspto.gov/#caseNumber=98908385&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |

| | | | | | |
|---|---|---|---|---|---|
| 76 | Dear Kids | DEAR KIDS | 8084377 | https://podcasts.apple.com/us/podcast/dear-kids/id1798750967?uo=4 | https://tsdr.uspto.gov/#caseNumber=99115572&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 77 | Deutsche Grammophon Podcast | DEUTSCHE GRAMMOPHON | 8300425 | https://podcasts.apple.com/us/podcast/deutsche-grammophon-podcast/id1505541432?uo=4 | https://tsdr.uspto.gov/#caseNumber=99177792&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 78 | Dice of Thunder Podcast | DICE OF THUNDER | 7496589 | https://podcasts.apple.com/us/podcast/dice-of-thunder-podcast/id1643244660?uo=4 | https://tsdr.uspto.gov/#caseNumber=97619636&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 79 | Dig, Plant, Water, Repeat | DIG, PLANT, WATER, REPEAT | 7902899 | https://podcasts.apple.com/us/podcast/dig-plant-water-repeat/id1737462694?uo=4 | https://tsdr.uspto.gov/#caseNumber=98873591&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 80 | Diogenes' Lamp | DIOGENES' LAMP and Design | 8003316 | https://podcasts.apple.com/us/podcast/diogenes-lamp/id1768181583?uo=4 | https://tsdr.uspto.gov/#caseNumber=99067729&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 81 | Docs Who Lift | DOCS WHO LIFT | 8080189 | https://podcasts.apple.com/us/podcast/docs-who-lift/id1611961208?uo=4 | https://tsdr.uspto.gov/#caseNumber=99217153&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 82 | Don't Miss This | DON'T MISS THIS | 7771003 | https://podcasts.apple.com/us/podcast/dont-miss-this-study/id1486505917 | https://tsdr.uspto.gov/#caseNumber=97892442&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 83 | Dwelling Place Church Podcast | DWELLING PLACE CHURCH | 7039879 | https://podcasts.apple.com/us/podcast/dwelling-place-church-podcast/id914295306?uo=4 | https://tsdr.uspto.gov/#caseNumber=97034477&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 84 | Everybody Hates LA | EVERYBODY HATES LA | 8173608 | https://podcasts.apple.com/us/podcast/everybody-hates-la/id1614470942?uo=4 | https://tsdr.uspto.gov/#caseNumber=99039885&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 85 | Evolve.ag | EVOLVE.AG | 6836157 | https://podcasts.apple.com/us/podcast/evolve-ag/id1494047601?uo=4 | https://tsdr.uspto.gov/#caseNumber=90015676&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 86 | Fear & Wine | FEAR & WINE | 8201441 | https://podcasts.apple.com/us/podcast/fear-wine/id1812709993?uo=4 | https://tsdr.uspto.gov/#caseNumber=99187213&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 87 | Female Szn Podcast | FEMALE SZN | 8038751 | https://podcasts.apple.com/us/podcast/female-szn-podcast/id1802761336?uo=4 | https://tsdr.uspto.gov/#caseNumber=99096782&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 88 | Fill and Tell | FILL & TELL | 8133803 | https://podcasts.apple.com/us/podcast/fill-and-tell/id1807405410?uo=4 | https://tsdr.uspto.gov/#caseNumber=99236290&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 89 | Film Fights With Friends | FILM FIGHTS WITH FRIENDS | 7937214 | https://podcasts.apple.com/us/podcast/film-fights-with-friends/id1738939711?uo=4 | https://tsdr.uspto.gov/#caseNumber=98935847&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 90 | Flame Bearers | FLAME BEARERS and Design | 7485243 | https://podcasts.apple.com/us/podcast/flame-bearers/id1526192273?uo=4 | https://tsdr.uspto.gov/#caseNumber=97934418&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 91 | Forever Slow Stroking, The Podcast | FOREVER SLOW STROKING | 6579670 | https://podcasts.apple.com/us/podcast/forever-slow-stroking-the-podcast/id1520051201?uo=4 | https://tsdr.uspto.gov/#caseNumber=90248382&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 92 | FowlWeather Podcast | FOWLWEATHER | 8365078 | https://podcasts.apple.com/us/podcast/fowlweather-podcast/id1708505832?uo=4 | https://tsdr.uspto.gov/#caseNumber=99579404&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 93 | Frank Horror | FRANK HORROR | 7983402 | https://podcasts.apple.com/us/podcast/frank-horror/id1598941266?uo=4 | https://tsdr.uspto.gov/#caseNumber=99031445&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 94 | Full Battery Media | FULL BATTERY MEDIA and Design | 8366212 | https://podcasts.apple.com/us/podcast/full-battery-media/id1847565198?uo=4 | https://tsdr.uspto.gov/#caseNumber=99589734&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |

| | | | | | |
