# EXHIBIT F

Topic

# Style Guide — The Name of the Church

The official name of the Church is The Church of Jesus Christ of Latter-day Saints. The full name was given by revelation from God to Joseph Smith in 1838.

- In the first reference, the full name of the Church is preferred: "The Church of Jesus Christ of Latter-day Saints."
- When a shortened reference is needed, the terms "the Church" or the "Church of Jesus Christ" are encouraged. The "restored Church of Jesus Christ" is also accurate and encouraged.
- While the term "Mormon Church" has long been publicly applied to the Church as a nickname, it is not an authorized title, and the Church discourages its use. Thus, please avoid using the abbreviation "LDS" or the nickname "Mormon" as substitutes for the name of the Church, as in "Mormon Church," "LDS Church," or "Church of the Latter-day Saints."
- When referring to Church members, the terms "members of The Church of Jesus Christ of Latter-day Saints," "Latter-day Saints," "members of the Church of Jesus Christ" and "members of the restored Church of Jesus Christ" are preferred. We ask that the term "Mormons" and "LDS" not be used.
- "Mormon" is correctly used in proper names such as the Book of Mormon or when used as an adjective in such historical expressions as "Mormon Trail."
- The term "Mormonism" is inaccurate and should not be used. When describing the combination of doctrine, culture and lifestyle unique to

The Church of Jesus Christ of Latter-day Saints, the term "the restored gospel of Jesus Christ" is accurate and preferred.

- When referring to people or organizations that practice polygamy, it should be stated that The Church of Jesus Christ of Latter-day Saints is not affiliated with polygamous groups.

STYLE GUIDE NOTE: When reporting about The Church of Jesus Christ of Latter-day Saints, please use the complete name of the Church in the first reference. For more information on the use of the name of the Church, go to our online Style Guide .