# EXHIBIT N

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA1332431** |
| Filing date: | **01/05/2024** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91281170 |
| Party | Defendant<br>Heathertainment, Inc. |
| Correspondence address | CASEY W. JONES<br>STRONG & HANNI<br>102 S 200 E, SUITE 800<br>SALT LAKE CITY, UT 84111<br>UNITED STATES<br>Primary email: cjones@strongandhanni.com<br>Secondary email(s): trademarkadmin@strongandhanni.com<br>801-532-7080 |
| Submission | Other Motions/Submissions |
| Filer's name | Casey W. Jones |
| Filer's email | cjones@strongandhanni.com, cbecerra@strongandhanni.com, djohn-son@strongandhanni.com |
| Signature | /Casey W. Jones/ |
| Date | 01/05/2024 |
| Attachments | Request to Abandon Application.pdf(98175 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Trademark Application Serial No.: 90875090
Trademark: BAD MORMON
Filed: October 12, 2022
Published in the Official Gazette on June 14, 2022

INTELLECTUAL RESERVE, INC., and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

Opposers,

v. Opposition No. 91281170

HEATHERTAINMENT, INC.

Applicant.

## REQUEST TO ABANDON APPLICATON

Applicant Heathertainment, Inc. ("Applicant"), by and through its undersigned counsel, and pursuant to 37 C.F.R. § 2.135, and TBMP § 602.01, hereby abandons Applicant's Trademark Application Serial No. 90875090 for the BAD MORMON mark in its entirety. The abandonment is for all remaining classifications. Applicant respectfully requests the Board to grant its request to abandon Application Serial No. 90875090 in whole.

Dated: January 5, 2024.

Respectfully submitted,
STRONG & HANNI

/Casey W. Jones/_
Casey W. Jones
Dustin M. Johnson
Strong & Hanni
*Attorneys for Applicant*

**CERTIFICATE OF MAILING AND SERVICE**

I hereby certify that a true and complete copy of the foregoing REQUEST TO ABANDON APPLICATION has been served on counsel listed below, by forwarding said copy on January 5, 2024 via email to:

Michael A. Grow
Elizabeth H. Cohen
Danielle W. Bulger
ARENTFOX SCHIFF LLP
1717 K Street, NW
Washington, DC 20006-5344
202-857-6000
Michael.grow@afslaw.com
Elizabeth.cohen@afslaw.com
danielle.bulger@afslaw.com
*Attorneys for Opposer*

By:_/Casey W. Jones/___
Casey W. Jones
Strong & Hanni
*Attorneys for Applicant*
102 South 200 East, Suite 800
Salt Lake City, UT 84111
cjones@strongandhanni.com
Tel: (801) 532-7080
Fax: (801) 596-1508