# EXHIBIT O

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**TTABVUE. Trademark Trial and Appeal Board Inquiry System** **v2.9.0**

# Summary

**Query:** Document contains all words: MORMON
**and** Proceeding Status is: ALL
**Number of results:** 22

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 91310526<br>09/21/2026 | Jubeloo, LLC<br>**Mark:** MORMON WHISKEY **S#:**99441414 | Intellectual Reserve, Inc., The Church of Jesus Christ of Latter-day Saints<br>**Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572<br>**Mark:** BOOK OF MORMON **S#:**98880565 **R#:**8018073<br>**Mark:** BOOK OF MORMON STORIES **S#:**98702860 **R#:**7840809<br>**Mark:** BOOK OF MORMON STORIES **S#:**98702868 **R#:**7840810<br>**Mark:** BOOK OF MORMON STORIES **S#:**98702873 **R#:**7840811<br>**Mark:** BOOK OF MORMON VIDEOS **S#:**98551533 **R#:**7822271<br>**Mark:** MORMON **S#:**78977858 **R#:**3239919<br>**Mark:** MORMON BATTALION **S#:**98461347 **R#:**7642460<br>**Mark:** MORMON CHANNEL **S#:**86671463 **R#:**5020309<br>**Mark:** MORMON HANDICRAFT **S#:**73592324 **R#:**1524555<br>**Mark:** MORMON MESSAGES **S#:**86672722 **R#:**5020314<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694 |
| 99441414<br>04/21/2026 | Jubeloo, LLC<br>**Mark:** MORMON WHISKEY **S#:**99441414 | Intellectual Reserve, Inc.<br>The Church of Jesus Christ of Latter-day Saints |
| 99193381<br>12/04/2025 | Mormon Discussion Inc.<br>**Mark:** RADIO FREE MORMON **S#:**99193381 | The Church of Jesus Christ of Latter-day Saints<br>Intellectual Reserve, Inc. |
| 91296224<br>01/13/2025 | Destroyer Promotional Products LLC<br>**Mark:** MORMONS FOR THE DEVILS **S#:**98278754 | The Church of Jesus Christ of Latter-day Saints, Intellectual Reserve, Inc.<br>**Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572<br>**Mark:** BOOK OF MORMON **S#:**98880565<br>**Mark:** BOOK OF MORMON STORIES **S#:**98702860<br>**Mark:** BOOK OF MORMON STORIES **S#:**98702868<br>**Mark:** BOOK OF MORMON STORIES **S#:**98702873<br>**Mark:** MORMON **S#:**78977858 **R#:**3239919<br>**Mark:** MORMON BATTALION **S#:**98461347 |

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| | | **R#:**7642460<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694 |
| 91281170<br>10/12/2022 | Heathertainment, Inc.<br>**Mark:** BAD MORMON **S#:**90875090 | Intellectual Reserve, Inc. and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole<br>**Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572<br>**Mark:** MORMON **S#:**78977858 **R#:**3239919<br>**Mark:** MORMON CHANNEL **S#:**86671463 **R#:**5020309<br>**Mark:** MORMON MESSAGES **S#:**86672722 **R#:**5020314<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694<br>**Mark:** MORMON.ORG **S#:**77179068 **R#:**3715744 |
| 90875090<br>07/13/2022 | Heathertainment, Inc.<br>**Mark:** BAD MORMON **S#:**90875090 | Intellectual Reserve, Inc.<br>The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole |
| 91272948<br>11/16/2021 | Frank William Gay III<br>**Mark:** MORMON ROYALTY **S#:**90173135 | Intellectual Reserve, Inc., The Church of Jesus Christ of Latter-day Saints<br>**Mark:** MORMON MESSAGES **S#:**86672722 **R#:**5020314<br>**Mark:** MORMON CHANNEL **S#:**86671463 **R#:**5020309<br>**Mark:** MORMON.ORG **S#:**77179068 **R#:**3715744<br>**Mark:** MORMON **S#:**78977858 **R#:**3239919<br>**Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231<br>**Mark:** MORMON HANDICRAFT **S#:**73592324 **R#:**1524555 |
| 91272950<br>11/16/2021 | Royer Gonzalez<br>**Mark:** THE BOOK THAT MORMON ABRIDGED ESV **S#:**88884208 | Intellectual Reserve, Inc., The Church of Jesus Christ of Latter-day Saints<br>**Mark:** MORMON MESSAGES **S#:**86672722 **R#:**5020314<br>**Mark:** MORMON CHANNEL **S#:**86671463 **R#:**5020309<br>**Mark:** MORMON.ORG **S#:**77179068 **R#:**3715744<br>**Mark:** MORMON **S#:**78977858 **R#:**3239919<br>**Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231 |