|---|---|---|---|---|---|
| 95 | Generation Watts Podcast | GENERATION WATTS | 8391152 | https://podcasts.apple.com/us/podcast/generation-watts-podcast/id1890970831?uo=4 | https://tsdr.uspto.gov/#caseNumber=99618814&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 96 | Grits and Eggs Podcast | GRITS & EGGS | 8239862 | https://podcasts.apple.com/us/podcast/grits-and-eggs-podcast/id1677452185?uo=4 | https://tsdr.uspto.gov/#caseNumber=99398583&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 97 | Growth Department | GROWTH DEPARTMENT | 8219184 | https://podcasts.apple.com/us/podcast/growth-department/id1823922758?uo=4 | https://tsdr.uspto.gov/#caseNumber=99286582&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 98 | Healthy Screen Habits Podcast | HEALTHY SCREEN HABITS and Design | 8156376 | https://podcasts.apple.com/us/podcast/healthy-screen-habits-podcast/id1559823233?uo=4 | https://tsdr.uspto.gov/#caseNumber=98975826&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 99 | Hollywood Life | HOLLYWOOD LIFE | 4050075 | https://podcasts.apple.com/us/podcast/the-hollywoodlife-podcast-with-bonnie-fuller/id956568149 | https://tsdr.uspto.gov/#caseNumber=77982530&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 100 | Hotter Than Ever | HOTTER THAN EVER | 8270668 | https://podcasts.apple.com/us/podcast/hotter-than-ever/id1680976062?uo=4 | https://tsdr.uspto.gov/#caseNumber=99445861&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 101 | House of SpeakEasy | HOUSE OF SPEAKEASY and Design | 4752682 | https://podcasts.apple.com/us/podcast/house-of-speakeasy/id1481274581?uo=4 | https://tsdr.uspto.gov/#caseNumber=86120264&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 102 | HR Leaders | HR LEADERS and Design | 8310563 | https://podcasts.apple.com/us/podcast/hr-leaders/id1263992083?uo=4 | https://tsdr.uspto.gov/#caseNumber=99313204&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 103 | HumanizeHer with Erica Lockheimer | HUMANIZEHER | 7832742 | https://podcasts.apple.com/us/podcast/humanizeher-with-erica-lockheimer/id1769143069?uo=4 | https://tsdr.uspto.gov/#caseNumber=98741342&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 104 | If it's Light, it's Right® | IF IT'S LIGHT IT'S RIGHT | 8342094 | https://podcasts.apple.com/us/podcast/if-its-light-its-right/id1772946071?uo=4 | https://tsdr.uspto.gov/#caseNumber=99533576&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 105 | IFMA The Food Away from Home Association Podcast | IFMA THE FOOD AWAY FROM HOME ASSOCIATION and Design | 8009228 | https://podcasts.apple.com/us/podcast/ifma-the-food-away-from-home-association-podcast/id1745350712?uo=4 | https://tsdr.uspto.gov/#caseNumber=99023909&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 106 | Inside The Moms Club | INSIDE THE MOMS CLUB | 8100444 | https://podcasts.apple.com/us/podcast/inside-the-moms-club/id1544527115?uo=4 | https://tsdr.uspto.gov/#caseNumber=99189932&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 107 | Investing With Purpose | INVESTING WITH PURPOSE | 8376235 | https://podcasts.apple.com/us/podcast/investing-with-purpose/id1479043554?uo=4 | https://tsdr.uspto.gov/#caseNumber=99475004&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 108 | It Stays In The House | IT STAYS IN THE HOUSE | 8003765 | https://podcasts.apple.com/us/podcast/it-stays-in-the-house/id1810328962 | https://tsdr.uspto.gov/#caseNumber=99070538&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 109 | Jersey Justice | JERSEY JUSTICE PODCAST | 8273114 | https://podcasts.apple.com/us/podcast/jersey-justice/id1683591010?uo=4 | https://tsdr.uspto.gov/#caseNumber=99468790&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 110 | Journey To Licensure ®? | JOURNEY TO LICENSURE | 7585167 | https://podcasts.apple.com/us/podcast/journey-to-licensure/id1666101326?uo=4 | https://tsdr.uspto.gov/#caseNumber=98336054&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 111 | JourneyTalks Podcast | JOURNEYTALKS PODCAST | 8253223 | https://podcasts.apple.com/us/podcast/journeytalks-podcast/id1638501286?uo=4 | https://tsdr.uspto.gov/#caseNumber=99441896&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 112 | Jr. Moguls | JR.MOGULS and Design | 8175572 | https://podcasts.apple.com/us/podcast/jr-moguls/id1794638176?uo=4 | https://tsdr.uspto.gov/#caseNumber=99324195&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 113 | Ladies Who Law | LADIES WHO LAW | 7081524 | https://podcasts.apple.com/us/podcast/ladies-who-law/id1496560856?uo=4 | https://tsdr.uspto.gov/#caseNumber=90799147&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |