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| | | **Mark:** MORMON HANDICRAFT **S#:**73592324 **R#:**1524555 |
| 88884208 08/18/2021 | Royer Gonzalez **Mark:** THE BOOK THAT MORMON ABRIDGED ESV **S#:**88884208 | Intellectual Reserve, Inc. |
| 91270201 06/30/2021 | Gay, Frank **Mark:** REAL MORMON **S#:**90179587 | The Church of Jesus Christ of Latter-day Saints, Intellectual Reserve, Inc. **Mark:** MORMON MESSAGES **S#:**86672722 **R#:**5020314 **Mark:** MORMON CHANNEL **S#:**86671463 **R#:**5020309 **Mark:** MORMON.ORG **S#:**77179068 **R#:**3715744 **Mark:** MORMON **S#:**78977858 **R#:**3239919 **Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572 **Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694 **Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231 **Mark:** MORMON HANDICRAFT **S#:**73592324 **R#:**1524555 |
| 90179587 03/29/2021 | Gay, Frank **Mark:** REAL MORMON **S#:**90179587 | The Church of Jesus Christ of Latter-day Saints Intellectual Reserve, Inc. |
| 91255444 04/23/2020 | Metaventures, LLC **Mark:** MORMONBOYZ **S#:**87907262 | Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Intellectual Reserve, Inc. **Mark:** MORMON.ORG **S#:**77179068 **R#:**3715744 **Mark:** MORMON MESSAGES **S#:**86672722 **R#:**5020314 **Mark:** MORMON CHANNEL **S#:**86671463 **R#:**5020309 **Mark:** MORMON **S#:**78977858 **R#:**3239919 **Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572 **Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231 |
| 91215064 02/24/2014 | Jonathan Eller **Mark:** MORMON MATCH **S#:**85949670 | Intellectual Reserve, Inc. **Mark:** MORMON **S#:**78977858 **R#:**3239919 **Mark:** MORMON.ORG **S#:**77179068 **R#:**3715744 **Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572 **Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231 **Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694 **Mark:** MORMON HANDICRAFT **S#:**73592324 **R#:**1524555 **Mark:** MORMON HANDICRAFT **S#:**73592323 **R#:**1527447 |
| 85949670 11/05/2013 | Jonathan Eller **Mark:** MORMON MATCH **S#:**85949670 | Match.com, L.L.C. Intellectual Reserve, Inc. Corporation of the President of The Church of Jesus Christ of Latter-day Saints |

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 76714295 09/12/2013 | Book of Mormon Broadway Limited Liabilit y Company **Mark:** THE BOOK OF MORMON **S#:**76714295 | Intellectual Reserve, Inc.<br>Corporation of the President of The Church of Jesus Christ of Latter-day Saints |
| 91191016 07/13/2009 | Kendal M. Sheets **Mark:** SECRET MORMON **S#:**77337325 | Intellectual Reserve, Inc.<br>**Mark:** MORMON **S#:**78977858 **R#:**3239919<br>**Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694<br>**Mark:** MORMON HANDICRAFT **S#:**73592324 **R#:**1524555<br>**Mark:** MORMON HANDICRAFT **S#:**73592323 **R#:**1527447<br>**Mark:** MORMON.ORG **S#:**77179068 |
| 91186282 09/09/2008 | Pam L. Hartnett **Mark:** MORMON CHICKS RULE. **S#:**77203424 | David & Goliath, Inc. |
| 91186284 09/09/2008 | Pam L. Hartnett **Mark:** MORMON CHICKS RULE. **S#:**77203424 | Intellectual Reserve, Inc., Corporation of the President of The Church of Jesus Christ of Latter-day Saints<br>**Mark:** MORMON **S#:**78977858 **R#:**3239919<br>**Mark:** BOOK OF MORMON **S#:**76405608 **R#:**2883572<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76340212 **R#:**2766231<br>**Mark:** MORMON TABERNACLE CHOIR **S#:**76505493 **R#:**2913694<br>**Mark:** MORMON HANDICRAFT **S#:**73592324 **R#:**1524555<br>**Mark:** MORMON HANDICRAFT **S#:**73592323 **R#:**1527447<br>**Mark:** MORMON.ORG **S#:**77179068 |
| 77203424 06/11/2008 | Hartnett, Pam L. **Mark:** MORMON CHICKS RULE. **S#:**77203424 | Corporation of the President of The Church of Jesus Christ of Latter-day Saints<br>Intellectual Reserve, Inc.<br>David & Goliath, Inc. |
| 78161091 10/12/2006 | | Intellectual Reserve, Inc.<br>**Mark:** MORMON **S#:**78161091 |
| 78167217 06/03/2003 | Layton, Charai **Mark:** MORMON MOBILE **S#:**78167217 | INTELLECTUAL RESERVE, INC |
| 91156481 05/09/2003 | Layton, Charai **Mark:** YES, I AM MORMON **S#:**78167224 | Steve Varasteh<br>**Mark:** CHRISTIAN MAN YES I AM **S#:**78099543 **R#:**2663356 |

Results as of 09/25/2026 02:16 PM

**Search again**