| | | | | | |
|---|---|---|---|---|---|
| 114 | Life Beyond Labels | LIFE BEYOND LABELS | 8075625 | https://podcasts.apple.com/us/podcast/life-beyond-labels/id1776843550?uo=4 | https://tsdr.uspto.gov/#caseNumber=99106779&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 115 | LSN: Swahili made easy® Podcast | LSN: SWAHILI MADE EASY | 8221883 | https://podcasts.apple.com/us/podcast/lsn-swahili-made-easy-podcast/id1602421322?uo=4 | https://tsdr.uspto.gov/#caseNumber=99408170&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 116 | Managed Chaos Podcast | MANAGED CHAOS PODCAST | 8099468 | https://podcasts.apple.com/us/podcast/managed-chaos-podcast/id6788884781?uo=4 | https://tsdr.uspto.gov/#caseNumber=99071646&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 117 | Management as a Liberal Art | MANAGEMENT AS A LIBERAL ART | 8109081 | https://podcasts.apple.com/us/podcast/management-as-a-liberal-art/id1596124600?uo=4 | https://tsdr.uspto.gov/#caseNumber=99227731&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 118 | Meditation Momma Podcast with Caren Prentice | MEDITATION MOMMA | 7967223 | https://podcasts.apple.com/us/podcast/meditation-momma-podcast-with-caren-prentice/id1711280198?uo=4 | https://tsdr.uspto.gov/#caseNumber=99002777&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 119 | Message for My Kids | MESSAGE FOR MY KIDS | 8221917 | https://podcasts.apple.com/us/podcast/message-for-my-kids/id1791020160?uo=4 | https://tsdr.uspto.gov/#caseNumber=99409509&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 120 | Metal Made Podcast | METAL MADE | 8231929 | https://podcasts.apple.com/us/podcast/metal-made-podcast/id1772899666?uo=4 | https://tsdr.uspto.gov/#caseNumber=994254200&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 121 | Mildly Thriving | MILDLY THRIVING | 8294300 | https://podcasts.apple.com/us/podcast/mildly-thriving/id1834812467?uo=4 | https://tsdr.uspto.gov/#caseNumber=99499112&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 122 | Milestone Church with Pastor Jeff Little | MILESTONE CHURCH | 5659826 | https://podcasts.apple.com/us/podcast/milestone-church-with-pastor-jeff-little/id541703430?uo=4 | https://tsdr.uspto.gov/#caseNumber=87916156&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 123 | Mind Switch Podcast | MIND SWITCH | 6504543 | https://podcasts.apple.com/us/podcast/mind-switch-podcast/id1771210321?uo=4 | https://tsdr.uspto.gov/#caseNumber=79295068&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 124 | Ministerio Manases | MINISTERIO MANASÉS | 8009375 | https://podcasts.apple.com/us/podcast/ministerio-manases/id1603280542?uo=4 | https://tsdr.uspto.gov/#caseNumber=99043912&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 125 | Momarchy | MOMARCHY | 8388288 | https://podcasts.apple.com/us/podcast/momarchy/id1896934752?uo=4 | https://tsdr.uspto.gov/#caseNumber=99434498&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 126 | Moments with Mahalia Podcast | MOMENTS WITH MAHALIA | 8229372 | https://podcasts.apple.com/us/podcast/moments-with-mahalia-podcast/id1556559124?uo=4 | https://tsdr.uspto.gov/#caseNumber=99394018&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 127 | Moms in Real Estate | MOMS IN REAL ESTATE | 8339394 | https://podcasts.apple.com/us/podcast/moms-in-real-estate/id1434458650?uo=4 | https://tsdr.uspto.gov/#caseNumber=99169637&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 128 | Moms Off The Record | MOMS OFF THE RECORD | 8125245 | https://podcasts.apple.com/us/podcast/moms-off-the-record/id1665488006?uo=4 | https://tsdr.uspto.gov/#caseNumber=99247308&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 129 | Moon Piece Podcast | MOON PIECE and Design | 7975768 | https://podcasts.apple.com/us/podcast/moon-piece-podcast/id1690652297?uo=4 | https://tsdr.uspto.gov/#caseNumber=99022127&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 130 | Morbidly Curious Book Club Podcast | MORBIDLY CURIOUS BOOK CLUB | 7967760 | https://podcasts.apple.com/us/podcast/morbidly-curious-book-club-podcast/id1727383201?uo=4 | https://tsdr.uspto.gov/#caseNumber=99009226&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 131 | My First Marathon | MY FIRST MARATHON and Design | 7975292 | https://podcasts.apple.com/us/podcast/my-first-marathon/id1740805607?uo=4 | https://tsdr.uspto.gov/#caseNumber=99017838&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 132 | My Healing Guide | MY HEALING GUIDE | 8219246 | https://podcasts.apple.com/us/podcast/my-healing-guide/id1609141882?uo=4 | https://tsdr.uspto.gov/#caseNumber=99297219&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |

| | | | | | |
|---|---|---|---|---|---|
| 133 | National Park After Dark | NATIONAL PARK AFTER DARK | 8133860 | https://podcasts.apple.com/us/podcast/national-park-after-dark/id1549433407?uo=4 | https://tsdr.uspto.gov/#caseNumber=99242927&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 134 | No Dumb Questions | NO DUMB QUESTIONS | 8310716 | https://podcasts.apple.com/lu/podcast/no-dumb-questions/id1204701206 | https://tsdr.uspto.gov/#caseNumber=99342651&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 135 | Non-Corporate Girls | NON-CORPORATE GIRLS | 7304418 | https://podcasts.apple.com/us/podcast/non-corporate-girls/id1223834243?uo=4 | https://tsdr.uspto.gov/#caseNumber=97771228&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 136 | Not So Wimpy Teacher Podcast | NOT SO WIMPY TEACHER and Design | 8312178 | https://notsowimpyteacher.com/podcast | https://tsdr.uspto.gov/#caseNumber=99507354&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 137 | Out of the Wilderness Ministries | OUT OF THE WILDERNESS MINISTRIES | 8012280 | https://podcasts.apple.com/us/podcast/out-of-the-wilderness-ministries/id1657279634?uo=4 | https://tsdr.uspto.gov/#caseNumber=99085584&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 138 | Pearls of Motherhood | PEARLS OF MOTHERHOOD | 8246690 | https://podcasts.apple.com/us/podcast/pearls-of-motherhood/id1797807733?uo=4 | https://tsdr.uspto.gov/#caseNumber=98966016&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 139 | Pop Palace | POP PALACE | 8107747 | https://podcasts.apple.com/us/podcast/pop-palace/id1738723413?uo=4 | https://tsdr.uspto.gov/#caseNumber=99180295&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 140 | Prison Politics If d's walls could talk | PRISON POLITICS IF D'S WALLS COULD TALK | 8291353 | https://podcasts.apple.com/us/podcast/prison-politics-if-ds-walls-could-talk/id1609291649?uo=4 | https://tsdr.uspto.gov/#caseNumber=99409063&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 141 | Profits + Prosecco: The Podcast | PROFITS + PROSECCO: THE PODCAST | 7398202 | https://podcasts.apple.com/us/podcast/profits-prosecco-the-podcast/id1547656872?uo=4 | https://tsdr.uspto.gov/#caseNumber=97917299&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 142 | Psyched by MG | PSYCHED BY MG and Design | 8165343 | https://podcasts.apple.com/us/podcast/psyched-by-mg/id1509035908?uo=4 | https://tsdr.uspto.gov/#caseNumber=99241198&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 143 | Qiological Podcast | QIOLOGICAL | 8333421 | https://podcasts.apple.com/us/podcast/qiological-podcast/id1276584758?uo=4 | https://tsdr.uspto.gov/#caseNumber=99547956&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 144 | Recovery Culture | RECOVERY CULTURE | 8240079 | https://podcasts.apple.com/us/podcast/recovery-culture/id1880544502?uo=4 | https://tsdr.uspto.gov/#caseNumber=99404380&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 145 | Recovery Vow | RECOVERY VOW | 7983549 | https://podcasts.apple.com/us/podcast/recovery-vow/id1743837240?uo=4 | https://tsdr.uspto.gov/#caseNumber=99032675&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 146 | Reformed Forum | REFORMED FORUM and Design | 7052422 | https://podcasts.apple.com/us/podcast/reformed-forum/id335363070?uo=4 | https://tsdr.uspto.gov/#caseNumber=97217265&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 147 | Rehab Science | REHAB SCIENCE | 8259223 | https://podcasts.apple.com/us/podcast/rehab-science/id1739448499?uo=4 | https://tsdr.uspto.gov/#caseNumber=99246904&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 148 | Selfcare Revolution | SELFCARE REVOLUTION | 8159250 | https://podcasts.apple.com/us/podcast/selfcare-revolution/id1681327902?uo=4 | https://tsdr.uspto.gov/#caseNumber=99304854&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 149 | Serenity and Fire with Krista | SERENITY AND FIRE | 8214224 | https://podcasts.apple.com/us/podcast/serenity-and-fire-with-krista/id1815283247?uo=4 | https://tsdr.uspto.gov/#caseNumber=99406110&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |
| 150 | She's Arrived | SHE'S ARRIVED | 8313659 | https://podcasts.apple.com/us/podcast/shes-arrived/id1868811411?uo=4 | https://tsdr.uspto.gov/#caseNumber=99525453&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch |